E-FILED
Tuesday, 17 November, 2026 01:36:50 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT INDEX

**Haury et al. v. Matthews et al.**

Exhibits A–F accompany the complaint as Volume 1. Exhibits G–P accompany the complaint as Volume 2. Original exhibit labels and internal page references identify the cited material.

| Exhibit | Description |
|---|---|
| A | August 18 notice and Illinois analyses |
| B | Acknowledgments and correspondence |
| C | Preservation demand |
| D | September response and IVRS overview |
| E | IVRS manual |
| F | ERIC agreement and bylaws |
| G | Declaration of Gregory Stenstrom |
| H | Declaration of Jodie Zitko |
| I | Declaration of Mary Catherine Paukstys |
| J | Declaration of Laura Hois |
| K | Declaration of Robert R. Stevens |
| L | Declaration of Jimmy Lee Tillman II |
| M | Second NVRA notice |
| N | Record and source inventory |
| O | Declaration of Harry R. Haury |
| P | Continuing conditions and requested reconciliation |