E-FILED
Tuesday, 17 November, 2026 01:36:50 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

August 18, 2026 NVRA Notice

Includes the Illinois-specific Appendix A, scorecards, category summaries, comparison periods, and requested record categories.

# NOTICE OF VIOLATIONS AND DEMAND FOR CORRECTIVE ACTION

# PURSUANT TO 52 U.S.C. § 20510(b)

**VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED**
**AND ELECTRONIC MAIL**

August 18, 2026

**Bernadette Matthews**
Executive Director and Chief State Election Official
Illinois State Board of Elections
2329 S. MacArthur Blvd.
Springfield, IL 62704

CC:
**The Honorable Kwame Raoul**
Attorney General of Illinois
Office of the Illinois Attorney General
500 South Second Street
Springfield, IL 62701

**Eric V. Neff Acting Chief, Voting Section**
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street, NE
Room 8.923
Washington, DC 20530

---

## I. INTRODUCTION

This Notice is provided pursuant to Section 11(b) of the National Voter Registration Act of 1993 ("NVRA"), 52 U.S.C. § 20510(b).

Unite 4 Freedom, Inc. ("U4F"), together with the identified aggrieved person(s), provides this Notice of Violations and Demand for Corrective Action concerning the State's continuing implementation of voter-registration list-maintenance programs, maintenance, and preservation of records concerning those programs, and public inspection obligations imposed by the National Voter Registration Act.

The attached U4F Election Validity Scorecards, Vote Tampering Reports, and supporting machine-readable data identify documented record-level conditions requiring investigation, explanation, correction, preservation, or disclosure under the NVRA. These materials are presented to identify suspected statutory violations requiring review and corrective action. They are not presented as proof that every individual record independently establishes an NVRA violation.

This Notice identifies the statutory duties at issue, the categories of alleged violations, the supporting factual bases, individual records that appear to be in violation of legal requirements, and the corrective actions requested. The summary report is provided as a guide to the violations, but each record must be resolved and explained. It is intended to provide the notice and opportunity to cure required by Congress before a civil action may be commenced under 52 U.S.C. § 20510(b).

---

## II. NATURE OF THE NOTICE

Congress enacted the National Voter Registration Act to establish uniform national standards governing voter-registration administration, voter-list maintenance, and public inspection of records concerning those programs and activities.

Section 20510(b) authorizes an aggrieved person to provide written notice of violations to the chief State election official and affords the State an opportunity to investigate, correct, explain, or otherwise cure those violations before civil litigation is commenced.

This Notice concerns three categories of continuing statutory duties imposed by the NVRA:

1. The duty to conduct a reasonable and uniform voter-list maintenance program consistent with federal law;
2. The duty to maintain, preserve, and make available for public inspection those records Congress expressly identified in 52 U.S.C. § 20507(i); and

3. The duty to document, preserve, and explain the implementation of those list-maintenance programs sufficiently to permit meaningful public review and statutory compliance.

For administrative efficiency, the identified record-level conditions are summarized in this Notice and presented in detail within the attached appendices. Each documented record is documentation of a suspected violation and must be reviewed individually. These individual records also identify a suspected pattern of violation and form part of the factual basis for this Notice of Suspected Statutory Violations.

---

## III. FACTUAL BASIS OF THIS NOTICE

U4F has analyzed official voter-registration, voter-history, and related election records obtained from the State and its election officials. Using those official records, U4F generated State-specific Election Validity Scorecards, Vote Tampering Reports, and supporting machine-readable datasets identifying documented conditions requiring further investigation, explanation, correction, preservation, or disclosure.

The attached analyses identify recurring categories of record-level conditions that include, where applicable:

- apparent changes to voter-history records following election certification;
- apparent irregularities in voter-registration records;
- duplicate or conflicting registration records;
- unexplained registration-date anomalies;
- record changes requiring supporting implementation documentation;
- apparent inconsistencies in voter-list maintenance activities; and
- other documented conditions relevant to the statutory duties identified in this Notice.

To the extent any documented condition arises from voter-registration or voter-list maintenance activities involving Uniformed and Overseas Citizens Absentee Voting Act ("UOCAVA") registrants, this Notice likewise requests the implementation records, explanatory documentation, audit records, and preservation records sufficient to determine whether those activities were administered consistently with the National Voter Registration Act and other

applicable federal law. This Notice does not assert an independent UOCAVA claim but requests records concerning any list-maintenance activities affecting UOCAVA registrants to the extent those activities are relevant to the statutory duties identified herein.

**The analyses identify documented record-level conditions requiring investigation under the National Voter Registration Act.**

Whether any individual condition ultimately constitutes a statutory violation depends upon the implementation records and explanations required by federal law and requested in this Notice.

The attached appendices identify the documented record-level conditions and the corresponding categories of implementation records requested for each alleged statutory violation.

---

## IV. ALLEGED STATUTORY VIOLATIONS

The record-level conditions identified in the attached appendices fall into three principal categories of continuing statutory violations under the National Voter Registration Act.

Each category corresponds to a separate statutory duty imposed by Congress. Although individual records may implicate more than one statutory provision, the categories below are presented separately to facilitate investigation, response, and corrective action.

The factual allegations supporting each category are contained in the attached U4F Election Validity Scorecards, Vote Tampering Reports, and supporting machine-readable datasets incorporated by reference into this Notice.

---

### A. Failure to Conduct a Reasonable and Uniform List-Maintenance Program

**52 U.S.C. § 20507(a)(4)**

The attached analyses identify documented conditions requiring investigation concerning the State's continuing implementation of voter-list maintenance programs.

These conditions include, where applicable:

- duplicate or conflicting voter-registration records;
- unexplained changes in voter-registration status;
- registrations containing internally inconsistent or illogical data;
- apparent irregular registration changes;
- registration conditions requiring documented explanation under established list-maintenance procedures; and
- other record-level conditions identified within Appendix A.

This Notice does not presume that every identified condition independently establishes a violation of federal law. Rather, the documented conditions require the State to determine whether its list-maintenance program has been implemented in a reasonable, uniform, and nondiscriminatory manner consistent with the requirements imposed by Congress.

The corresponding record-level instances are identified within the attached U4F Election Validity Scorecards and supporting datasets.

---

**B. Failure to Maintain and Make Available Records Concerning List-Maintenance Programs**

**52 U.S.C. § 20507(i)**

The attached analyses further identify documented conditions requiring production, preservation, or explanation of records concerning the implementation of the State's voter-list maintenance programs.

Among other matters, the appendices identify documented record-level conditions for which implementation records, implementation documentation, or explanatory materials are necessary to determine:

- the basis for recorded changes;
- the authority under which those changes occurred;
- the implementation of voter-list maintenance procedures;
- the preservation of required records; and
- the completeness of the State's public-inspection obligations under the National Voter Registration Act.

To the extent those implementation records exist, this Notice requests their production or inspection as part of the corrective actions described above.

To the extent such records do not exist, this Notice requests written confirmation identifying the specific records unavailable and the reasons for their absence.

---

### C. Failure to Preserve and Document Record-Level Changes Relevant to List-Maintenance Activities

The attached U4F analyses identify numerous documented changes to voter-history and voter-registration records occurring across successive official statewide voter-file snapshots.

These documented changes do not, standing alone, establish that any particular modification violated federal law. They do, however, identify record-level conditions requiring investigation, explanation, and implementation documentation sufficient to determine whether the State has maintained and preserved records concerning the implementation of its voter-list maintenance programs as required by the National Voter Registration Act.

The corresponding record-level instances are identified throughout the attached Vote Tampering Reports and implementation of machine-readable datasets.

---

## V. REQUESTED CORRECTIVE ACTION

Pursuant to 52 U.S.C. § 20510(b), U4F and the identified aggrieved person(s) respectfully request that the State **investigate, document, explain, correct, preserve, or otherwise resolve the statutory matters identified in this Notice** and appendices.

Specifically, U4F requests that the State undertake the following corrective actions.

---

### A. Investigation of Identified Record-Level Conditions

Investigate each category of documented record-level conditions identified in the attached U4F Election Validity Scorecards, Vote Tampering Reports, and implementation of machine-readable datasets.

The investigation should determine, at a minimum:

- whether the identified condition reflects a lawful implementation of the State's voter-list maintenance program;
- the statutory or administrative authority relied upon;
- the records supporting that determination; and
- whether corrective action is required.

---

## B. Production and Inspection of Implementation Records

Produce, or make available for inspection, all records concerning the implementation of the State's voter-list maintenance programs that are required to be maintained or made available under 52 U.S.C. § 20507(i).

To the extent records exist, they should include, where applicable:

- identification of the records reviewed in reaching the State's conclusions;
- implementation records supporting voter-list maintenance activities;
- records documenting additions, changes, removals, or corrections to voter-registration records;
- records identifying the authority for those actions;
- records identifying the responsible officials or offices;
- confirmation-notice records required by federal law;
- written procedures governing implementation of voter-list maintenance programs; and
- any other records necessary to explain the documented conditions identified in the attached appendices.

Electronic production in the format maintained by the State is preferred whenever reasonably available.

---

## C. Written Explanation of Documented Record-Level Conditions

Provide a written explanation describing the procedures, policies, and implementation practices responsible for the documented record-level conditions identified in the attached appendices.

Where a documented condition reflects a lawful administrative process, identify:

- the applicable procedure;
- the authority under which it occurred;
- the records documenting that action; and
- the basis upon which the State concludes the action complied with the National Voter Registration Act.

Where a documented condition reflects an error, omission, or deficiency, identify:

- the corrective action taken;
- the date correction occurred;
- the records documenting the correction; and
- any prospective measures implemented to prevent recurrence.

---

## D. Preservation of Relevant Records

Preserve all records, electronic data, audit logs, implementation records, correspondence, database transaction logs, database change-history tables, import/export transaction logs, system event logs, and implementation documentation relevant to the matters identified in this Notice until the issues presented herein have been resolved.

Such preservation should include all records reasonably necessary to reconstruct, explain, or verify the implementation of the voter-list maintenance activities identified in the attached appendices.

This preservation request includes active records, archived records, backup media, disaster-recovery copies, cloud-hosted records, replicated databases, audit repositories, and any other electronic storage containing implementation records relevant to the matters identified in this Notice.

---

## E. Written Disposition

Provide a written response addressing each record level violation identified and the category patterns identified in this Notice.

For each category, indicate whether the State:

- agrees that corrective action is required;
- disputes the asserted statutory duty;
- disputes the factual basis;
- has undertaken corrective action;
- requires additional information; or
- contends that no violation exists.

Where corrective action is denied, identify the statutory, regulatory, or legal authority upon which the State relies.

The violation categories described above are supported by the record-level documentation contained in the incorporated appendices.

---

## VI. STATUTORY CURE PERIOD

This Notice is provided pursuant to 52 U.S.C. § 20510(b). Because this Notice is served within **one hundred twenty (120) days before the November 3, 2026 federal general election**, U4F and the identified aggrieved person(s) request that the State investigate, document, explain, correct, preserve, produce, or otherwise resolve the matters identified herein within the **twenty (20) day statutory cure period** prescribed by 52 U.S.C. § 20510(b), to the extent applicable.

If the State contends that any portion of this Notice is not subject to the **twenty (20) day cure period** provided by 52 U.S.C. § 20510(b), the State should identify the specific factual and legal basis for that position in its written response.

The applicable statutory cure period shall be determined in accordance with 52 U.S.C. § 20510(b), including the provisions governing notices provided within one hundred twenty (120) days before a federal election and the provisions applicable to notices provided within thirty (30) days before such an election.

Nothing contained in this Notice shall be construed as shortening or enlarging any period established by Congress.

---

## VII. RESERVATION OF RIGHTS

Nothing contained in this Notice should be construed as:

- an allegation that any identified individual voter is ineligible to vote;
- an allegation that any particular ballot was unlawfully counted or rejected;
- an allegation that any identified record independently establishes an NVRA violation;
- a request that any voter be removed from the registration rolls;
- a challenge to any completed election result; or
- a waiver of any right, remedy, claim, or cause of action available under federal or state law.

This Notice concerns only the continuing statutory duties imposed by the National Voter Registration Act and the State's opportunity to investigate, explain, correct, preserve, or otherwise resolve the matters identified herein before litigation is commenced.

Nothing contained in this Notice limits the right of U4F or any aggrieved person to pursue any additional administrative, judicial, or other lawful remedy arising from the matters identified herein.

---

## VIII. INCORPORATION OF APPENDICES

Each documented record identified within the appendices is a suspected violation and forms part of the factual basis supporting one or more of the statutory violation categories identified in this Notice.

The appendices accompanying this Notice consist of:

- **Appendix A** — U4F Election Validity Scorecard (Illinois 2024 General Election)
- **Appendix B** — U4F Vote Tampering Report (Illinois)
- **Electronic Exhibit 1** (USB Media) — Machine-Readable Supporting Data

The USB media accompanying this Notice contains the machine-readable supporting datasets, including the Illinois NVRA Scorecard Section 01 and Section 02 datasets, the Illinois Election Validity Scorecard dataset, and the Illinois Vote Tampering Report dataset. Due to file size, certain record-level datasets are provided exclusively on USB media rather than as paper attachments.

---

## IX. REQUEST FOR WRITTEN RESPONSE

The identified aggrieved person(s) and U4F respectfully request a written response addressing the matters identified in this Notice.

The written or machine readable response should identify, for each requested record and implementation record category, whether the record is being produced, made available for inspection, withheld, unavailable, never created, destroyed pursuant to an established retention schedule, or otherwise unavailable. For every category not produced, the response should identify the statutory, regulatory, administrative, or other legal authority supporting that determination and the official responsible for that determination.

To facilitate meaningful review and resolution, the response should identify, for each violation presented herein:

1. whether the State agrees or disagrees that the identified statutory duty applies;
2. whether the documented record-level conditions have been investigated;
3. whether corrective action has been undertaken;
4. whether responsive records exist and will be produced or made available for inspection;
5. whether additional information is requested from the identified aggrieved person(s) or U4F; and
6. the name, title, office, and contact information of the individual responsible for coordinating the State's response.

If the State concludes that any requested implementation record does not exist, the response should identify the official responsible for maintaining that category of record and state whether the record was never created, no longer exists, or cannot be located.

To the extent the State concludes that any requested corrective action is unnecessary, the response should identify the statutory, regulatory, administrative, or judicial authority upon which that determination is based.

---

## X. GOOD-FAITH RESOLUTION

The purpose of this Notice is to provide the opportunity for voluntary compliance contemplated by Congress.

The identified aggrieved person(s) and U4F remain willing to confer with the State concerning the matters identified herein, provide additional information reasonably necessary to facilitate review, and discuss appropriate corrective measures consistent with the requirements of the National Voter Registration Act.

Nothing in this Notice should be interpreted as discouraging voluntary cooperation, clarification, or resolution during the statutory cure period.

---

U4F and the identified aggrieved person(s) respectfully request the State's timely attention to the matters identified in this Notice and appreciate its cooperation in achieving voluntary compliance with the National Voter Registration Act.

---

**Respectfully submitted,**



**For Unite4Freedom**

314-498-2569
harryhaury@protonmail.com



**Harry R Haury**

314-498-2569
harryhaury@protonmail.com



**Gregory Stenstrom, Pro Se**

856-264-5495
gregorystenstrom@gmail.com

August 18, 2026

---

# APPENDIX A

## Unite4Freedom ELECTION VALIDITY SCORECARDS

## I. PURPOSE

This Appendix provides the factual support for the voter-registration and voter-list maintenance categories identified in the Notice of Violations and Demand for Corrective Action.

The attached U4F Election Validity Scorecards were generated from official voter-registration and voter-history records obtained from the State or its election officials. The analyses identify documented record-level conditions requiring investigation, explanation, correction, preservation, or disclosure under the National Voter Registration Act ("NVRA").

This Appendix is incorporated into the Notice by reference.

---

## II. SCOPE OF ANALYSIS

The U4F Election Validity Scorecards evaluate official statewide voter-registration records using objective analytical procedures designed to identify documented record-level conditions relevant to voter-list maintenance and recordkeeping.

The analyses do not determine election winners or losers.

The analyses do not determine voter eligibility.

The analyses do not determine whether any individual record independently establishes a violation of federal law.

Rather, the analyses identify documented conditions requiring explanation, investigation, correction, preservation, or disclosure under the statutory duties identified in the accompanying Notice.

---

## III. RELATIONSHIP TO THE NOTICE

The Election Validity Scorecard supports the statutory violation records and categories identified in Section IV of the Notice.

Where applicable, the Scorecards identify documented conditions including:

- duplicate or conflicting voter-registration records;

- unexplained registration-date anomalies;
- internally inconsistent registration records;
- apparent irregular registration changes;
- voter-list maintenance conditions requiring supporting implementation records;
- apparent inactive-status anomalies;
- and other documented record-level conditions relevant to the implementation of voter-list maintenance programs.

Each record-level and category violation is supported by the corresponding record-level data contained within Electronic Exhibit 1 (USB Media).

---

## IV. SCORECARD SUMMARY

**State: Illinois**

**Election(s):**

- 2024 General Election

The attached Illinois Election Validity Scorecard summarizes documented record-level conditions identified during U4F's analysis of official Illinois voter-registration and voter-history records.

### Summary Tables

### Illinois 2024 General Election

### Voter Registration Record Conditions

| Category | Number of Instances |
|---|---|
| Duplicate registrations | 906,146 |
| Voted before registered | 3,065,495 |
| Inactive registration that was never active | 12,882 |
| Questionable inactive status | 49,246 |
| Voted while inactive | 25,414 |

| | |
|---|---|
| Backdated registrations | 54,543 |
| Record shows modification prior to registration date | 3,352 |
| Invalid or illogical registration date | 206,958 |
| Age discrepant registrants | 14,556 |
| Registrants with questionable address | 227,613 |

**Total registration conditions identified: 4,566,205**

**Unique registrations identified: 3,875,145**

**Records Associated With Votes Cast in the 2024 General Election**

| Category | Number of Instances |
|---|---|
| Duplicate registrations | 725,023 |
| Voted before registered | 317,697 |
| Inactive registration that was never active | 273 |
| Questionable inactive status | 28,352 |
| Registered after 2024 GE yet voted | 60,013 |
| Voted while inactive | 24,787 |
| Backdated registrations | 35,557 |
| Modified date prior to registration date | 2,036 |
| Invalid or illogical registration date | 142,846 |
| Age discrepant registrants | 6,071 |
| Registrants with questionable address | 126,304 |

**Total voting conditions identified: 1,468,959**

**Unique votes identified: 1,045,659**

**Certification Comparison**

| Official Source | Reported Total |
|---|---|
| State Official Certified Total | 5,705,246 |
| Actual Vote Records in the Data | 5,649,082 |

**Difference (more votes counted than voters who voted): 56,164**

**Related Post-Certification Voter-History Change Analysis**

The Illinois Vote Tampering Report separately compares successive official voter-history records after certification. The following figures are incorporated as related factual support; they identify documented changes requiring investigation and implementation records.

| Election / Comparison | Documented Changes |
|---|---|
| 2024 GE: 01/24/2025 compared to 05/13/2026 | 254,027 |
| 2022 GE: 01/25/2023 compared to 10/13/2023 | 88,733 |
| 2022 GE: 10/13/2023 compared to 10/15/2024 | 199,714 |
| 2022 GE total | 288,447 |
| 2020 GE: 01/25/2023 compared to 10/13/2023 | 172,334 |
| 2020 GE: 10/13/2023 compared to 10/15/2024 | 300,247 |
| 2020 GE total | 472,581 |

For the 2024 General Election comparison, the report identifies 109,976 Vote-to-No-Vote changes, 15,119 No-Vote-to-Vote changes, 111,268 voter/ballot deletions, and 17,664 voter/ballot additions, totaling 254,027 documented changes.

**Summary Observations**

The Illinois Election Validity Scorecard identifies documented record-level conditions within official Illinois voter-registration and voter-history records

requiring investigation, explanation, correction, preservation, or disclosure under the National Voter Registration Act.

The identified conditions include duplicate or conflicting voter-registration records, records indicating voting before registration, inactive-status conditions, registration-date anomalies, questionable address conditions, and voter-history conditions requiring implementation records and explanations.

The Scorecard identifies categories of records requiring review and supporting documentation. This Appendix identifies suspected record-level violations supporting the category summaries. It does not independently determine that every identified condition constitutes a violation of federal law. Rather, the identified conditions are presented to facilitate investigation, determination of applicable procedures, production of implementation records, and corrective action where appropriate.

## V. INTERPRETATION OF THE SCORECARDS

The U4F Election Validity Scorecards organize documented record-level conditions into standardized analytical categories to facilitate review by election officials.

The individual suspected record violations are intended to assist the State in determining:

- whether the documented condition reflects lawful implementation of voter-list maintenance procedures;
- whether sufficient implementation records exist;
- whether additional records should be preserved or produced;
- whether correction is appropriate; and
- whether no corrective action is required.

Accordingly, the Scorecards are intended to facilitate investigation rather than predetermine investigative conclusions.

---

## VI. LIMITATIONS

The Election Validity Scorecards identify documented conditions requiring further review.

They are not intended to establish that every identified condition independently constitutes a violation of federal law.

Many documented conditions may ultimately be explained through implementation records, preserved documentation, or other information maintained by the State.

Accordingly, the purpose of this Appendix is to identify those documented conditions requiring investigation and response under the National Voter Registration Act.

---

## VII. INCORPORATED SCORECARDS

The following Illinois-specific reports and datasets are incorporated into this Appendix.

### Illinois 2024 General Election Validity Scorecard

- Illinois 2024 General Election Validity Scorecard
- Illinois NVRA Scorecard Section 01.xlsx
- Illinois NVRA Scorecard Section 02.xlsx
- IL_Scorecard_2024_20260805.xlsx
- Illinois Vote Tampering Report (June 10, 2026)
- Illinois Vote Tampering machine-readable supporting dataset

## APPENDIX B

### Unite4Freedom VOTE TAMPERING REPORTS

### DOCUMENTED POST-CERTIFICATION VOTER RECORD CHANGE ANALYSIS AND IDENTIFICATION OF CHANGES REQUIRING INVESTIGATION IN VOTER HISTORIES AND VOTE RECORDS

---

## I. PURPOSE

This Appendix provides factual support for the documented voter-history and voter-registration record changes identified in the accompanying Notice of Violations and Demand for Corrective Action.

The attached U4F Vote Tampering Reports compare successive official statewide voter-history and voter-registration records obtained from the State or its election officials after certification of federal elections. Those comparisons identify documented record-level changes occurring within official State records following certification.

The purpose of this Appendix is not to determine whether any individual change was lawful or unlawful. Rather, it identifies documented changes requiring investigation and requests the implementation records, preservation records, and explanatory documentation that Congress required election officials to maintain concerning the implementation of voter-list maintenance programs and election administration.

This Appendix is incorporated into the Notice by reference.

---

## II. DOCUMENTED POST-CERTIFICATION RECORD CHANGES

The attached analyses compare successive official statewide voter-file snapshots for the same certified federal election.

The analyses identify documented changes including, where applicable:

- voter-history records changing from **Vote** to **No Vote**;
- voter-history records changing from **No Vote** to **Vote**;
- vote-history records added following certification;
- vote-history records deleted following certification;

- modifications to voter-registration records;
- and other documented record-level changes appearing between successive official statewide voter-file releases.

These documented changes are derived directly from official State records.

They are reproducible using the same official datasets supplied by the State.

---

## III. STATUTORY SIGNIFICANCE

The existence of documented post-certification record changes does not, standing alone, establish that any particular change violated federal law.

Federal law requires election officials to maintain implementation records sufficient to identify, explain, document, and reconstruct the activities producing the documented record changes identified in this Appendix. The absence of those records, or the inability to produce them, is itself information responsive to this Notice and should be expressly identified in the State's written response.

Accordingly, documented changes appearing within official election records require corresponding implementation records sufficient to identify:

- the nature of each change;
- the date and time the change occurred;
- the authority under which the change was made;
- the official, office, system, or process responsible for the change;
- the records documenting the change;
- and the statutory or administrative basis supporting the action.

Absent those implementation records, neither the State nor the public can independently determine whether the documented changes reflect lawful administrative corrections, implementation of established procedures, system operation, administrative error, or other causes.

---

## IV. REQUIRED IMPLEMENTATION RECORDS

The documented record changes identified in the attached reports require corresponding implementation records sufficient to permit the State, the public, and any reviewing authority to determine:

- identity of records reviewed in reaching the State's conclusions;
- when the change occurred;
- why the change occurred;
- who authorized the change;
- who executed the change;
- what source records supported the change;
- what quality-control or verification procedures were performed;
- whether the change was manually or automatically generated;
- whether the change modified previously certified election records;
- whether prior values were preserved;
- whether audit records exist documenting the complete transaction history;
- database transaction logs;
- database change-history records;
- import transaction logs;
- export transaction logs;
- synchronization logs;
- replication logs;
- system event logs;
- archival snapshots;
- backup and recovery records sufficient to reconstruct affected transactions;
- exception reports generated during implementation;
- reconciliation reports;
- quality-control reports;

- automated workflow logs;
- identity of all databases, applications, services, and repositories containing implementation records;
- identity of all electronic systems reviewed in preparing the State's response; and
- whether the documented change complied with the State's written voter-list maintenance procedures and applicable federal law.

If any implementation activity was performed by an automated process, software application, third-party vendor, contractor, cloud-hosted service, or other electronic system, the State should identify that system, the records maintained concerning its implementation activities, and the records relied upon in preparing its response to this Notice.

---

The implementation records requested in this Appendix are consistent with the categories of records DOJ has publicly identified as necessary to document voter-list maintenance programs and federal election administration.

Accordingly, if the State concludes that any requested category does not exist, has not been maintained, or cannot be produced, U4F requests that the State identify:

- the specific record category unavailable;
- the reason the record does not exist;
- the legal authority supporting its nonexistence or destruction;
- and whether any alternative record documents the same implementation activity.

---

## V. RELATIONSHIP TO DOJ GUIDANCE

The records requested in this Appendix are consistent with the categories of implementation and preservation records that the United States Department of Justice has identified as necessary to document the administration of federal elections and voter-list maintenance programs.

The requested records are also consistent with Congress's requirement that election officials maintain records concerning the implementation of voter-list maintenance activities and preserve records relating to acts requisite to voting.

Accordingly, this Appendix seeks the documentation necessary to explain the documented changes appearing within the State's own official records, rather than requesting speculation or unsupported conclusions concerning those changes.

## VI. LIMITATIONS

The attached analyses identify documented changes appearing within official State records.

The analyses do not independently establish that any particular change violated federal law.

They identify record-level changes requiring corresponding implementation records and explanatory documentation sufficient to determine whether the documented changes were lawfully implemented, properly documented, and preserved in accordance with federal law.

## ILLINOIS-SPECIFIC POST-CERTIFICATION CHANGE SUMMARY

The incorporated Illinois Vote Tampering Report compares successive official Illinois voter-history records and identifies the following documented post-certification changes.

2024 General Election: 254,027 total documented changes between the January 24, 2025 and May 13, 2026 voter-record snapshots, consisting of 109,976 Vote-to-No-Vote changes, 15,119 No-Vote-to-Vote changes, 111,268 voter/ballot deletions, and 17,664 voter/ballot additions.

2022 General Election: 288,447 total documented changes across the January 25, 2023 to October 13, 2023 and October 13, 2023 to October 15, 2024 comparisons.

2020 General Election: 472,581 total documented changes across the January 25, 2023 to October 13, 2023 and October 13, 2023 to October 15, 2024 comparisons.

These figures identify documented changes requiring investigation and corresponding implementation records; consistent with Sections III and VI above, they do not independently establish that any particular change violated federal law.

## VII. INCORPORATED REPORTS

Illinois Vote Tampering Report

(Document Date: June 10, 2026)

Electronic Exhibit 1 (USB Media)

Illinois Vote Tampering machine-readable supporting dataset

# EXHIBIT B

## Illinois Acknowledgment Email

September 4, 2026 email acknowledging receipt and identifying the statutory cure deadline.

Gmail

Gregory Stenstrom <gregorystenstrom@gmail.com>

# NVRA Notices

2 messages

**GeneralCounsel** <GeneralCounsel@elections.il.gov> Fri, Sep 4, 2026 at 1:36 PM
To: "harryhaury@protonmail.com" <harryhaury@protonmail.com>, "gregorystenstrom@gmail.com" <gregorystenstrom@gmail.com>, "reneemazer@gmail.com" <reneemazer@gmail.com>
Cc: GeneralCounsel <GeneralCounsel@elections.il.gov>

Good Afternoon,

On August 24, 2026, the Illinois State Board of Elections received the attached Notice of Violations and Demand for Corrective Action Pursuant to 52 U.S.C. § 20510(b). On September 3, 2026, the Board received the attached Notice of Evidence Preservation Obligations from Renee Mazer, purported counsel for Unite4Freedom.

Pursuant to Federal Rule of Procedure 6(a)(1), the 20-day cure period under the NVRA expires on September 14, 2026.

As a courtesy, please be advised that records pertaining to the canvass and tabulation of election results are in the possession of the local election authorities, not the State Board of Elections. Contact information for each of Illinois' local election authorities can be found at https://www.elections.il.gov/ElectionOperations/ElectionAuthorities.aspx.

**Heidi Poyer**

Legislative Counsel

Illinois State Board of Elections

217.558.1755

217.685.5726 (cell)

**2 attachments**

**Document_260824_161151.pdf**
724K

**Document_260903_102251.pdf**
214K

**Harry Haury** <harryhaury@protonmail.com> Fri, Sep 4, 2026 at 4:15 PM
To: Gregory Stenstrom <gregorystenstrom@gmail.com>
Cc: "reneemazer@gmail.com" <reneemazer@gmail.com>, "jodie.zitko@usa4freedom.org" <jodie.zitko@usa4freedom.org>, "ken.zitko@usa4freedom.org" <Ken.Zitko@usa4freedom.org>

Sent from Proton Mail for iOS.

-------- Original Message --------
[Quoted text hidden]

# EXHIBIT C

## Preservation and Litigation-Hold Letter

September 2, 2026 preservation demand directed to Illinois officials and custodians.

September 2, 2026

**VIA ELECTRONIC MAIL AND FEDEX PRIORITY OVERNIGHT, SIGNATURE REQUIRED**

**ADDRESSEES**

**The Honorable JB Pritzker**
**Governor**
**Office of the Governor, State of Illinois**
**401 South Second Street**
**Springfield, IL 62706**

**The Honorable Kwame Raoul**
**Attorney General**
**Office of the Attorney General, State of Illinois]**
**115 South LaSalle Street,**
**Chicago, IL 60603**
civilrights@ilag.gov

**The Honorable Alexi Giannoulias**
**Secretary of State**
**Office of the Secretary of State, State of Illinois**
**~~501 South Second Street,~~** 213 State Capitol
**Springfield, IL 62756**
agiannoulias@ilsos.gov

**Bernadette Matthews**
**Executive Director / Chief State Election Official**
**State of Illinois NVRA Designated Chief State Election Official**
**2329 South MacArthur Boulevard**
**Springfield, IL 62704-4503**
~~webmaster@elections.il.gov~~ bmatthews@elections.il.gov

**Re:** Notice of Evidence Preservation Obligations — National Voter Registration Act (52 U.S.C. § 20501 *et seq.*), Help America Vote Act (52 U.S.C. § 20901 *et seq.*), and the Voting Rights Act of 1965 (52 U.S.C. § 10101 *et seq.*); Response to Notice of Violations Dated August 19, 2026

Dear Governor Pritzker, Attorney General Raoul, Secretary of State Giannoulias, and Executive Director / Chief State Election Official Matthews:

This firm represents Unite4Freedom ("Unite4Freedom") in connection with the Notice of Violations regarding compliance with the National Voter Registration Act of 1993 ("NVRA"), 52 U.S.C. § 20501 *et seq.*, that was previously transmitted to the State of Illinois on or about August 19, 2026 (the "Notice of

Violations"). This letter is directed to the State of Illinois]; the Office of the Governor of the State of Illinois; the Office of the Attorney General of the State of Illinois; the Office of the Secretary of State of the State of Illinois; and the Executive Director / Chief State Election Official, each in their official capacity, together with each of their respective agents, employees, contractors, vendors, and custodians of records (collectively, "Defendants"). This letter is a formal demand that Defendants immediately take all steps necessary to identify, preserve, and protect from destruction, alteration, or loss any and all records, documents, communications, and data — in whatever form or medium such materials are created, received, or maintained — that relate in any way to the subject matter of the Notice of Violations and to Defendants' compliance with the NVRA, the Help America Vote Act of 2002 ("HAVA"), 52 U.S.C. § 20901 *et seq.*, and the Voting Rights Act of 1965 ("VRA"), 52 U.S.C. § 10101 *et seq.* (collectively, the "Preserved Records").

**I. STATEMENT OF INTENT TO SUE**

This letter further serves as formal notice, pursuant to Section 11(b) of the NVRA, 52 U.S.C. § 20510(b)(1), that Unite4Freedom intends to commence a civil action against Defendants in an appropriate United States district court if the violations identified in the Notice of Violations dated August 19, 2026 are not fully remedied within the applicable statutory cure period. The NVRA authorizes a person aggrieved by a violation to bring such an action if the violation is not corrected within 90 days after a State receives written notice of the violation, or within 20 days after receipt of such notice if the violation occurred within 120 days before the date of an election for Federal office. 52 U.S.C. § 20510(b)(2).

Unite4Freedom intends to exercise this right in full absent a satisfactory resolution of the violations identified in the Notice of Violations, and reserves all rights and remedies available to it under the VRA, the NVRA, HAVA, and applicable state law, including the right to seek declaratory and injunctive relief, attorneys' fees and costs, and any other relief a court deems appropriate. Because litigation against Defendants is therefore reasonably anticipated, Defendants' duty to preserve the Preserved Records described in this letter arises independently under common-law spoliation doctrine, in addition to the statutory preservation and production obligations described in Section II below, and that duty applies with equal force to every Defendant regardless of which Defendant is ultimately named in any complaint.

**II. STATUTORY BASIS FOR PRESERVATION**

The NVRA itself imposes an affirmative, ongoing record-retention obligation. Section 8(i)(1) of the NVRA requires each State to "maintain for at least 2 years and to make available for public inspection ... **all records concerning the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters**". 52 U.S.C. § 20507(i)(1) (emphasis added). This is the completeness standard the Department of Justice applies when assessing a State's compliance, and it governs the scope of the records that must be preserved in response to this letter.

Separately, the Civil Rights Act of 1960, 52 U.S.C. § 20701, requires every election officer to "retain and preserve", for twenty-two (22) months following any general, special, or primary election for federal office, all records and papers that come into that officer's possession relating to any application, registration, or other act requisite to voting, and makes those records subject to inspection, reproduction, and copying upon a written demand by the Attorney General specifying the basis and purpose for the request. 52 U.S.C. §§ 20701, 20703. That demand may be enforced in federal district court. 52 U.S.C. § 20705. The Attorney General likewise has independent enforcement authority under Section 11 of the NVRA. 52 U.S.C. § 20510.

HAVA imposes complementary obligations, including the requirement that the statewide voter registration database be coordinated on a regular basis with State records on felony status and death, consistent with NVRA list-maintenance requirements. 52 U.S.C. § 21083(a)(2). Records reflecting that coordination, and the procedures and audit trails underlying it, fall squarely within the scope of this preservation demand.

## III. SCOPE OF RECORDS TO BE PRESERVED

The preservation obligation described in this letter applies, without limitation, to all records — whether in **paper or electronic form**, and regardless of the software, system, custodian, or location in which such records are created, received, stored, or maintained — that are necessary to validate the State's compliance with the VRA, the NVRA, and HAVA. This includes, but is not limited to:

- The statewide voter registration list and all historical snapshots, exports, and version histories of that list;
- All records concerning the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters, as described in 52 U.S.C. § 20507(i)(1), including list-maintenance mailings, notices, and responses;
- Records of registrations, cancellations, transfers, rejections, and purges, including the basis and source data for each such action;
- Records reflecting coordination between the statewide voter registration database and other State agency records, including motor vehicle, public assistance, corrections, vital records (death), and felony-status data, under NVRA § 5 and HAVA § 303(a)(2);
- Policies, procedures, protocols, training materials, and internal guidance concerning voter list maintenance, registration processing, and NVRA/HAVA/VRA compliance;
- Correspondence, memoranda, and communications (including emails, text messages, instant messages, and messages sent via any ephemeral or auto-deleting messaging application) among or between State officials, county or local election officials, vendors, contractors, and any other person concerning the subject matter of the Notice of Violations;
- Contracts, statements of work, and communications with any third-party vendor or contractor that performs list-maintenance, data-matching, or registration-processing services on the State's behalf, together with that vendor's or contractor's own underlying records;
- Audit logs, metadata, database change logs, and system-access records reflecting who made changes to voter records, when, and why;
- Backup tapes, archived files, and legacy-system data that would otherwise be subject to a routine retention or deletion schedule; and
- Any other document or data compilation that would be responsive to, or that was created in response to, the Notice of Violations.

## IV. DOJ'S INTERPRETATION OF "AUDITABILITY" AND ITS EXTENSION TO VOTING SYSTEM RECORDS

The Department of Justice has taken the position, including in recent Civil Rights Division demand letters issued to state election officials, that a State's NVRA and HAVA compliance cannot be assessed from registration records alone, and that the record-preservation and record-production obligations described above extend to the full universe of records that establish the *auditability* of the State's voting and tabulation process. DOJ has grounded this position in HAVA's voting-system requirements, which mandate that any

voting system used in a federal election "produce a permanent paper record with a manual audit capacity for such system" and that the paper record "shall be available as an official record for any recount conducted with respect to any election in which the system is used." 52 U.S.C. § 21081(a)(2). DOJ has cited a State's obligation to demonstrate compliance with this and other HAVA "minimum requirements," see 52 U.S.C. §§ 21081–21083, as independent grounds for demanding production of the underlying system- and ballot-level records that make that audit capacity meaningful, rather than registration records alone.

DOJ has likewise construed the Civil Rights Act of 1960's reference to records relating to "any application, registration, payment of poll tax, or *other act requisite to voting*", 52 U.S.C. § 20701 (emphasis added), to reach beyond registration paperwork to the records generated when a ballot is cast, scanned, tabulated, and canvassed — on the theory that casting and counting a ballot is itself an "act requisite to voting." Consistent with that reading, DOJ has separately demanded ballots, ballot receipts, and ballot envelopes directly from local election officials under the CRA. In light of this stated position, Unite4Freedom treats the following categories of voting-system and audit-trail records as squarely within the scope of the Preserved Records, in addition to the registration-related records identified in Section III above:

- Cast Vote Records ("CVRs"), including the underlying ballot-level tabulation data for every contest and every voting method (in-person, provisional, absentee/mail, and any other), together with the CVR export files, layout/definition files, and any documentation necessary to interpret them;
- Electronic pollbook logs, including voter check-in and check-out records, activation-code or ballot-issuance logs, provisional-ballot logs, and any synchronization or reconciliation logs between electronic pollbooks and the statewide voter registration database;
- Voting machine and tabulation-system logs, including system event logs, error logs, and chain-of-custody logs for each device used in casting, scanning, or tabulating ballots;
- Database change logs and audit trails for the statewide voter registration system and any tabulation or election-management system, reflecting every addition, modification, or deletion and the identity of the user or process that made it;
- Ballot images captured by optical scanners or other voting equipment, including full-resolution images of both the front and back of each ballot, for every voting method;
- Software and firmware loads, version histories, configuration files, and cryptographic hash values for every voting, tabulation, and election-management system component in use, together with certification records, vendor change logs, and records of any patch, update, or configuration change applied to that software;
- Physical ballots in every category — voted, spoiled, rejected, provisional, and absentee/mail — together with ballot envelopes, ballot receipts, chain-of-custody logs, and any risk-limiting audit or post-election audit records and work papers; and
- Any other record that DOJ has identified, or could reasonably be expected to identify, as necessary to establish the auditability of the State's voting, tabulation, and canvassing processes.

## V. PRESERVATION INSTRUCTIONS

To ensure compliance with this demand, each addressee is instructed to take the following steps immediately upon receipt of this letter:

- Suspend any automatic deletion, overwriting, recycling, or destruction protocol — including routine records-retention schedules, email auto-purge settings, and ephemeral-messaging auto-delete functions — that could result in the loss of any Preserved Record;
- Issue a written litigation-hold notice to every employee, official, agent, and contractor who may have custody or control of Preserved Records, and confirm in writing that such notice has been distributed;
- Refrain from deleting, discarding, altering, erasing, overwriting, relocating, or otherwise disposing of any Preserved Record, whether in paper or electronic form, including metadata associated with electronic records;
- Preserve electronic records in their native, original format, including all associated metadata, and refrain from any action that would alter a record's metadata, including "last modified" or "last accessed" dates, except as unavoidably caused by routine, good-faith access;
- Identify and secure any records currently stored on legacy systems, decommissioned hardware, or media scheduled for replacement or disposal, and preserve that hardware or media, or a forensically sound copy of its contents, before any replacement or disposal occurs; and
- Direct any third-party vendor or contractor in possession of Preserved Records to comply with the same preservation obligations described in this letter.

## VI. DURATION AND SCOPE OF THIS DEMAND

Several of the categories identified in Section IV, including system event logs, database change logs, and electronic pollbook logs, are, by default, subject to shorter retention or automatic overwrite cycles under vendor default settings or routine IT practice than the 22-month period fixed by 52 U.S.C. § 20701. To the extent any such default cycle would result in loss of these records before the expiration of this hold, each addressee is instructed to override or suspend that cycle immediately, regardless of whether the affected system is operated directly by a Defendant or by a county, vendor, or contractor on a Defendant's behalf.

This preservation demand is effective immediately and shall remain in effect until Unite4Freedom or its counsel provides written notice releasing Defendants from this obligation, or until the underlying matter is finally resolved, whichever occurs later. This letter is not a comprehensive statement of the records that may ultimately be requested in discovery, through a public-records request, or through a demand under 52 U.S.C. § 20703, and it does not waive, limit, or substitute for any other right to obtain records under applicable state or federal law, including state public-records or open-records statutes.

## VII. CONSEQUENCES OF NONCOMPLIANCE

Please be advised that the failure to preserve records identified in, or reasonably encompassed by, this letter may result in spoliation of evidence and may expose Defendants to sanctions, adverse-inference instructions, fee-shifting, and other remedies available under applicable law, both in connection with the anticipated civil action described in Section I above and in any other proceeding. Unite4Freedom reserves all rights and remedies, including the right to seek judicial relief to compel preservation or production of records, in the event this demand is not honored in full.

Please direct all questions regarding this letter, and any correspondence confirming compliance with the preservation obligations described above, to the undersigned at the contact information listed above.

Sincerely,

Renée Mazer

**Renee Mazer**
**PA Bar No. 57676**
Counsel for Unite4Freedom

# EXHIBIT D

## Illinois Substantive Response and High-Level Overview

Complete September 14, 2026 State response addressing Plaintiffs' analyses, Illinois voter-list-maintenance structure, custodians, and the promised supplemental response, followed by the two-page high-level overview.

**STATE BOARD OF ELECTIONS**

**STATE OF ILLINOIS**

**2329 S. MacArthur Blvd.**
**Springfield, Illinois 62704**
**217-782-4141**
**TTY: 800-964-3013**
**Fax: 217-782-5959**

**69 W. Washington St., Suite LL08**
**Chicago, Illinois 60602**
**312-814-6440**
**Fax: 312-814-6485**

**BOARD MEMBERS**
**Laura K. Donahue, Chair**
**Rick S. Terven, Sr., Vice Chair**
**Jennifer M. Ballard Croft**
**Cristina D. Cray**
**Tonya L. Genovese**
**Catherine S. McCrory**
**Jack Vrett**
**Casandra B. Watson**

**EXECUTIVE DIRECTOR**
**Bernadette M. Matthews**

September 14, 2026

Unite4Freedom & Harry Haury
harryhaury@protonmail.com
*via U.S. mail and email*

Gregory Stenstrom
gregorystenstrom@gmail.com
*via U.S. mail and email*

*Carbon copy to:*
Renee Mazer
reneemazer@gmail.com
*via U.S. mail and email*

Re: Response to NVRA notice received 8/24/26

Unite4Freedom, Mr. Haury, Mr. Stenstrom,

The Illinois State Board of Elections ("SBE" or "Board") received your notice on August 24, 2026. The notice alleges violations of provisions of the National Voter Registration Act, 52 U.S.C. § 20501 *et seq.* ("NVRA"). First, you allege violations of NVRA Section 20507(i)'s provision on public disclosure of voter registration activities. *See id.* at § 20507(i). But the Board cannot have violated an obligation to produce documents that you never requested until now, rendering your notice premature and ineffective. Second, you allege a violation of NVRA Section 20507(a)(4), which requires states to "conduct a general program that makes a reasonable effort to remove the names of ineligible voters from the official lists of eligible voters by reason of" death or change of address. *See id.* at § 20507(a)(4). Although the NVRA imposes no duty to explain the State's list maintenance program beyond production of existing records, as a courtesy, this letter describes some of the tools that SBE and local election authorities use to maintain an accurate voter registration list, in full compliance with both federal and State laws. Illinois's voter list is updated at least ***daily*** with new and amended registrations and at least ***weekly*** based on new information about existing voter eligibility. Because of

these mighty efforts, elections in Illinois are fair, trustworthy, and in compliance with Section 20507(a)(4). *See id.*

Illinois enhances public confidence in elections by designating trusted local officials to maintain and update individual voters' registrations within their jurisdictions. Illinois voters feel confident that their elections are fair and accurate when their interests are safeguarded by local officials familiar with their area and with whom they can interact on a regular basis. As a result of this local approach to voter registration and list maintenance, most of the information and records you seek are within the realm of Illinois's 108 local election authorities, which make individual voter eligibility determinations. SBE's roles with respect to voter lists under the Illinois Election Code include forwarding voter registration applications to local election authorities for them to research and input as appropriate, maintaining the technical aspects of the electronic statewide voter database, and providing resources and information for the local election authorities to use in analyzing initial and continuing individual voter eligibility determinations. The NVRA violations you allege are addressed further at the end of this letter.

## About the Board

The Board is an eight-member bipartisan entity providing "general supervision over the administration of the registration and election laws throughout the State" of Illinois. Ill. Const. Art. III, § 5; *see also* 10 ILCS 5/1A-1, 1A-2. By law, four members of the Board must be from the Governor's party, and four must be from the party receiving the second-highest number of votes. The Board's membership must be from within and outside Cook County. The Board acts by majority vote, which means its actions must be bipartisan and represent geographic diversity. The Board is also independent; its members serve four-year terms and are not subject to oversight by or direction from public officials or political bodies.

## New Voter Registration and Eligibility Determinations in Illinois

Online voter registration applications submitted to SBE online must be forwarded to the county clerk or board of election commissioners having jurisdiction over the applicant's voter registration within two days of receipt. 10 ILCS 5/1A-16(b), 1A-16.5(h)(2). In lieu of completing an online voter registration application with SBE, a voter may submit a voter registration application through the office of their local election authority, designated temporary places of registration, deputy registrars, the Illinois Secretary of State, or other designated government agencies. *See id.*, *e.g.*, 1A-16.7, 4-6, 4-6.2, 5-5, 6-29. Registration is also available at polling places during early voting and on election day, *id. e.g.*, 4-50, 5-50, 6-29, 6-100.

Each election authority must "accept Voter Registration Applications tendered to it under circumstances complying with the provisions of the National Voter Registration Act of 1993..." 26 Ill. Adm. Code 216.30(b). Upon receipt, local election authorities must ensure the applicant is eligible to vote. To be eligible to vote in Illinois, an individual must be a U.S. citizen, in most cases have resided in Illinois and in the election district for the 30 days preceding the election, and be at least 18 years old on

the date of the general or consolidated election. 10 ILCS 5/3-1.[1] Convicted felons are ineligible to vote while incarcerated. *Id.* at 3-5; *see also* 730 ILCS 5/5-5-5. Local election authorities determine the qualifications of voters within their jurisdictions, and, if they are qualified, register them. 10 ILCS 5/4-10, 5-9, 6-37. To ensure voters are properly identified, SBE routinely performs searches of the American Association of Motor Vehicle Administrators ("AAMVA") database to verify information such as social security number for every voter. SBE also provides local election authorities with access to AAMVA searching to ensure the authenticity of voter information.

In processing voter registration applications, the local election authorities also ensure registering the applicant will not create a duplicate voter registration as follows:

> Upon receipt of the online voter registration application, the county clerk or board of election commissioners having jurisdiction over the applicant's voter registration shall promptly search its voter registration database to determine whether the applicant is already registered to vote at the address on the application and whether the new registration would create a duplicate registration. If the applicant is already registered to vote at the address on the application, the clerk or board, as the case may be, shall send the applicant by first class mail, and electronic mail if the applicant has provided an electronic mail address on the original voter registration form for that address, a disposition notice as otherwise required by law informing the applicant that he or she is already registered to vote at such address. If the applicant is not already registered to vote at the address on the application and the applicant is otherwise eligible to register to vote, the clerk or board, as the case may be, shall: (1) enter the name and address of the applicant on the list of registered voters in the jurisdiction; and (2) send by mail, and electronic mail if the applicant has provided an electronic mail address on the voter registration form, a disposition notice to the applicant as otherwise provided by law setting forth the applicant's name and address as it appears on the application and stating that the person is registered to vote.

10 ILCS 5/1A-16.5(i).

Once the local election authority has confirmed an individual is eligible to vote and enters their data electronically, the local election authority's individual voter registration system then transfers the voter data to the Illinois Voter Registration System ("IVRS"). SBE maintains the technological aspects of IVRS, while the input and removal of voter data is handled by the local election authority. *See generally id.* 1A-25. Registration information maintained by each election authority's individual system must be synchronized with the statewide voter list in IVRS at least

---

[1] Your Appendix A mentions age discrepant registrants. Illinois law authorizes a person who is 17 years old on the date of a caucus, general primary election, or consolidated primary election and who is otherwise qualified to vote at that caucus, general primary, or consolidated primary, including voting a vote by mail, grace period, or early voting ballot with respect to that general primary or consolidated primary, if that person will be 18 years old on the date of the immediately following general election or consolidated election for which candidates are nominated at that primary. 10 ILCS 5/3-6(a). Illinois law also establishes a pre-registration system for future voters beginning at the age of 16. *Id.* at 3-6(b). These provisions may impact the age discrepant registration concern you raise.

once every 24 hours. *Id*. 1A-25(a)(4). Illinois' bottom-up structure allows trusted local election officials to maintain control over their jurisdictions' registrations, while ensuring a centralized database is maintained at the state level in compliance with all applicable federal laws.

## Voter List Maintenance

The NVRA seeks to maximize voter participation and remove unnecessary barriers to voter registration by permitting citizens to register to vote in everyday interactions with the government, such as while updating a driver's license. The NVRA also requires states to conduct a reasonable list maintenance program to remove ineligible voters from voter rolls. The Board shares the NVRA's twin goals of removing ineligible voters without disenfranchising any eligible voter. In Illinois, the Board works closely with the State's 108 local election authorities to maintain accurate voter lists. This collaboration takes advantage of the unique capabilities of each election authority. The Board leverages its expertise by providing local election authorities with a wealth of information for conducting effective list maintenance, facilitating updates to individual voters' registrations, providing oversight of the list maintenance program, and maintaining the technological aspects of the State's electronic voter list. The local election authorities, which maintain familiarity with their counties, determine voter eligibility, send voters within their jurisdiction any required confirmation notices, update registrations of individual voters, including due to a change of address, and cancel registrations in the event of a voter request, death, or ineligibility of the voter, or following the biennial systematic list maintenance program to remove ineligible voters, all in compliance with the NVRA. 52 U.S.C. § 20507(a)(4), (b)-(d); 26 Ill. Adm. Code 216.40(f)-(g), 216.50(b).

### a. Resources Used for List Maintenance

Illinois relies on data from several federal and state agencies to update its statewide electronic voter list housed in IVRS. As set forth below, these resources ensure the accuracy of IVRS.

Illinois participates in the Electronic Registration Information Center ("ERIC") to ensure Illinois election officials receive the information needed for effective list maintenance. *See* 10 ILCS 1A-16.8(a). ERIC is a nonpartisan consortium of state election officials from 27 states and the District of Columbia. Every 60 days, the Board securely shares voter registration data, as well as data provided by the Office of the Illinois Secretary of State, with ERIC. ERIC matches Illinois's voter list data against SOS data, other member states' data, the U.S. Social Security Administration's Master Death List, and the U.S. Postal Service's National Change of Address ("NCOA") program. ERIC generates reports identifying voter registration records that may be inaccurate or out of date, including records of deceased voters and voters who have moved from one ERIC member jurisdiction to another. In addition to helping identify ineligible voters and maintain more accurate voter rolls, ERIC helps detect possible illegal voting, which is used to initiate criminal investigation and possible prosecution.

SBE also uses weekly data from the Illinois Department of Corrections to generate potential matches of registered voters with incarcerated felons, as well as monthly data from the Illinois Department of Public Health to generate potential matches of registered voters with deceased individuals.

If these resources identify voters who may be ineligible to vote, local election authorities review the information and—if appropriate—cancel ineligible registrants, following all applicable state and federal laws regarding notification to affected voters, described in the next section.

Through these layered safeguards and multiple data sources, Illinois maintains accurate voter registration records while protecting eligible voters, consistent with state and federal laws.

**b. List Maintenance via Direct Notices to Voters**

Local election authorities also conduct list maintenance by sending direct mailings to every voter every two years to confirm each registered voter remains eligible to vote. Each election authority must maintain a list of all voters to whom a forwardable confirmation of address notice has been sent. 26 Ill. Adm. Code 216.40(f). Additionally, when an ERIC match indicates a voter has relocated within Illinois, the local election authority or authorities send notices to both the new and former addresses. 10 ILCS 5/1A-16.8. In the event of an out-of-state match or NCOA match, forwardable confirmation notices are sent to the voter's apparent former address. If a voter's new registration cannot be successfully merged with an existing registration, an NVRA confirmation notice is sent, and the voter's registration is cancelled due to a change of address as part of Illinois's systematic program to remove ineligible voters if the voter fails to respond to a forwardable confirmation notice, and subsequently does not vote in two consecutive general federal elections, as the NVRA requires. *See* 52 U.S.C. § 20507(d)(1).

From 2021-2022, Illinois removed 692,003 voters from its registered voter list, representing a removal of 7.9% of Illinois registered voters. During that time-period, Illinois removed the ninth highest number of registered voters of U.S states and territories. Illinois's multilayered approach to voter list maintenance is working.

**<u>Concerns Identified in Your Provided Data and Appendices A-B</u>**

Your letter requests that certain concerns relating to voter registration be remedied within 20 days under Section 20510, 52 U.S.C. § 20510. SBE has numerous concerns with this request, including the following three.

<u>First</u>, federal law prohibits systematic removal of the names of ineligible voters from the official lists of eligible voters in the 90 days preceding a federal primary or general election. *Id.* § 20507(c)(2). Although limited exceptions to this prohibition exist, it appears the type of mass purge of voters you propose may presently be unlawful and could risk disenfranchising lawful voters on the eve of the November 2026 election.

<u>Second</u>, as explained above, voter eligibility determinations must be made by local election authorities under Illinois law. This limits the Board's ability to further the remedies you seek, as the Board lacks authority to change the content of individual voters' registration records.

<u>Third</u>, much of the information and data you have provided is unclear. The Board's Division of VRS reviewed the two files you provided with your complaint. Neither has headers, and it is difficult to

ascertain what data each column purports to represent, making it difficult to understand what the data demonstrates. Although one can assume the purpose of certain columns, Column 9 contains either a number that ranges from -4 to 124 or has no value, and we are unable to ascertain what is being conveyed. In the case of duplicates, you have not provided the matching voter information that would permit a comparison to aid a local election authority's investigation into whether there is a potential duplicate.

In Appendix A[2], we are uncertain what it means to have a questionable inactive status, invalid or illogical registration date, or questionable address, making your concerns difficult to understand. Voting while inactive is lawful and should raise no concerns. Even if clearer data was provided, it is local election authorities that determine voter eligibility, including addresses, and process and update registrations.

As to Appendix B[3], your concerns appear related to records showing whether each voter voted in a particular election. All ballots in Illinois are created, completed by voters, tabulated, and preserved at the local election authority level. Each election authority is responsible for recording whether or not an individual voted at each election and transferring that information into IVRS. SBE's data on voter participation is provided to it by the election authority. Your concerns regarding whether voters voted at certain elections should be directed to the relevant Illinois local election authorities in which you located alleged discrepancies.

**<u>Your Notice under NVRA Section 20507(a)(4)</u>**

As described throughout this letter, Illinois operates a robust and thorough list maintenance program to remove voters from the statewide list for reasons of death or change of residence as contemplated by Section 20507(a)(4). 52 U.S.C. § 20507(a)(4). Through its partnerships with ERIC and Illinois's 108 local election authorities, all voters' registration information is routinely compared to the U.S. Social Security Administration's Master Death List and the U.S. Postal Service's NCOA program data. SBE provides these potential matches to local election authorities, along with potential matches to death records from the Illinois Department of Public Health, to ensure each jurisdiction has the most current information possible from which to confirm voters' continued eligibility, including changes based on death or change of residence. If a voter is rendered ineligible, the election authorities remove the voter from the list in compliance with all legal requirements. This list maintenance program easily meets the requirements of Section 20507(a)(4). As noted throughout this letter, issues with individual voters' registrations can be remedied by local election authorities, not SBE, as SBE lacks statutory authority to alter individual registrations. Because of the NVRA prohibition on systematic

---

[2] It is likely that alleged inconsistencies in registration dates as mentioned in Appendix A are due to differing practices used by the 108 election authorities for recording registration dates (*e.g.*, last voter-initiated date, original registration date, last change on registration record date, etc.). Each local election authority is better situated to clarify which date is supplied as the registration date based on their system.

[3] Appendix B appears to be derived from a statewide voter list that consists entirely of then-current active and inactive voters and does not contain all voters that voted in the November 2024 general election. As voters' registrations are cancelled, and other registrations become active, the active/inactive list continues to change. It is possible that an occasional clerical error may be corrected in records of who voted in a particular election, but this is not a common occurrence. Individual election authorities may be able to clarify changes in any of their resident voters' records.

voter list maintenance in the 90 days before an election, some of these items cannot result in changes to the voter registration list until after the November election. *Id.* § 20507(c)(2).

**Your Notice under NVRA Section 20507(i) Is Ineffective**

Your notice claims the Board violated the NVRA's public access provision – but you never requested any list maintenance records from the Board prior to sending the notice. The NVRA limits the right to bring a private right of action to "a person who is aggrieved by a violation of this chapter" who has provided "written notice of the violation to the chief election official of the State involved." 52 U.S.C. § 20510(b)(1). No prior NVRA public records request means there has been no violation, and your August 2026 notice is ineffective as to your public access allegations.

**New Requests for List Maintenance Records**

Local election authorities verify voter eligibility and update individual voters' records, and they do not report to SBE the reason for each determination. To the extent you are seeking details of eligibility determination or alteration of any individual voter's registration record, we recommend you reach out to the relevant local election authority. Under Illinois law, "[e]ach election authority shall keep all records concerning the implementation of programs and activities conducted to maintain the accuracy and currency of voter registration files for at least two years." 26 Ill. Adm. Code 216.40(f). A list of contact information for all 108 election authorities is available here:
https://www.elections.il.gov/ElectionOperations/ElectionAuthorities.aspx

The Board is in possession of some records relating to list maintenance. I am attaching with this letter an overview of Illinois's voter list maintenance program, the manual SBE publishes for election authorities on the operation of IVRS, the ERIC member agreement, and ERIC bylaws. Illinois voter lists are available for purchase through SBE, with certain personally identifiable information redacted in accordance with the court rulings in *Public Interest Legal Foundation v. SBE*, 589 F.Supp.3d 932 (C.D. Ill. 2002) and No. 20-cv-3190, 2022 WL 1174099 (C.D. Ill. Apr. 20, 2022). More information about ordering voter lists is available here:
https://www.elections.il.gov/VotingAndRegistrationSystems/ComputerizedVoterData.aspx.

Board staff is conferring with ERIC about the potential release of certain ERIC reports used for list maintenance purposes. Many of those reports cannot be released to the public under state and federal law, including under the Driver's Privacy Protection Act, 18 U.S.C. § 2721 *et seq*., federal Social Security Administration Limited Access Death Master File Regulations, Section 203 of the Bipartisan Budget Act of 2013, 42 U.S.C. § 1306c, and associated regulations administered by the National Technical Information Service, 15 C.F.R. Part 1110, and federal statutory privacy provisions under the Nondisclosure of Lists of Names and Addresses Act, 39 U.S.C. § 412 and the Privacy Act, 5 U.S.C. § 552a.

As to your requests for certain technical data, the Office of the General Counsel is conferring with VRS and Information Technology staff on what records exist. Some of the items you request may not be "list maintenance records" within the meaning of Section 20507(i) and would not fall within the

scope of the NVRA. Please expect an additional letter from SBE staff further updating you on your Section 20507(i) request.

I do not understand your request for records on “the completeness of the State’s public-inspection obligations under the National Voter Registration Act.” I would appreciate further elaboration on what type of records you seek in that request.

As to your requests for “Written Explanation of Documented Record-Level Conditions” beginning on page 7 of your notice, “Written Disposition” beginning on page 8, and “Request for Written Response” on page 11, the NVRA imposes no duty to provide written explanations beyond production of existing records. I have included extensive information in this letter about the State’s list maintenance program solely as a courtesy. And to reiterate, details of individual voter list maintenance determinations and characteristics beyond what is contained in IVRS are not available at the SBE level. If you contact local election authorities, and any is unwilling to produce existing list maintenance records, we ask that you contact SBE at that time to seek a resolution.

Sincerely,

Marni M. Malowitz
General Counsel
Illinois State Board of Elections
(312) 814-6440

**Illinois State Board of Elections**
**Voting and Registration Systems Division**

# Illinois Voter List Maintenance

## High-Level Overview of the Illinois State Board of Elections' Role and Oversight

Purpose:
This document provides a high-level overview of voter list maintenance activities in Illinois and the role of the Illinois State Board of Elections (ISBE) in supporting, overseeing, and coordinating these efforts with local Election Authorities (EAs). It is intended for external dissemination to provide transparency into the processes, safeguards, and responsibilities associated with maintaining accurate voter registration records.

Overview of ISBE Responsibilities:
The Illinois State Board of Elections supports voter list maintenance by operating and maintaining the Illinois Voter Registration System (IVRS), conducting statewide and interstate data matching, providing potential matches to local Election Authorities for review, ensuring compliance with state and federal law, and offering training, technical support, and public access to voter list data.

ISBE identifies and distributes potential matches related to duplicate registrations, voter transfers, deceased voters, incarcerated voters, and SSN or driver's license verification issues. ISBE also coordinates all data exchanges with the Electronic Registration Information Center (ERIC).

IVRS Work Item Summary:
Local Election Authorities access voter list maintenance items through the IVRS Work Item Summary dashboard, which consolidates matches generated by ISBE and ERIC. The dashboard displays current and historical work items, match categories, and resolution status. Each item requires review and action by the local Election Authority.






IL-NVRA-EX-0048

Core Voter List Maintenance Processes:
Voter Transfers and Reinstatements: Daily matching identifies voters who may have moved or registered in another Illinois jurisdiction. Local EAs confirm identity and initiate transfers or reinstatements.

Duplicate Registration Identification:
ISBE runs daily duplicate-matching processes, supplemented by ERIC reports. Local EAs investigate and merge or cancel records as appropriate.

Deceased Voter Identification:
Matches are provided from IDPH death certificate data and ERIC/SSA files. Local EAs investigate then either cancel the registrations or reject matches after.

Incarcerated Voter Matches:
Weekly IDOC data identifies potentially incarcerated voters. Local EAs investigate and cancel records only when incarceration is confirmed.

SSN and Driver's License Verification:
Verification is conducted through AAMVA/SSA and the Illinois Secretary of State. Discrepancies are referred to local EAs for review.

Automatic Address Updates:
ERIC NCOA and In-State Update reports trigger address updates, with voter notification and reversal safeguards.

Interstate Voter Registration Matches:
ERIC identifies voters registered in multiple states. Illinois initiates voter notifications consistent with NVRA requirements.

Registration Systems Supporting Accuracy:
ISBE operates the Paperless Online Voter Application (POVA) and Automatic Voter Registration (AVR) systems, improving data accuracy and reducing duplicate registrations.

Training, Oversight, and Public Access:
ISBE Voting and Registration Systems staff provide training, technical assistance, documentation, oversight of unresolved work items, ERIC compliance monitoring, post-election data validation, and public access to voter lists as required by law. Staff also forwards applications for registration and cancellation requests to local election authority for processing.

Conclusion:
Voter list maintenance in Illinois is a shared responsibility between ISBE and local Election Authorities. Through layered safeguards, multiple data sources, and statutory protections, Illinois maintains accurate voter registration records while protecting eligible voters.

# EXHIBIT E

## Illinois Voter Registration System User Manual

Full IVRS User Manual as produced in the supplied Illinois paper package.

Ex. A

# IVRS User Manual

# Illinois State Board of Elections

# Voter Registration Systems 2022

**Updated 08/2022**

# IVRS USER MANUAL TABLE OF CONTENTS

## IVRS BASIC USER FUNCTIONS

Home .................................................... 1
Summary .................................................... 2
Search .................................................... 3
Public Users .................................................... 8
Work Items .................................................... 9
Notifications .................................................... 14
Reports .................................................... 16
Manage Elections .................................................... 19
Manage Equipment .................................................... 26
Validation .................................................... 31

## WORK ITEMS SUMMARY

Introduction .................................................... 32
Voter Registration .................................................... 33
Electronic Registration Applications .................................................... 36
Electronic Automatic Updates .................................................... 57
Online Voter Registration .................................................... 76
Voter Reinstatements .................................................... 79
Voter Matching .................................................... 85
Potential Deceased Matches .................................................... 90
Illinois Department of Corrections .................................................... 93
Cross State Matches .................................................... 97
Voter Identification .................................................... 100
Social Security Administration .................................................... 102
Military and Overseas .................................................... 104

# IVRS BASIC FUNCTIONS

The Illinois Voter Registration System (IVRS) provides a support menu bar. The menu in this section will differ slightly depending on the type of user profile you have within IVRS. For the examples below, we will be illustrating a Jurisdiction Admin User menu bar. This example provides you with the basic functions within IVRS.




The Home tab provides a welcome message and contact information for all Election Authorities as well as the Voter Registration Division of the State Board of Elections.



Selecting the Summary tab will provide you with your "Work Items Summary". The Work Item Summary is the primary source for items that will require some type of action. Information that is displayed here comes from several different sources. Please refer to the Work Item Summary section of this document.






IL-NVRA-EX-0054

The Search tab will allow you to perform a search on a voter record. Once selected, enter the voter information in the appropriate fields. This can be done using the "Basic Search" or "Advanced Search". The Advanced Search option provides more search criteria, such as enhanced name searching and full address.




Once the criteria is entered select the search button to populate the results.



The results of a search will be displayed based on the criteria used in your search function. The records can be displayed in either a Grid View or a List View. A grid view will provide name, date of birth and last four of SSN if on file, by choosing select, details will appear for the voter. A list view will provide name and address. To select a voter in the list view, click the voter's name and the detail screen will populate.






After selecting a voter, you will be presented with the detail information for that voter. There are several sections to take note of on this screen.

A. This area shows you the registration details for the voter.
B. This provides you a history of changes to the record.
C. If the voter's signature is on file, it will be displayed here.
D. Provides vote history for the voter.
E. Provides the districts which the voter resides in, polling locations, and if any Early, Grace or Absentee ballots were cast.

Print Voter Details

This voter has filed a Judicial redaction request: False

Redact Voter - Judicial

This voter has filed an ACP redaction request: False

Redact Voter - ACP

**Voter Detail** A

State Unique Identifier:
[redacted]

Voter Id:
[redacted]

Jurisdiction:
Adams County

Name:
MARK [redacted]

Register Date:
6/02/2011

Birth Date:
[redacted]

Age:
64

State Status:
A (Active)

County Status:
Active

Voter Validation Status:
Unknown: Waiting to validate SSN

Gender:
Male

SSN:
[redacted]

Phone:

Address:
[redacted]

City, State, Zip:
CLAYTON, IL 62324

Unit:

Mailing Address:

Unit:

City, State, Zip:
,

Drivers License Number:

All the Match cases the voter is involved in :
All Match cases Info

**Change History**

View Change History

**Latest Local Changes** B

103 record(s) found. Viewing: 10

| Event Date | Effective Date | Event Type | Param 1 | Param 2 | Description |
|---|---|---|---|---|---|
| 11/10/2016 2:40:14 PM | 11/10/2016 2:40:14 PM | CHNG | election | G1116 | Voting history entry for election G1116. |
| 11/10/2016 2:40:14 PM | 11/10/2016 2:40:14 PM | CHNG | lastvote | 11/08/2016 | Voting history entry for election G1116. |
| 11/10/2016 12:00:00 AM | 11/10/2016 12:00:00 AM | CHNG | election | G1116 | Voting history entry for election G1116. |
| 11/10/2016 12:00:00 AM | 11/10/2016 12:00:00 AM | CHNG | lastvote | 11/08/2016 | Voting history entry for election G1116. |

**Signature** C

Expand


[redacted]

**Voter History** D

| Election Date | Election Type | Party |
|---|---|---|
| 11/06/2018 | GE | |
| 3/20/2018 | GP | DEMOCRATIC |
| 11/08/2016 | GE | |
| 3/15/2016 | GP | DEMOCRATIC |
| 9/10/2015 | SE | |
| 11/04/2014 | GE | |
| 3/18/2014 | GP | REPUBLICAN |
| 4/09/2013 | CE | |
| 11/06/2012 | GE | |

**Voting Districts** E

No districts were found for this voter.

**Voter Polling Place Location**

| | |
|---|---|
| Place Name : | CLAYTON AMERICAN LEGION |
| Place Description : | |
| Address Line1 : | 111 S PARK ST |
| Address Line2 : | |
| City: | CLAYTON, IL 62324 |
| State: | IL |
| Zip Code: | |

**Voter Ballots Information**

View Voter Ballots

**Voter Matches**

This voter has not been found in any match cases.



IL-NVRA-EX-0057

The Illinois Voter Registration System (IVRS) has built in functionality to redact two classifications of voters, judges and certified members of the Address Confidentiality Program (ACP). The ACP is administered by the Illinois Attorney General's Office and is available to victims of domestic abuse or sexual assault. The latest update to IVRS allows you, the election authority, to redact these voters within IVRS. Redactions in IVRS are limited to "Jurisdiction Admin" and "Jurisdiction User" privileges. You should only be redacting voters for which you are responsible for.

Judicial and ACP redactions are only to be used under very specific circumstances. Judicial redactions, covered by the Judicial Privacy Act (705 ILCS 90), allows judges to make written request to have contact information for themselves and members of their immediate family redacted and protected from public dissemination. Certified members of the ACP (750 ILCS 61/1 et. Seq., 10 ILCS 5/20-3), however, are entitled to have all information redacted and protected from public dissemination. Certified ACP members should supply a special registration paper form (R-19ACP) that may appear on red paper. ACP members are provided with a post office box where they can receive mail, but the member will also need to supply you with their residential address so you know which ballot style they are entitled to receive. As an election authority, you are one of the only governmental entities allowed to receive a legitimate address of an ACP member, so it is imperative that the member's information be protected at all times.

**Important Note: Prior to redacting a voter in IVRS, you will need to ensure the voter is registered in your local registration system so the voter can be found in IVRS. If you have registered the voter in your local registration system and the voter cannot be found in IVRS, please contact the Division of Voting and Registration Systems to trigger a batch run of voters in IVRS.**

Step 1: Locate the voter in IVRS you want to redact. To accomplish this, first click "Search" from your Work Items Summary.




You will then be presented with a "Basic Search" and "Advanced Search." The SBE recommends utilizing an "Advanced Search." After locating your voter that you want to redact, click "Select."






IL-NVRA-EX-0058

Step 2: Enact either Judicial Redaction or ACP Redaction. When a voter is not redacted, the voter details will show “False” for both Judicial and ACP Redaction, such as this:




To mark a voter for either Judicial Redaction or ACP Redaction, simply click “Redact Voter” for either “Redact Voter – Judicial” or “Redact Voter – ACP.” After doing so, the redaction you chose will show “True,” such as the example below:




If you want to un-redact a voter, you simply click “UnRedact Voter.” As a reminder, initiating Judicial Redaction will redact the voter’s contact information in the statewide registration system and initiating ACP redaction will redact all information from public dissemination in the statewide registration system for the voter.

**Important Note: When attempting to redact a voter in IVRS, you may find that the voter is already redacted. This has likely occurred because an “SBE Admin” user has already redacted the voter.**

The Public Users function allows you to create temporary (such as members of the public wishing to review registration records) users for your jurisdiction or to search for temporary users already created.




When selecting "Creating Temporary User" you will be directed to a Temporary User Page where a new user can be created within your jurisdiction. These users are generally members of the public requesting to view voter records within your jurisdiction. For security purposes, it is imperative that you set an expiration date on these users as they should not maintain access into IVRS for a long period of time.






IL-NVRA-EX-0060

The Work Items tab contains several drop down options.




Voter Matching & Voter Identification will direct you to your work items that are located in your Work Items Summary. This is another pathway to view those items that are awaiting action.

Entering Provisional Voter Data will take place through your local system. **Within 48 hours following an election your Provisional Voter Data must be entered into your local system.** A Ballot ID and a local Voter ID are required to be assigned to each record along with Election Date, Election Type, Last Name, First Name, and City. Once you enter Provisional Voter Data into your local system, those Provisionals will be visible to political action committees with IVRS Pre Election Ballot Request access accounts. They will then be available on our website for the public to view the status through the Provisional Ballot Search. This can also be achieved through IVRS by selecting Provision Voter Data, then Add Provisional Data.




| JID | Voter ID | Ballot ID | Election Date | Election Type | State ID | Last Name | First Name | MiddleName | City | Details | Delete |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | | 216 | 04-07-2015 | CE | | FRAZIER | BERTHA | RAMIKA | champaign | Details | Delete |
| 10 | | 224 | 04-07-2015 | CE | | VON HOLTEN | REBECCA | SUE | MAHOMET | Details | Delete |
| 10 | | 235 | 03-15-2016 | GP | | CANTONI | NICOLE | P | CHAMPAIGN | Details | Delete |
| 10 | | 263 | 11-08-2016 | GE | | Lipps | Sarah | J | Urbana | Details | Delete |
| 10 | | 264 | 11-08-2016 | GE | | SEAMAN | SABRINA | LYNN | CHAMPAIGN | Details | Delete |
| 10 | | 265 | 11-08-2016 | GE | | WELLS | DANIEL | CLAY | CHAMPAIGN | Details | Delete |
| 10 | | 266 | 11-08-2016 | GE | | WILSON | DOREEN | SUE | TOLONO | Details | Delete |
| 10 | | 267 | 11-08-2016 | GE | | DECAIR | DANA | MARIE | CHAMPAIGN | Details | Delete |
| 10 | | 268 | 11-08-2016 | GE | | AMACHER | MICHAEL | DAVID | CHAMPAIGN | Details | Delete |
| 10 | | 269 | 11-08-2016 | GE | | SHEPARD | DONALD | BEARDSLEY | CHAMPAIGN | Details | Delete |



Please note, that all Provisional Voter Data much match exactly.






IL-NVRA-EX-0061

Entering Provisional Ballots can be achieved through a upload from your local using the Import Provisionals from your drop-down.




By Selecting All then selecting Import, all provisional ballots will be uploaded through the nightly batch process into IVRS.




| Select | Jurisdiction | Ballot ID | Counted Status | Not Counted Reason |
|---|---|---|---|---|
| ☐ | Champaign County | 000491283 | Y | |
| ☐ | Champaign County | 186263 | Y | |
| ☐ | Champaign County | 215670 | Y | |
| ☐ | Champaign County | 260135 | Y | |
| ☐ | Champaign County | 35911 | Y | |
| ☐ | Champaign County | 465839 | N | ALREADY VOTED |
| ☐ | Champaign County | G51401896937 | Y | |

After you have entered all provisionals in your local system, you must "Declare Data Entry is Complete". This atep is achieved by going into your Work Items then Add Provisional Ballots.



Select your Election from the drop-down and then Declare your Data Entry is Complete.




A notification box will populate to verify that you would like to declare that your provisional are complete for this election.




After you have declared your provisional data entry is complete, you will be provided an informational message.



Provisional Voter Data allows you to view a list of provisional ballots. Entering search criteria in the search box (see illustration 1) will provide a search for a specific provisional. A list of provisional data will automatically populate (see illustration 2), which can be sorted by clicking on the blue title tabs (see illustration 3). By selecting “Details” highlighted in blue in the far right corner of the record, you will have the ability to view the Provisional Voter Data Details (see illustration 4).







| JID | Voter ID | Ballot ID | Election Date | Election Type | State ID | Last Name | First Name | MiddleName | City | Details | Delete |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99 | | [redacted] | 04-07-2015 | CE | | PALMER | [redacted] | L | UNIVERSITY PARK | Details | |
| 99 | | [redacted] | 04-07-2015 | CE | | MANAGO | [redacted] | | HOMER GLEN | Details | Delete |
| 99 | | [redacted] | 04-07-2015 | CE | | MARR | [redacted] | | HOMER GLEN | Details | Delete |
| 99 | | [redacted] | 04-07-2015 | CE | | SUL | [redacted] | | NAPERVILLE | Details | Delete |
| 99 | | [redacted] | 04-07-2015 | CE | | BURNS | [redacted] | ANN | NAPERVILLE | Details | Delete |
| 99 | | [redacted] | 04-07-2015 | CE | | KHAN | [redacted] | M | NAPERVILLE | Details | Delete |
| 99 | | [redacted] | 04-07-2015 | CE | | SLAUGHTER | [redacted] | SHAUN | UNIVERSITY PARK | Details | Delete |
| 99 | | [redacted] | 03-15-2016 | GP | | PARRISH | [redacted] | | FRANKFORT | Details | Delete |
| 99 | | [redacted] | 03-15-2016 | GP | | ROSADO | [redacted] | | BOLINGBROOK | Details | Delete |
| 99 | | [redacted] | 03-15-2016 | GP | | RUMCHAK | [redacted] | | JOLIET | Details | Delete |




Pre-Election Ballot Request (PBR) is the information displayed to Political Action Committees (PAC) for your jurisdiction. The SBE is required to provide access to various information, as outlined below, and this is done through secure access via the CMTE site. A PAC must be on file and maintain an “Active” committee status with SBE’s Campaign Disclosure Division. A committee may request to access the CMTE site by making application.

The Pre-Election Ballot Requests (such things as Vote by Mail applications, Early Voters, and Grace Period Voters) page is simply a resource tool for Election Authorities to view the information available to committees. Election Authorities may find it a convenient source of information or an additional resource to look up and find information for a specific election date, voter request type or a specific voter rather than in your local system.

Upon opening the PBR page you will see there are three tabs to choose from:

- Pre-Election Ballot Request Search-Vote by Mail applicants, Early Voters, and Grace Period Voters
- Provisional Voter Data Search-Information on ***who*** cast a Provisional Ballot
- Paperless Online Voter Application Search-Information on who applied to register online




After completing the desired fields, select the search button to populate the information. The illustration below provides an example of the fields which are displayed.




The same process should take place for the other two options, Provisional Voter Data Search and Paperless Online Voter Application Search.

Uncounted Ballots This is the area where you will update the required information for Uncounted Ballots following each election. These are defined as outstanding ballots that still have the possibility of being counted. The requirement states "no later than 48 hours after the closing of polling locations on Election Day and each business day thereafter until the period for counting provisional and vote by mail ballots has ended." (10ILCS 5/1-9.2). Select the election in which you are updating from the drop down.



To add, select Add New Uncounted Ballot.




Select start to continue onto the survey.




Complete the categories with the most up-to-date counts. If you select "Close" the pop up will close without saving any input. If you select "Save" the pop up will close while saving and totaling your counts.




You have now reported your uncounted ballots. NOTE: This should be completed daily following each election, for a total of 14 days or until uncounted ballots are at zero.


Select the Election to get the List of Uncounted Ballots for that Cycle 11/3/2020 - General Election

List of the uncounted ballots for the General Election on November 03, 2020

*Note : Uncounted ballots are ones that have not yet been counted, rejected or received. When the ballot is counted or rejected it may be removed from the totals.*

| Jurisdiction | Total UncountedBallots | Uncounted Cast On ElectionDay | Uncounted EarlyVoting | Uncounted Provisional | Vote By Mail Returned Not Counted | Vote By Mail Sent Not Returned | Last Update Received | Edit | Delete |
|---|---|---|---|---|---|---|---|---|---|
| Will County | 4 | 0 | 0 | 0 | 3 | 1 | 07/01/2021 | Edit | Delete |

Jurisdiction Upload allows you to upload your electronic list of electors who were sent VBM applications to the State Board of Elections [10 ILCS 2B-50(a)]. These were required to be submitted on three occasions for the 2020 Election Cycle. **This functionality remains in place for future needs, however, this requirement no longer exist.**

You will have the option to first “Choose File.” At this point, you will locate and select the appropriate .CSV file you want to upload. There are no specific requirements for naming your file, but it may be helpful to include both your jurisdiction name and the date the file was created.




When the file is successfully uploaded, a message will appear at the bottom of your screen.



The Notifications tab will allow you to communicate with other IVRS users in regards to records or other pertinent information. From the notification tab you can accomplish three things.

Create a notification – acts as an internal email system within IVRS.

Receive notifications (Inbox) – notifications sent to you from other IVRS users.

Track Notifications (Outbox) – maintains messages you have sent to other IVRS users.






The Reports tab will provide five different types of reports for your jurisdiction.

Home | Summary | Search | Public Users | Work Items ▾ | Notifications ▾ | Reports ▾

Home :: Reports

## Reports

- Site Activity
- Voter Snapshot 1
- Cancelled Voters
- IVRS Client Transmission
- Automatic Processing Reports

The first report is the site activity report, which will allow you to view which IVRS users are logging into IVRS and the actions they are taking. Again, this can be filtered by the drop down provided above the report and then sorted by selecting the blue header tabs.

Home :: Reports :: Site Activity

Site Activity Report

Jurisdiction: Adams County Activity Type: None Users: All Users Filter

| Name | User Name | Jurisdiction | Date | Action |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | 6/29/2021 10:22:20 AM | SignOn |
| | | | 6/29/2021 9:02:56 AM | RegisterVoterTransfer |
| | | | 6/29/2021 9:00:20 AM | SignOn |
| | | | 6/28/2021 1:27:58 PM | SignOn |
| | | | 6/25/2021 2:13:15 PM | SignOn |
| | | | 6/25/2021 10:23:35 AM | SignOn |
| | | | 6/24/2021 12:56:46 PM | SignOn |
| | | | 6/23/2021 1:22:44 PM | SignOn |
| | | | 6/23/2021 11:31:54 AM | RegisterVoterTransfer |
| | | | 6/23/2021 11:31:43 AM | RegisterVoterUnique |
| | | | 6/23/2021 11:30:54 AM | RegisterVoterTransfer |
| | | | 6/23/2021 11:30:42 AM | RegisterVoterTransfer |
| | | | 6/23/2021 11:30:32 AM | RegisterVoterTransfer |

The second report, Voter Snapshot 1, will provide a snapshot of daily voter counts. These numbers are reflected by the day in the far left column.

Voter Snapshot 1 Report

Select a Jurisdiction to view the voter snapshot reports

Jurisdi[redacted]unty Load Report

718 snapshots were found.

Download Report

| Snapshot Time | Voter | A Status | I Status | C Status | Registration Date | M Gender | F Gender | Birth Date | Telephone | SSN | DL Number | Last Name | First Name | Middle Name | Name Suffix | House Number | House Fraction | PreDirection | Street Name | Street Type | PostDirection | City | Zip | Mail Line 1 | Mail Line 2 | Mail City | Mail State | Mail Zip | Mail Country |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/26/2021 8:59:59 PM | 54206 | 44410 | 4517 | 5198 | 43528 | 23248 | 25650 | 48580 | 1263 | 38884 | 30499 | 48927 | 48927 | 47610 | 924 | 48927 | 0 | 19219 | 48927 | 47088 | 1465 | 48927 | 48917 | 1312 | 906 | 1755 | 1751 | 1750 | 0 |
| 6/19/2021 8:59:55 PM | 54188 | 44410 | 4508 | 5188 | 43518 | 23241 | 25648 | 48571 | 1263 | 38875 | 30482 | 48918 | 48918 | 47599 | 923 | 48918 | 0 | 19209 | 48918 | 47081 | 1464 | 48918 | 48908 | 1309 | 906 | 1752 | 1748 | 1747 | 0 |
| 6/12/2021 8:59:56 PM | 54162 | 44443 | 4489 | 5089 | 43527 | 23247 | 25656 | 48585 | 1266 | 38881 | 30482 | 48932 | 48932 | 47612 | 923 | 48932 | 0 | 19216 | 48932 | 47093 | 1465 | 48932 | 48923 | 1311 | 906 | 1754 | 1750 | 1749 | 0 |
| 6/5/2021 8:59:58 PM | 54142 | 44526 | 4503 | 5035 | 43616 | 23313 | 25687 | 48682 | 1266 | 38961 | 30538 | 49029 | 49029 | 47701 | 926 | 49029 | 0 | 19253 | 49029 | 47183 | 1468 | 49029 | 49021 | 1308 | 908 | 1753 | 1749 | 1748 | 0 |
| 5/29/2021 8:59:59 PM | 54120 | 44537 | 4494 | 5011 | 43614 | 23313 | 25689 | 48683 | 1271 | 38952 | 30531 | 49031 | 49031 | 47705 | 927 | 49031 | 0 | 19252 | 49031 | 47181 | 1471 | 49031 | 49023 | 1303 | 910 | 1750 | 1746 | 1745 | 0 |

The third report, Cancelled Voters Report, will provide records that have been cancelled on the date chosen in the "Cancelled Voters for" date box.

Cancelled Voters Report

Report Generated On

Cancelled Voters for : 06/30/2021

Regenerate Report

| Jurisdiction Name | Voter ID | Voter SUID | Voter Last Name | Voter First Name | Voter Middle Name | Voter Name Suffix | Voter Birth Date | Voter Registration Date | Change Type | Cancelled Date |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | | [redacted] | BRYAN | KEITH | | [redacted] | 8/21/2015 | Edit | 6/30/2021 |

The fourth report, IVRS Client Transmission, will provide a summary of the batches processed from your local database into IVRS. This can be filtered by timeframe and then sorted by the blue header tabs.

Home :: Reports :: IVRS Client Transmission

Enter search criteria for Adams County summary.

Last 30 Days

Last 60 Days

Last 90 Days

Start Date June 2021

Submit

49 transmission(s) found.

| Jurisdiction | Transmission Date | Voters Processed | Voters Deleted | Voters Updated | Voters Inserted | Exit Code | Requested Options | Executed Options | Batch Process ID |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 6/29/2021 5:24:59 PM | 54215 | 0 | 0 | 0 | 0 | Voter, VoteHistory, District, PollingPlace, ProvisionalBallot, Precinct, StreetIndex, Signature, VoterChange, BallotStyle, EACData, AbsenteeBallot2, EarlyBallot2, GraceBallot2, ProvisionalVoterData | Signature, BallotStyle, EarlyBallot2 | 458088 |
| | 6/29/2021 4:20:00 PM | 54215 | 0 | 29 | 7 | 0 | Voter, VoteHistory, District, PollingPlace, ProvisionalBallot, Precinct, StreetIndex, Signature, VoterChange, BallotStyle, EACData, AbsenteeBallot2, EarlyBallot2, GraceBallot2, ProvisionalVoterData | Voter, StreetIndex, Signature, VoterChange, BallotStyle | 458060 |
| | 6/28/2021 5:24:59 PM | 54208 | 0 | 0 | 0 | 0 | Voter, VoteHistory, District, PollingPlace, ProvisionalBallot, Precinct, StreetIndex, Signature, VoterChange, BallotStyle, EACData, AbsenteeBallot2, EarlyBallot2, GraceBallot2, ProvisionalVoterData | Signature, BallotStyle | 457967 |
| | 6/28/2021 4:19:50 PM | 54200 | 0 | 12 | 2 | 0 | Voter, VoteHistory, District, PollingPlace, ProvisionalBallot, Precinct, StreetIndex, Signature, VoterChange, BallotStyle, EACData, AbsenteeBallot2, EarlyBallot2, GraceBallot2, ProvisionalVoterData | Voter, StreetIndex, Signature, VoterChange, BallotStyle | 457930 |
| | 6/25/2021 5:24:58 PM | 54206 | 0 | 0 | 0 | 0 | Voter, VoteHistory, District, PollingPlace, ProvisionalBallot, Precinct, StreetIndex, Signature, VoterChange, BallotStyle, EACData, AbsenteeBallot2, EarlyBallot2, GraceBallot2, ProvisionalVoterData | Signature, VoterChange, BallotStyle, EarlyBallot2 | 457820 |

The final report, Automatic Processing Report Details, will provide details on records you have accepted by other jurisdictions. Again, this can be filtered in the criteria box and sorted by the blue header tabs. You can also generate an Excel or CSV file of the records.

Automatic Processing Report Details

Generate xls Generate csv

Enter Filter criteria below

| | | |
|---|---|---|
| First Name : | Starts with | c |
| Last Name : | Starts with | h |
| Created Date Start Range : | | |
| Created Date End Range : | | |
| User Group : | All | |
| Process Type : | Transfers | |
| CreatedBy Jurisdiction | All | |

Search Clear

Count is 27 , based on your current filter criteria above

First Prev 1 2 3 Next Last Page Size 10

| Your Voter Record Details | Other Voter Record Details | Date Created | Created By | Created By Jurisdiction | Accepted Date | Accepted By | Accepted By Jurisdiction |
|---|---|---|---|---|---|---|---|
| Name : [redacted]<br>Date Of Birth : 10/15/1968<br>Registration Date : 10/08/1996<br>Status : C<br>Jurisdiction [redacted]<br>VoterID [redacted] | Name : [redacted]<br>Date Of Birth : 10/15/1968<br>Registration Date : 04/15/2018<br>Status : A<br>Jurisdiction : [redacted]<br>VoterID [redacted] | 05/15/2018 | Web Service User | Hancock County | 05/15/2018 | [redacted] | Adams County |
| Name : [redacted]<br>Date Of Birth : 02/19/1998<br>Registration Date : 09/17/2016<br>Status : C<br>Jurisdiction [redacted]<br>VoterID [redacted] | Name : [redacted]<br>Date Of Birth : 02/19/1998<br>Registration Date : 10/17/2017<br>Status : C<br>Jurisdiction : [redacted]<br>VoterID [redacted] | 11/17/2016 | Web Service User | Madison County | 11/28/2016 | Web Service User | Adams County |

The Manage Elections tab contains three main categories;

Early & Grace Election Management

Jurisdiction Precincts

Jurisdiction Election Management.




Early/Grace Election Management allows you to enter your early, grace period, and Election Day vote center polling locations.

**Note: If you have previously entered the location in another election, you may use the Early Grace Election Transfer to move the location to the current election. See Early Grace Election Transfer for instructions.**




After selecting Early/Grace Management, you will select an Election from the drop down (see illustration 1). Once you have selected your election, you will click the "Add New" (see illustration 2)



Enter each one of your Early/Grace locations into the detail box. Once you have entered the information you must check the **ACTIVE** box before submitting. This allows the entry to populate to the SBE public website.




After you submit your entry, IVRS will redirect you back to the Early/Grace Locations. The location you entered will be visible under your "Early/Grace Location List". Repeat this process until all your locations have been entered. **Please check the appropriate box in illustration 1, to indicate whether or not your in precinct polling places allow Grace Period registration on Election Day.**



To select your location type and enter the hours of operation, select the blue text "Edit Location Type/Hours. This will need to be done for each location you have entered into IVRS.




Select "Add New" to enter your information.




Complete the required fields in the detail box and submit (see example below).



The example below shows the location, type, hours and any notes that you included.

## Early/Grace Location Type/Hours

Return to Early Grace Locations

### Early/Grace Location

| | |
|---|---|
| Location Name: | County Clerk's Office |
| Street Number: | 123 |
| Street Pre Direction: | N |
| Street Name: | Home |
| Street Type: | St |
| Street Post Direction: | |
| Address Line 2: | |
| Address City: | Springfield |
| Zipcode: | 62704 |
| Active Location: | True |

### Early/Grace Location Type/Hours List

| Location Type | Dates of Operation | Hours of Operation | Notes | Display Order | Edit | Delete |
|---|---|---|---|---|---|---|
| Permanent Early Voting with Grace Period Registration | Oct 19th through Nov 2, 2020 | Monday-Friday 8:30am-7:00pm Saturdays and Sundays 9:00am-5:00pm | Outside Building next to Main Entrance | ▲ ▼ | Edit | Delete |
| Permanent Early Voting with Grace Period Registration | Oct 19th through Nov 2, 2020 | Monday-Friday 8:30am-7:00pm Saturdays and Sundays 9:00am-5:00pm | Outside Building next to Main Entrance | ▲ ▼ | Edit | Delete |

Add New

Records will appear in the orders as presented above. To change the display order please use the up or down arrows for each record

The Early Grace Election Transfer will allow you to transfer Early/Grace Location information from one Election to another. This can save time by not having to reenter locations before each election.

## Early/Grace Election Management

- Early Grace Locations
- Early Grace Election Transfer

Home :: Manage Elections :: Early/Grace Election Management :: Early Grace Election Transfer

### Early Voting Location Election Transfer

Transfer From Source Election: 2020 General Primary

Transfer To Destination Election: 2022 General Primary

Transfer Election Data

**NOTE: If a transfer occurs, all locations will need to be updated with the correct election dates and hours.**

**To verify your Early Voting/Grace Period Registration was successfully entered into IVRS, please visit the SBE Public Website.**

Jurisdiction Precincts will allow you to see all valid precincts within your jurisdiction.

Home :: Manage Elections

## Manage Elections

- Early/Grace Election Management
- Jurisdiction Precincts
- Jurisdiction Election Managment

Once selected, a listing will populate. From this tab you can update your precincts.

Home :: Manage Elections :: Jurisdiction Precincts

## Manage [redacted] County Precincts

You Must Click Update For Changes To Take Effect (Butt

| Precinct ID | Short Name | Full Name | Is Valid |
|---|---|---|---|
| 1001 | 1001 | [redacted] PCT 001 | ☑ |
| 1002 | 1002 | [redacted] PCT 002 | ☑ |
| 1003 | 1003 | [redacted] PCT 003 | ☑ |
| 1004 | 1004 | [redacted] PCT 004 | ☑ |
| 1005 | 1005 | [redacted] PCT 005 | ☑ |
| 1006 | 1006 | [redacted] PCT 006 | ☑ |
| 1007 | 1007 | [redacted] PCT 007 | ☑ |
| 1008 | 1008 | [redacted] PCT 008 | ☑ |
| 1009 | 1009 | [redacted] PCT 009 | ☑ |

Jurisdiction Election Management is your entry point for adding your precincts and equipment to an Election.

## Manage Elections

- Early/Grace Election Management
- Jurisdiction Precincts
- Jurisdiction Election Managment

To add this information you will select the Election Date in blue text.

Home :: Manage Elections :: Jurisdiction Election Managment

## Elections

[redacted] County Elections

| Election Date | Election Type | Description |
|---|---|---|
| 4/3/2023 | CE | Consolidated Election |
| 11/3/2022 | GE | General Election |
| 11/3/2020 | GE | General Election |
| 3/15/2019 | GE | General Election |
| 7/24/2018 | GE | General Election |
| 11/8/2016 | GE | General Election |
| 3/15/2016 | GP | General Primary |
| 6/6/2014 | GP | General Primary |
| 6/1/2014 | NE | Non Partisan Election |
| 3/18/2014 | GP | General Primary |
| 3/5/2014 | GP | General Primary |
| 1/6/2014 | CE | Consolidated Election |
| 3/20/2012 | GP | General Primary |
| 2/2/2012 | SP | Special Primary |
| 1/30/2012 | GP | General Primary |

Once selected, you will be directed to your jurisdiction election information. From here, you will add your precincts and equipment by selecting the blue 0 under the fields. **NOTE: You will only add precincts and election equipment.**

Home :: Manage Elections :: Jurisdiction Election Managment :: Jurisdiction Election Information

### 2023 Consolidated Election Election Information

Election Date: 04/03/2023
Election Type: CE
Description: Consolidated Election
Is Active: ☐
Calculated RETAB: ☐
Calculated Early Voting: ☐

| Jurisdiction | # Precincts | # RETAB Precincts | # Election Equipment | # Early Voting Equipment | # RETAB Equipment | Precincts Validated | Equipment Validated | RETAB Completed | Early Voting Completed |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 0 | 0 | 0 | 0 | 0 | ☐ | ☐ | ☐ | ☐ |

To add your precincts, select the blue 0 under # Precincts shown above. Select “Add Election Precincts”

### [redacted] County
### Precincts for the 2023 Consolidated Election

Number Of Precincts In Election:
Precincts Validated By SBE: ☐
RETAB Calculated: ☐

No precincts found for this election Add Election Precincts Add Precincts From File

Precincts can be added by checking them individually (see illustration 1), or by "Select All Precincts" (see illustration 2). Select Add Precincts at the bottom to continue.




| Precinct ID | Short Name | Full Name | |
|---|---|---|---|
| 1001 | 1001 | [redacted] PCT 001 | ☑ |
| 1002 | 1002 | [redacted] PCT 002 | ☑ |
| 1003 | 1003 | [redacted] PCT 003 | ☑ |
| 1004 | 1004 | [redacted] PCT 004 | ☑ |
| 1005 | 1005 | [redacted] PCT 005 | ☐ |
| 1006 | 1006 | [redacted] PCT 006 | ☐ |
| 1007 | 1007 | [redacted] PCT 007 | ☐ |
| 1008 | 1008 | [redacted] PCT 008 | ☐ |
| 1009 | 1009 | [redacted] PCT 009 | ☐ |
| 101 | 101 | [redacted] PCT 001 | ☐ |
| 1010 | 1010 | [redacted] PCT 010 | ☐ |
| 1011 | 1011 | [redacted] PCT 011 | ☐ |
| 1012 | 1012 | [redacted] PCT 012 | ☐ |
| 1013 | 1013 | [redacted] PCT 013 | ☐ |
| 1014 | 1014 | [redacted] PCT 014 | ☐ |
| 1015 | 1015 | [redacted] PCT 015 | ☐ |
| 1016 | 1016 | [redacted] PCT 016 | ☐ |
| 1017 | 1017 | [redacted] PCT 017 | ☐ |
| 1018 | 1018 | [redacted] PCT 018 | ☐ |
| 1019 | 1019 | [redacted] PCT 019 | ☐ |
| 102 | 102 | [redacted] PCT 002 | ☐ |

The precincts you have added are now visible in the Jurisdiction Election Information tab.




| Jurisdiction | # Precincts | # RETAB Precincts | # Election Equipment | # Early Voting Equipment | # RETAB Equipment | Precincts Validated | Equipment Validated | RETAB Completed | Early Voting Completed |
|---|---|---|---|---|---|---|---|---|---|
| Will County | 4 | 0 | 0 | 0 | 0 | ☐ | ☐ | ☐ | ☐ |

You will follow the same process to add your equipment. Select the blue 0 under # Election Equipment.

2023 Consolidated Election Election Information

Election Date: 04/03/2023
Election Type: CE
Description: Consolidated Election
Is Active: ☐
Calculated RETAB: ☐
Calculated Early Voting: ☐

| Jurisdiction | # Precincts | # RETAB Precincts | # Election Equipment | # Early Voting Equipment | # RETAB Equipment | Precincts Validated | Equipment Validated | RETAB Completed | Early Voting Completed |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 4 | 0 | 0 | 0 | 0 | ☐ | ☐ | ☐ | ☐ |

Select "Add Election Equipment"

[redacted] County
election equipment for the 2023 Consolidated Election

Pieces of equipment:
Pieces of early voting equipment:
Equipment confirmed by SBE: ☐
RETAB Calculated: ☐

No election equipment found for this election Add Election Equipment

Equipment can be added by checking them individually based on serial number (see illustration 1), or by "Select All Equipment" (see illustration 2). Early Voting Equipment should also be indicated, by checking the Early Voting box (see illustration 3). Select Add Equipment at the bottom to continue.

**NOTE: Only tabulators should be selected for Early Voting. This will randomly select your jurisdictions RETAB.**

Select Equipment To Add To Election:
Select from file

2

Select All Visible Unselect All Visible Select All Equipment (878)
Unselect All Equipment (878)

1

3

| Serial Number | Product Type | Product Name | Vendor Name | Add To Election | Early Voting |
|---|---|---|---|---|---|
| [redacted] | Tabulator | M-100 | Election Systems & Software | ☑ | ☑ |
| | Tabulator | M-100 | Election Systems & Software | ☑ | ☐ |
| | Tabulator | M-100 | Election Systems & Software | ☑ | ☐ |
| | Tabulator | M-100 | Election Systems & Software | ☐ | ☐ |
| | Tabulator | M-100 | Election Systems & Software | ☐ | ☐ |
| | Tabulator | M-100 | Election Systems & Software | ☐ | ☐ |
| | Tabulator | M-100 | Election Systems & Software | ☐ | ☐ |
| | Tabulator | M-100 | Election Systems & Software | ☐ | ☐ |
| | Tabulator | M-100 | Election Systems & | ☐ | ☐ |

Add Equipment

Close Popup



IL-NVRA-EX-0078

The Elections Day and Early Voting Equipment you have added are now visible in the Jurisdiction Election Information tab.

Election Date: 04/03/2023
Election Type: CE
Description: Consolidated Election
Is Active: ☐
Calculated RETAB: ☐
Calculated Early Voting: ☐

| Jurisdiction | # Precincts | # RETAB Precincts | # Election Equipment | # Early Voting Equipment | # RETAB Equipment | Precincts Validated | Equipment Validated | RETAB Completed | Early Voting Completed |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 4 | 0 | 3 | 1 | 0 | ☐ | ☐ | ☐ | ☐ |

The Manage Equipment tab acts as an inventory of your active and retired election equipment and accessories.

Home | Summary | Search | Public Users | Work Items ▾ | Notifications ▾ | Reports ▾ | Manage Elections ▾ | Manage Equipment ▾

## Manage Equipment

- Equipment

Selecting "Equipment" will provide a list of your jurisdictions equipment. You can make a selection by filtering the Active or Retired equipment. The Equipment Details column will allow you to see details on each piece of equipment.

Home | Summary | Search | Public Users | Work Items ▾ | Notifications ▾ | Reports ▾ | Manage Elections ▾ | Manage Equipment ▾ | Election Surveys ▾ | Validation ▾

Please Select Jurisdiction: Will County

Filter

View: 50 (Of 1051) ☑ View Active Equipment ☑ View Retired Equipment

| Jurisdiction Name | Serial Number | Lease/Purchased | In Service Date | Product Type | Product Name | Approval Date | Application Date | Vendor Company Name | Equipment Details |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |

Details provided as illustrated below. Here you can update or retire equipment as well.

Equipment Listing

## Equipment Details

[redacted] County
Serial # [redacted]

### Equipment Information

Jurisdiction: [redacted]
Vendor Name: Election Systems & Software
Product Type: Marking Device
Product Name: AutoMARK
Serial Number: [redacted]
Model Number:
Leased/Purchased: Purchased
In Service Date: 1/1/1901

☐ Retired

Update

## Elections

| Election Name | Election Type | Election Date | Early Voting |
|---|---|---|---|
| General Primary | GP | 03-20-2012 | ☑ |
| Consolidated Election | CE | 10-08-2011 | ☑ |
| Special Primary | SP | 12-24-2011 | ☑ |
| General Election | GE | 12-11-2011 | ☑ |
| Consolidated Election | CE | 12-30-2011 | ☑ |
| General Primary | GP | 12-21-2011 | ☑ |
| General Primary | GP | 04-20-2012 | ☑ |
| General Primary | GP | 05-20-2012 | ☐ |

## Equipment History

No history found for the equipment.
Add Equipment History

## Equipment Pre-Test History

No Pre-Test History Found.

## Same Equipment / Other Jurisdictions

No other jurisdiction history found for this equipment.

The Manage Equipment tab also allows your jurisdiction to add new equipment as necessary. This can be achieved by a single entry or by adding equipment from a file. To add a single piece of equipment, select "Add New Equipment" at the bottom of the equipment page.

Filter

View: 25 (Of 1051) ☑ View Active Equipment ☑ View Retired Equipment

| Jurisdiction Name | Serial Number | Lease/Purchased | In Service Date | Product Type | Product Name | Approval Date | Application Date | Vendor Company Name | Equipment Details |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| [redacted] | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| [redacted] | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| [redacted] | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| [redacted] | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| [redacted] | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| [redacted] | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| [redacted] | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| [redacted] | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| [redacted] | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| [redacted] | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| [redacted] | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| [redacted] | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| [redacted] | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| [redacted] | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| [redacted] | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| [redacted] | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| [redacted] | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| [redacted] | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| [redacted] | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| [redacted] | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| [redacted] | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| [redacted] | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| [redacted] | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| [redacted] | | Purchased | 01-01-1901 | Marking Device | AutoMARK | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |

1 2 3 4 5 6 7 8 9 10 ...

Add New Equipment Add Equipment From File

After selecting "Add New Equipment", you will utilize the drop down features in the Equipment Information box. Select the ok button at the bottom to continue.

Equipment Information

Jurisdiction: Will County

Vendor Name: Unisyn Voting Solutions

Product Type: Tabulator

Product Name: OVO

Serial Number: 123456789

Model Number:

Leased/Purchased: Purchased

In Service Date: 6/29/2021 ☐ Retired

Add Equipment Cancel

Ok

The new piece of equipment was added successfully and can be viewed.




| Jurisdiction Name | Serial Number | Lease/Purchased | In Service Date | Product Type | Product Name | Approval Date | Application Date | Vendor Company Name | Equipment Details |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | Purchased | 06-28-2021 | Tabulator | OVO | 12-16-2015 | 08-27-2015 | Unisyn Voting Solutions | Details |
| | | Purchased | 01-01-1901 | Tabulator | M-100 | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Tabulator | M-100 | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Tabulator | M-100 | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Tabulator | M-100 | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Tabulator | M-100 | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Tabulator | M-100 | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Tabulator | M-100 | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Tabulator | M-100 | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Tabulator | M-100 | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Tabulator | M-100 | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Tabulator | M-100 | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Tabulator | M-100 | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Tabulator | M-100 | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |
| | | Purchased | 01-01-1901 | Tabulator | M-100 | 01-01-1901 | 01-01-1901 | Election Systems & Software | Details |

To "Add Equipment From File", your equipment should be sorted by type of equipment (i.e. tabulators, ballot marking device, etc..) and will need to be listed by serial number in one single column of an Excel spreadsheet. Each type of equipment will require a separate spreadsheet.









The Validation tab is used to validate an individual voter's information with the Social Security Administration.




Select the Social Security Search to populate the search menu. If the match is valid or invalid an informational message will be displayed. Utilizing this information you should take necessary action on the record.




The Support tab will provide you with basic support information such as, Election Authority Information, Important SBE provided documents as well as IVRS training materials.



# INSTRUCTIONS FOR THE WORK ITEM SUMMARY

The Work Item Summary should be reviewed by an IVRS user within your jurisdiction on a consistent basis. The following instructions will review each work item or what are commonly referred to as "buckets". This guide should provide clarity and provide a better understanding of the Work Item Summary and allow the user(s) more confidence while taking action on each specific item. Included in these instructions will be examples and illustrations to help explain each action item. On occasion, items that require special attention will have a notification displayed in red text within the announcement section above the Work Item Summary.

**It should be noted, that some of the items in the following categories will affect other jurisdictions until you resolve them.**

04-21-2021 created. As you may have noticed, the new ERIC Deceased matches, NCOA, and Instate Duplicate matches has been inserted.

04-21-2021 created. The new Cross-State has been inserted into IVRS. Please Keep in mind these records have a 90 day window. The completion date is July 19, 2021.

04-21-2021 created: The new ERIC Instate-Updates has been inserted into IVRS. Please Keep in mind these records have a 90 day window. The completion date is July 19, 2021.

More Announcements...

**Work Items Summary** All Counts

**Voter Registration** Get Counts

Statewide Voter Registrations to Complete
- Statewide Registrations to do - Awaiting Action

Voter Transfers Out of Your Jurisdiction
- Potential Transfers Out - Awaiting Action
- Potential Transfers Out - Marked for Cancellation in YOUR local database

**Electronic Registration Applications** Get Counts

Electronic Registration Applications to Complete
- Electronic Registration Applications - Awaiting Viewing
- Electronic Registration Applications - Awaiting Action

Electronic Registration Applications for AVR Pending Addresses
- Electronic Registration Applications - Pending Addresses Awaiting Viewing

Electronic Registration Applications Missing Signatures
- Electronic Registration Applications - Potential Voter Signature Matches

Electronic Registration Applications that are Invalid
- Electronic Registration Applications - Invalid

**Electronic Automatic Updates** Get Counts

Moving Into/Remaining Within Your Jurisdiction
- Electronic Address Changes - Awaiting Action

Moving From Your Jurisdiction
- Change of Address - Active in YOUR Jurisdiction and Marked Registered in OTHER Jurisdiction
- Change of Address - Cancelled in YOUR Jurisdiction and Marked Unregistered in OTHER Jurisdiction

**Online Voter Registration** Get Counts
- Online Voter Registrations - Pending
- Online Voter Registrations - Referred

**Voter Reinstatements** Get Counts
- Voter Reinstatements - Awaiting Action
- Voter Reinstatements - Referred to OTHER Jurisdiction
- Voter Reinstatements - Referred to YOUR Jurisdiction

**Voter Matching** Get Counts

Intra-Jurisdiction Matches
- Potential Duplicate Matches - Awaiting Action
- Potential Name Change Matches - Awaiting Action

Inter-Jurisdiction Matches
- Potential Duplicate Matches - Awaiting Action
- Potential Duplicate Matches - Referred to YOUR Jurisdiction for Action
- Potential Duplicate Matches - Marked for Cancellation in YOUR local database
- Potential Duplicate Matches - Referred to OTHER Jurisdiction for Action
- Potential Duplicate Matches - Marked for Cancellation in OTHER Jurisdictions databases

Potential Deceased Matches
- Potential Deceased Matches - Awaiting Action
- Potential Deceased Matches - Marked for Cancellation in YOUR local database

Illinois Department of Corrections Matches
- Potential Incarcerated Matches - Awaiting Action
- Potential Incarcerated Matches - Marked for Cancellation in YOUR local database
- Potential Incarcerated Matches - Cancelled or Rejected in YOUR local database

Cross State Matches
- Potential Cross State Matches - Awaiting Action
- Potential Cross State Matches - Notice Sent
- Potential Cross State Matches - Rejected

**Voter Identification** Get Counts

Illinois Secretary of State
- Potential Invalid DL Numbers to Reconcile - Awaiting Action
- Potential Invalid DL Numbers to Reconcile - Marked for Investigation
- Potential Invalid DL Numbers to Reconcile - Dismissed

Social Security Administration
- Potential Invalid SSNs to Reconcile - Awaiting Action
- Potential Invalid SSNs to Reconcile - Marked for Investigation
- Potential Invalid SSNs to Reconcile - Dismissed

**MOVE** Get Counts

General Election 11/04/2014 [Manage Election]
- Applications that Need Processed
- Ballots that Need Sent
- Ballots Awaiting Return
- Ballots that Need Judgement

AdamTest 06/18/2020 [Manage Election]
- Applications that Need Processed
- Ballots that Need Sent
- Ballots Awaiting Return
- Ballots that Need Judgement

AdamTest2 06/20/2020 [Manage Election]
- Applications that Need Processed
- Ballots that Need Sent
- Ballots Awaiting Return
- Ballots that Need Judgement

BOE1 10/26/2020 [Manage Election]
- Applications that Need Processed
- Ballots that Need Sent
- Ballots Awaiting Return
- Ballots that Need Judgement

General Election 11/03/2020 [Manage Election]
- Applications that Need Processed
- Ballots that Need Sent
- Ballots Awaiting Return
- Ballots that Need Judgement

Clayton's General 11/03/2020 [Manage Election]
- Applications that Need Processed
- Ballots that Need Sent
- Ballots Awaiting Return
- Ballots that Need Judgement

Days of Thunder 03/19/2021 [Manage Election]
- Applications that Need Processed
- Ballots that Need Sent
- Ballots Awaiting Return
- Ballots that Need Judgement

**Local Data Certification** Check Certification

# VOTER REGISTRATION

**Voter Registration** | Get Counts

**Statewide Voter Registrations to Complete**

Statewide Registrations to do - Awaiting Action

**Voter Transfers Out of Your Jurisdiction**

Potential Transfers Out - Awaiting Action

Potential Transfers Out - Marked for Cancellation in YOUR local database

This bucket contains <u>Statewide Registrations to Complete, records where a potential match was identified through the batch process against an existing registration. These will require action in order for your record to be completed</u>. Records appear in this bucket if an error occurs with your web-services, or a statewide search for a duplicate registration was not completed. This may occur if there was an error in your search or the connection was interrupted. If voters appear in this section you will have to go through the process manually for the records to be assigned an SUID number, in order to be registered.

When you "Select" each voter, you will receive a more detailed screen that will allow you to either register them as **"Unique":** they will receive a new SUID and will be considered a new voter to the State, as you believe the voter details do NOT match and are different people**, OR** you can choose to **"Transfer":** you believe they are the same person but are more recently registered in your jurisdiction. Request of this transfer will be sent to the other jurisdiction to either confirm or deny. (See example of "**Statewide Register as Transfer**")

Statewide Register as Unique | Statewide Register as Transfer

| Selected Voter Detail | Matched Voter Detail |
|---|---|
| State Unique Identifier: N/A | State Unique Identifier: [redacted] |
| Voter Id: [redacted] | Voter Id: [redacted] |
| Jurisdiction: Cook County | Jurisdiction: Will County |
| Name: RONALD W COUTTS | Name: RONALD W COUTTS |
| Register Date: 4/23/2018 | Register Date: 10/05/1998 |
| Birth Date: [redacted] | Birth Date: [redacted] |
| Age: 69 | Age: 69 |
| State Status: PA (Pending Active) | State Status: A (Active) |
| County Status: Active | County Status: Active |
| Voter Validation Status: Unknown: Waiting to validate DL# | Voter Validation Status: Unknown: Waiting to validate SSN |
| Gender: Male | Gender: Unknown |
| SSN: [redacted] | SSN: [redacted] |
| Phone: | Phone: |
| Address: 6616 LINDEN DR | Address: 220 POTTAWATOMIE LN |
| City, State, Zip: OAK FOREST, IL 60452 | City, State, Zip: NEW LENOX, IL 60451 |
| Unit: | Unit: |

IVRS has matched these voters due to the DOB and SSN match. If you agree that this is a match, you would select "Statewide Register as Transfer" at the top of the voter detail, informing IVRS and the other jurisdiction that you believe this to be the same person. This will register this voter as a "Statewide transfer INTO your jurisdiction".




A confirmation notice will appear. If you choose to register this voter as a statewide transfer, select yes. The information provided states that the voter registered in Cook County on 04/23/2018, which is more recent than the registration in Will County, which was 10/05/1998. Therefore, this voter should be confirmed as a statewide transfer. However, not all local systems reflect the most current registration date. If the other jurisdiction challenges the transfer, a conversation between the election authorities will be required in order to determine in which jurisdiction the voter resides.

Extra attention needs to be given to the records that appear to be duplicates, Sec. 302 4/B iii of the Help America Vote Act (HAVA) requires "duplicate names are eliminated from the computerized list"

If you believe these voters are two separate people, you will select "Statewide Register as Unique". This will assign a new SUID to that voter and they will be registered as a new voter in your system, while allowing the other voter to remain active in the other jurisdiction.

**Voter Transfers Out of Your Jurisdiction – Potential Transfers Out –Awaiting Action,** contains voters that other jurisdictions are notifying you, have moved out of your jurisdiction and into theirs. Here you will select "view case" to get a better look and respond with action.

The voter record on the *left* is the record within your jurisdiction and the voter on the *right* is the possible match in another jurisdiction. Upon working these, you will be deciding whether or not to **accept** or **reject** the match.

**Accepting the transfer** means that you are allowing the voter record to complete the transfer from your jurisdiction to another. This will mark the record to be canceled in your local database and allow the other jurisdiction's record to become active. (i.e. the registration date for the other county is more current, meaning most likely the voter has moved and registered in their new jurisdiction). Again, not all local systems reflect the most current registration date in the voter registration system. A conversation between the election authorities may need to take place to decide what jurisdiction the voter belongs to.

**Rejecting the transfer** will have no effect on your record since it will remain active, but will most likely result in communication between yourself and the other jurisdiction. When rejecting the transfer, you are retaining this voter as an active voter and NOT allowing transfer to another jurisdiction.



As you can see in the **below example**, DeKalb County is waiting for a decision to **accept** or **reject** this transfer. Notice, that the older registration date of 8/14/2013 in Cook County is now showing a **"PC-Pending Canceled"** status. While the more current registration date of 04/27/2018 in DeKalb County is **"Active".**

When coming to a decision: you can see that the DOB and SSN are the same which leads you to believe this is the same person. Signature comparison is also recommended.

In the example below, you would accept the transfer which will allow the voter to be one step closer to being fully canceled in Cook County.




**<u>Voter Transfers Out of Your Jurisdiction - Potential Transfers Out – Marked for Cancelation in YOUR local database</u>** is the next section. This is where you will see the voters who have been accepted as transfers out of your jurisdiction and, as such, are also marked to be canceled in your local database. Your local registration system is set up to complete this task automatically, usually overnight (see Vendor for details), in which case you will likely not need to perform this task. However, if your system has failed to complete this, the records will start to increase. Best practices would be to check the counts often to make sure this number does not increase.

# ELECTRONIC REGISTRATION APPLICATIONS (ERA)

**Illinois voter registration applicants who apply as a new voter or apply to update their registration either online-Paperless Online Voter Application system (POVA) or at a state agency (such as the Secretary of State-SOS), are processed as Electronic Registration Applications in IVRS.**

You are able to monitor your ERA "buckets" on the IVRS website. Under 10ILCS 5/1A-16.5 you have FIVE business days to process and send out the notices for any registration obtained through ERA. If you are waiting on your vendor to complete the electronic interaction between your local Election Management System (EMS) and IVRS, you must use the *Individual Records Processing* method until such time as the electronic interaction is available.

**There are two buckets in IVRS in which you handle electronic registration applications.**

The first bucket is Electronic Registration Applications, formerly known as Paperless Online Voter Applications, which holds applications submitted online (POVA) and in person at a Secretary of State Driver's Services facility (SOS). When you receive these, you will need to print out the record(s) for your office. If the SOS check has been completed successfully, the voter's signature will be attached with the record.



The second online bucket is Online Voter Registration, which still requires the voter to mail you his/her application. If a person is unable to use POVA or does not have an Illinois driver's license or State ID, the system will direct the applicant to the mail in voter registration form, which clearly informs the applicant of the need to print, sign and mail in the application to the local election authority. If an application never arrives, it will fall off of the Online Voter Registration bucket in roughly nine months' time.




## Methods of Handling Electronic Registration Applications

ERA applications may be processed in any one of three different ways: "Web Services," "Individual Records Processing," or "Batch Processing" It is up to each Election Authority to discuss with its internal IT Department or Vendor which method is available/preferred. When working with Web Services or Batch Process Download, your vendor or internal IT Department will be able to assist you with the specific instructions for your system.

## Web Services

The programming for Web Services is a behind the scenes application that runs in your existing local registration system. It will be installed by your vendor and configured to seamlessly upload and process ERA applications, which will have an 'ova' xml tag identifying them as electronic applications. The programming extracts the information from the electronic application(s) to be processed. **Note: Electronic Registration Applications for AVR Pending Addresses cannot be processed through web services at this time.**

## Individual Record Processing

At this time, some of you will be processing ERA applications using "Individual Records Processing." This process is similar to the way a jurisdiction currently handles a paper application.

Below is the bucket for Electronic Registration Applications (ERA).

1. Click on the first bucket, "Electronic Registration Applications – Awaiting Viewing" for all standard ERA applications or click on the second bucket, "Electronic Registration Applications for AVR Pending Addresses" to work with applications that have addresses requiring further investigation.




2. Click on the "App ID" of the Voter you would like to review:


PENDING Electronic Registration Applications - Cook County

Create Batch Download Batch Download Files Batch Refer Batch Reject

PENDING

Hide Search Options

Enter Filter criteria below

First Name | Last Name

App Type: Select App Type | Application ID

Application Date Range

Source: All

Search Clear

8 Electronic Registration Applications PENDING.

1 Page Size 10

| App ID | App Type | Last Name | First Name | Middle Name | Birth Date | Application Date | Jurisdiction Received Date | Application Source |
|---|---|---|---|---|---|---|---|---|
| [redacted] | ADDRESS | [redacted] | [redacted] | [redacted] | August 10, 1985 | August 1, 2017 | August 1, 2017 | POVA |
| [redacted] | ADDRESS | [redacted] | [redacted] | [redacted] | October 12, 1996 | February 5, 2018 | February 5, 2018 | POVA |
| [redacted] | NEW | [redacted] | [redacted] | [redacted] | October 7, 1999 | February 7, 2018 | February 7, 2018 | POVA |
| [redacted] | ADDRESS | [redacted] | [redacted] | [redacted] | January 20, 1977 | February 16, 2018 | February 16, 2018 | POVA |
| [redacted] | ADDRESS | [redacted] | [redacted] | [redacted] | May 2, 1988 | February 19, 2018 | February 19, 2018 | POVA |
| [redacted] | ADDRESS | [redacted] | [redacted] | [redacted] | May 18, 1990 | February 19, 2018 | February 19, 2018 | POVA |
| [redacted] | ADDRESS | [redacted] | [redacted] | [redacted] | June 7, 1978 | February 26, 2018 | February 26, 2018 | POVA |
| [redacted] | NEW | [redacted] | [redacted] | [redacted] | March 14, 1980 | March 4, 2018 | March 4, 2018 | POVA |

1 Page Size 10

3. Select "Download Application" (Depending on the browser you are using, when you click to "Download Application" you may have to "Allow Popup" in order to view the PDF generated.) Print it out in order to process the registration. After you download an application, the "Mark as Viewed button will automatically be selected and the application will move to your "Awaiting Action" bucket.







This is an example of the PDF Application that will be provided. This application should be retained.

If you have determined that the applicant will be registered in your jurisdiction, you will need to register the applicant in your local voter registration system and record the local ID number before going on to the next section. **Special Note:** Please indicate in your local system the Source of the application, “OVA,” “350,” “NCOA,” “EISU” or another agency which will be identified by the new Agency Code on the application. It is imperative to utilize the correct agency code when registering these voters.

If the application is to be rejected or referred to another jurisdiction, instructions are listed later in these instructions.

4. The application will now appear in “Electronic Registration Applications- Awaiting Action”




5. Open up the application like before:






IL-NVRA-EX-0092

6. Select the appropriate action for Rejecting, Registering, and Referring the application are available for you to use:




7. To reject, you will need to choose a reason from the drop down menu. The choices are “not signed,” “incomplete,” “duplicate,” and “does not qualify.” There is also a free form dialog box to enter further information:



8. To register, you will need to enter the Local ID your system assigned to the voter: (This step can be skipped if the appropriate Source is indicated in your local system. Following the nightly batch process, the system will match your registration to the appropriate application record and mark them as registered.)




9. When you refer, simply choose the jurisdiction you believe the application belongs to from the drop down list and select "Refer":



# Batch Download

The Batch Download method is incorporated into the current SBE IVRS website and is offered to those jurisdictions which wish to process applications in bulk. This method allows a jurisdiction to download a zip file from IVRS for processing (note: make sure you have the proper software for unzipping a file). Though this method still requires a batch file to be processed, data entry may be minimized. Batch Downloads can later be accessed for bulk in house processing, referring to other jurisdictions, or to mass reject files already reviewed by the jurisdiction.

1. To get into Batch Download you can go through either "Electronic Registration Applications-Awaiting Viewing," "Electronic Registration Applications – Awaiting Action," or "Electronic Registration Applications for AVR Pending Addresses" depending on which data you plan to work with:




2. Select "Create Batch Download"



3. Select which applications you would like to work with through the drop down box. The drop down menu offers "Pending," "Processing," and "Invalid":

Batch Download For Electronic Applications - [redacted]

PROCESSING

Enter Filter criteria below

First Name | Last Name
Application Type: Select Type | Application ID
Application Date Range
Source: All

Search | Clear

*Note: The last column selected will be first sorting priority. To check back to Default sorting, click on the button.

Default Sort

393 Paperless Electronic Voters Applications PROCESSING, Based on your current filter criteria above. Select All Unselect All

| Add To Download | Application ID | Application Type | Last Name | First Name | Middle Name | Birth Date | Application Date | Application Source |
|---|---|---|---|---|---|---|---|---|
| ☐ | 1095248 | NEW | [redacted] | [redacted] | [redacted] | [redacted] | March 3, 2015 | POVA |
| ☐ | 1097229 | ADDRESS | [redacted] | [redacted] | [redacted] | [redacted] | March 7, 2015 | POVA |
| ☐ | 1099549 | NEW | [redacted] | [redacted] | [redacted] | [redacted] | March 9, 2015 | POVA |

4. Next you will need to choose your specific records. This can be done by "selecting all" or clicking the box next to the individual records desired. Individually selecting records works well when you would like to choose them based on "Application Type":

393 Paperless Electronic Voters Applications PROCESSING, Based on your current filter criteria above. Select All Unselect All

| Add To Download | Application ID | Application Type | Last Name | First Name | Middle Name | Birth Date | Application Date | Application Source |
|---|---|---|---|---|---|---|---|---|
| ☐ | 1095248 | NEW | [redacted] | [redacted] | [redacted] | August 13, 1992 | March 3, 2015 | POVA |
| ☐ | 1097229 | ADDRESS | [redacted] | [redacted] | [redacted] | September 11, 1981 | March 7, 2015 | POVA |
| ☐ | 1099549 | NEW | [redacted] | [redacted] | [redacted] | November 21, 1953 | March 9, 2015 | POVA |
| ☐ | 1101221 | NEW | [redacted] | [redacted] | [redacted] | June 28, 1966 | March 10, 2015 | POVA |
| ☐ | 1379603 | ADDRESS | [redacted] | [redacted] | [redacted] | November 21, 1991 | October 31, 2015 | POVA |
| ☐ | 1503253 | ADDRESS | [redacted] | [redacted] | [redacted] | December 28, 1963 | December 21, 2015 | POVA |

5. After selecting your files, you will have to create a password, at the bottom of the page that will be used for the file.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | 3207907 | NEW | [redacted] | [redacted] | June 21, 1999 | May 10, 2018 | POVA |
| ☐ | 3207909 | NEW | [redacted] | [redacted] | November 7, 1999 | May 10, 2018 | POVA |
| ☐ | 3207910 | NEW | [redacted] | [redacted] | May 6, 2000 | May 10, 2018 | POVA |
| ☐ | 3207912 | NEW | [redacted] | [redacted] | September 30, 1999 | May 10, 2018 | POVA |

Enter Zip File Password: 1234

Create Batch Download | Create Excel File Only

6. Click the "Create Batch Download" button. This will take you to the Batch Download Records Page:




7. This is the Batch Download page. Select the "Download" link. Depending on the file size, it may take a while to create. When the Download button lights up blue it is ready:




| ID | File Name | Status | Password | Applications In File | Create Date | Downloaded | Download |
|---|---|---|---|---|---|---|---|
| 529 | POVABatchDownload_5_25_2018_84311 | COMPLETE | 1234 | 22 | May 25, 2018 | | Download |
| 506 | NCOABatchDownload_5_16_2017_18483 | COMPLETE | test1 | 2 | May 16, 2017 | | Download |
| 486 | NCOABatchDownload_8_24_2015_143948 | PROCESSING | test1234 | 35669 | August 24, 2015 | | Download |

8. The file that is downloaded from this page will require the password you created:




If the file wasn't already saved in the proper designated places, it may be found in your "Downloads" folder. You can cut it from here and paste it into the appropriate folder so that it is easier to locate.

Files will need to be unzipped, especially if you plan on using them for "Batch Refer" or "Batch Reject." Please consult your IT Department for instructions on unzipping files if needed.

# BATCH REFER

If you would like to send, or "refer" multiple applications to another Election Authority, the "Batch Refer" method allows you to process these applications in bulk. In order to Batch Refer applications, a file will have to be first downloaded onto your computer, using the "Batch Download" method.

1. Go back into Batch Download through either "Electronic Registration Applications - Awaiting Viewing" or "Electronic Registration Applications – Awaiting Action," depending on which data you plan to work with.

2. Select "Batch Refer":




3. From the drop-down menu, select the Jurisdiction to which you are referring the applications:




4. Click "browse"- to find the file on your computer:



5. Select "Import." The files will now be imported to IVRS:

Batch Refer Electronic Registration Voter Applications:

Note: You can only batch refer to one jurisdiction at a time, so be sure that your file only contains application id's that you would like to refer to the jurisdiction that you choose below.

Select Jurisdiction To Refer To: Brown County

Select File : C:\Users\[redacted]\Downlo Browse...

Import Reset

As indicated above, you can only batch refer to one jurisdiction at a time. Please make sure the applications you want to refer only contain application ID's for the jurisdiction you are referring to.

6. You will be taken to the following page. Make sure to review the jurisdiction that it is being referred to, the app types, and the amount of files. After you have confirmed everything is correct, click "Refer Apps" on the bottom:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3207909 | PROCESSING | NEW | [redacted] | [redacted] | [redacted] | [redacted] | May 10, 2018 |
| 3207910 | PROCESSING | NEW | [redacted] | [redacted] | [redacted] | [redacted] | May 10, 2018 |
| 3207912 | PROCESSING | NEW | [redacted] | [redacted] | [redacted] | [redacted] | May 10, 2018 |

Refering to: Brown County

Import File Summary:

File Name:POVABatchDownload_5_25_2018_84311.csv
ID's In File: 22
ID's Found In DB: 22
ID's To Be Referred: 22

Refer Apps Cancel

# BATCH REJECT

You can also reject an entire batch of applications through the “Batch Reject” method. To process these applications, complete the following:

1. Go back into Batch Download through either “Electronic Registration Applications - Awaiting Viewing” or “Electronic Registration Applications – Awaiting Action,” depending upon which data you plan to work with.

2. Select “Batch Reject”:




3. You will be brought to the following page. Select the reason from the drop down menu. The choices are “Not Signed,” “Incomplete,” “Duplicate,” and “Does Not Qualify”:




As indicated above, you can only batch reject for one reason at a time. Please make sure the applications you want to reject only contain application ID’s for the same reject reason.

4. Enter an explanation for why the application is being rejected (this must be done before it will allow you to submit it):




5. Click "browse" and find the saved batch file:




6. Click "Import":




7. You will be brought to this following page. Make sure to review the rejection reason, the app types, and the amount of files. After you have confirmed everything is correct click "Reject Apps" on the bottom.

| | | | | |
|---|---|---|---|---|
| 3207900 | PROCESSING | NEW | [redacted] | May 10, 2018 |
| 3207907 | PROCESSING | NEW | [redacted] | May 10, 2018 |
| 3207909 | PROCESSING | NEW | [redacted] | May 10, 2018 |
| 3207910 | PROCESSING | NEW | [redacted] | May 10, 2018 |
| 3207912 | PROCESSING | NEW | [redacted] | May 10, 2018 |

Reject Reason: Not Signed
Reject Explanation:

Import File Summary:

File Name:POVABatchDownload_5_25_2018_84311.csv
ID's In File: 22
ID's Found In DB: 22
ID's To Be Rejectred: 22



# ELECTRONIC REGISTRATION APPLICATIONS (ERA) MISSING SIGNATURES

There are instances where voter registration applications originating from an agency will be missing a signature. 10ILCS 5/1A-16.7(e) creates provisions for the handling of these records and authorizes the retrieval of a signature from the statewide database. An IVRS bucket titled “Electronic Registration Applications – Potential Voter Signature Matches” has been created to begin the processing of Illinois voter registration applications that do not contain a signature.

Under 10ILCS 5/1A-16.5 you have only FIVE business days to process and send out the notices for any registration obtained through ERA. These instructions will demonstrate the process for handling applications without a signature. When accessing this bucket, you will be provided with potential matches, if they exist, for registered voters who are likely a match with the agency application which is missing a signature. If you believe a match exists in this bucket, you can make a match and the signature will be attached to the new application. If there is no match, the application will still become a Pending registration and you will need to apply the provisions outlined in 10ILCS 5/1A-16.7(e) for Pending Signature Registrations. All work for this bucket must be accessed through the IVRS website.

**This is the bucket in IVRS which handle Electronic Registration Applications Missing Signatures.**




Once you access this bucket, you will be able to view a list of Pending Signatures applications.

Pending Signatures for Electronic Registration Applications - [redacted] County

631 Electronic Registration Applications Pending Signature.

First Prev 1 2 3 4 5 6 7 8 9 10 .... Next Last Page Size 10 64 Total Pages

| App ID | App Type | Last Name | First Name | Middle Name | Birth Date | Application Date | Jurisdiction Received Date | Status | Agency Code |
|---|---|---|---|---|---|---|---|---|---|
| 3567401 | ADDRESS | [redacted] | DORIS | E | [redacted] | January 31, 2019 | January 31, 2019 | PENDINGSIG | 350 |
| 3567404 | ADDRESS | [redacted] | JORDAN | ALLAN | [redacted] | January 31, 2019 | January 31, 2019 | PENDINGSIG | 350 |
| 3567409 | ADDRESS | [redacted] | JESSICA | A | [redacted] | January 31, 2019 | January 31, 2019 | PENDINGSIG | 350 |
| 3567412 | ADDRESS | [redacted] | RUBY | F | [redacted] | January 31, 2019 | January 31, 2019 | PENDINGSIG | 350 |
| 3567416 | ADDRESS | [redacted] | MAKENZY | R | [redacted] | January 31, 2019 | January 31, 2019 | PENDINGSIG | 350 |
| 3567417 | ADDRESS | [redacted] | CASEY | S | [redacted] | January 31, 2019 | January 31, 2019 | PENDINGSIG | 350 |
| 3567420 | ADDRESS | [redacted] | KEYRO | ANTONIO | [redacted] | January 31, 2019 | January 31, 2019 | PENDINGSIG | 350 |
| 3567421 | ADDRESS | [redacted] | KENYA | KR | [redacted] | January 31, 2019 | January 31, 2019 | PENDINGSIG | 350 |
| 3567422 | ADDRESS | [redacted] | KELLIE | CHRISTINE | [redacted] | January 31, 2019 | January 31, 2019 | PENDINGSIG | 350 |
| 3567425 | ADDRESS | [redacted] | SARAH | BETH | [redacted] | January 31, 2019 | January 31, 2019 | PENDINGSIG | 350 |

First Prev 1 2 3 4 5 6 7 8 9 10 .... Next Last Page Size 10 64 Total Pages

After selecting an application, you will be presented with the following page:

Voters that Match Pending Signature List [redacted] County

1 possible match voters.

| | VoterID | Last Name | First Name | Middle Name | Birth Date |
|---|---|---|---|---|---|
| ☐ | [redacted] | [redacted] | KELLIE | [redacted] | [redacted] |

Mark Selected Record As Match | No Match Found In Voter Records

**Agency Application with Pending Signature**

Name:
KELLIE [redacted]

[redacted]

City, State, Zip:
[redacted] 62301

Birth Date:
[redacted]

Age:
24

[redacted]
F

[redacted]

Former City, State, Zip:
QUINCY, IL 62301

Application Date:
01/31/2019

**This portion of the page presents details from the POTENTIAL matches:**

1 possible match voters.

| | VoterID | Last Name | First Name | Middle Name | Birth Date |
|---|---|---|---|---|---|
| ☐ | [redacted] | [redacted] | KELLIE | [redacted] | [redacted] |

Mark Selected Record As Match | No Match Found In Voter Records

Once you select a record to view you will be able to compare the NEW application details (on the left) with the POTENTIAL matched voter record (on the right). You will want to compare the details, such as name, date of birth, and additional details that may be available, such as last 4 SSN, Driver's License Number, and Former Address.

1 possible match voters.

| | VoterID | Last Name | First Name | Middle Name | Birth Date |
|---|---|---|---|---|---|
| ☑ | [redacted] | [redacted] | KELLIE | CHRISTINE | [redacted] |

Mark Selected Record As Match | No Match Found In Voter Records

**Agency Application with Pending Signature**

Name:
KELLIE [redacted]
Address:
[redacted]
City, State, Zip:
QUINCY, IL 62301
Birth Date:
[redacted]
Age:
24
Gender:
F
SSN:
[redacted]
Drivers License Number:
[redacted]
Former Address:
[redacted]
Former City State Zip:
QUINCY, IL 62301
Application Date:
01/31/2019

**Possible Match Voter Detail**

Name:
KELLIE [redacted]
Address:
[redacted]
City, State, Zip:
[redacted]
Birth Date:
[redacted]
Age:
24
Gender:
SSN:
[redacted]
Drivers License Number:
[redacted]
State Status:
F
County Status:
A (Active)
Voter Validation Status:
Active
Phone:
Mailing Address:
Unit:
City, State, Zip:
State Unique Identifier:
[redacted]
Voter Id:
000103686
Jurisdiction:
Adams County
Register Date:
05/09/2017
Signature:
Kell [redacted]

If you believe this voter is a match, and you want to attach the signature to the pending agency application, you can "Mark Selected Record as a Match." Once you do, you will be presented with the following message:

> Are you sure you want to match this signature with this agency application? This application will be moved to your "Electronic Registration Applications – Awaiting Viewing" bucket with this matched signature attached. This action cannot be undone.
>
> Yes | No

As you can see, once you confirm the match, the application will move to a "Pending" status in your "Electronic Registration Applications – Awaiting Viewing" bucket and you will process the application as you process your standard "Electronic Registration Applications."

If you determine there are NO potential matches available, you will select the "No Match Found In Voter Records." PLEASE NOTE: This action should not be taken for each potential match, but should only occur once if there is no matches available at all.




Once you select the "No Match Found in Voter Records" Option, you will see the following message:




As you can see from the message, if there is no match available, the record will still be transferred to your "Electronic Registration Applications – Awaiting Viewing" bucket. When there is no match available, you will need to apply Pending signature rules, which according to 10ILCS 5/1A-16.7(e),

*"The applicant must be notified that his or her registration will remain in a pending status, and the applicant will be required to provide identification that complies with the federal Help America Vote Act of 2002 and a signature to the election authority on Election Day in the polling place or during early voting."*

It is recommended to obtain the signature, along with the appropriate documentation as soon as feasible to fully complete the voter's registration.

Whenever you accept a match, or confirm that there are no available matches, you will return to your available Pending Signatures list and you can proceed to your next application.

Pending Signatures for Electronic Registration Applications [redacted] County

630 Electronic Registration Applications Pending Signature.

First Prev 1 2 3 4 5 6 7 8 9 10 ... Next Last Page Size 10 — 63 Total Pages

| App ID | App Type | Last Name | First Name | Middle Name | Birth Date | Application Date | Jurisdiction Received Date | Status | Agency Code |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | ADDRESS | [redacted] | DORIS | E | [redacted] | January 31, 2019 | January 31, 2019 | PENDINGSIG | 350 |
| [redacted] | ADDRESS | [redacted] | JESSICA | A | [redacted] | January 31, 2019 | January 31, 2019 | PENDINGSIG | 350 |
| [redacted] | ADDRESS | [redacted] | RUBY | F | [redacted] | January 31, 2019 | January 31, 2019 | PENDINGSIG | 350 |
| [redacted] | ADDRESS | [redacted] | MAKENZY | R | [redacted] | January 31, 2019 | January 31, 2019 | PENDINGSIG | 350 |
| [redacted] | ADDRESS | [redacted] | CASEY | S | [redacted] | January 31, 2019 | January 31, 2019 | PENDINGSIG | 350 |
| [redacted] | ADDRESS | [redacted] | KEYRO | ANTONIO | [redacted] | January 31, 2019 | January 31, 2019 | PENDINGSIG | 350 |
| [redacted] | ADDRESS | [redacted] | KENYA | KR | [redacted] | January 31, 2019 | January 31, 2019 | PENDINGSIG | 350 |
| [redacted] | ADDRESS | [redacted] | KELLIE | CHRISTINE | [redacted] | January 31, 2019 | January 31, 2019 | PENDINGSIG | 350 |
| [redacted] | ADDRESS | [redacted] | SARAH | BETH | [redacted] | January 31, 2019 | January 31, 2019 | PENDINGSIG | 350 |
| [redacted] | ADDRESS | [redacted] | CHANDRA | NICKOLE | [redacted] | January 31, 2019 | January 31, 2019 | PENDINGSIG | 350 |

First Prev 1 2 3 4 5 6 7 8 9 10 ... Next Last Page Size 10 — 63 Total Pages

## Invalid Electronic Registration Applications

OVA applications end up in this section when they are found to be Invalid because of a mismatch with the Secretary of State (SOS) database. These should be treated as incomplete registrations. This means that you may contact the applicant to inform him/her that their registration is incomplete. Secretary of State "350" applications end up in this section when they are found Invalid because they were submitted by an applicant under the age allowed to apply to register to vote.

1. Open "Electronic Registration Applications –Invalid"



2. Here you can select the App ID to view the application:

INVALID Electronic Registration Applications - Cook County

Create Batch Download | Batch Download Files | Batch Refer | Batch Reject

INVALID

Hide Search Options

Enter Filter criteria below

First Name | Last Name
App Type: Select App Type | Application ID
Application Date Range
Source: All
Search | Clear

13934 Electronic Registration Applications INVALID.

First Prev 1 2 3 4 5 6 7 8 9 10 ... Next Last Page Size 10 — 1394 Total Pages

| App ID | App Type | Last Name | First Name | Middle Name | Birth Date | Application Date | Jurisdiction Received Date | Application Source |
|---|---|---|---|---|---|---|---|---|
| 1051192 | ADDRESS | [redacted] | [redacted] | [redacted] | November 22, 1963 | July 14, 2014 | July 15, 2014 | POVA |
| 1051205 | ADDRESS | [redacted] | [redacted] | [redacted] | December 16, 1978 | July 14, 2014 | July 15, 2014 | POVA |
| 1051344 | NEW | [redacted] | [redacted] | | February 10, 1981 | July 17, 2014 | July 18, 2014 | POVA |
| 1051422 | NEW | [redacted] | [redacted] | [redacted] | January 2, 1965 | July 19, 2014 | July 20, 2014 | POVA |
| 1051463 | ADDRESS | [redacted] | [redacted] | [redacted] | March 22, 1964 | July 20, 2014 | July 21, 2014 | POVA |
| 1051472 | NEW | [redacted] | [redacted] | [redacted] | March 16, 1995 | July 20, 2014 | July 21, 2014 | POVA |
| 1051484 | ADDRESS | [redacted] | [redacted] | [redacted] | April 20, 1926 | July 20, 2014 | July 22, 2014 | POVA |
| 1051485 | ADDRESS | [redacted] | [redacted] | [redacted] | December 25, 1981 | July 21, 2014 | July 22, 2014 | POVA |
| 1051489 | ADDRESS | [redacted] | [redacted] | [redacted] | November 1, 1984 | July 21, 2014 | July 22, 2014 | POVA |
| 1051649 | NEW | [redacted] | [redacted] | [redacted] | July 29, 1992 | July 23, 2014 | July 24, 2014 | POVA |

First Prev 1 2 3 4 5 6 7 8 9 10 ... Next Last Page Size 10 — 1394 Total Pages

3. Review the information on the application. Near the bottom you will find the reason it was rejected:

Electronic Voter Application Details - Application ID 1051485

Download Application

Reject Registration | Refer To Other Jurisdiction

Status: INVALID
Application Type: Change your current Application address

Last Name: [redacted] | First Name: [redacted] | Middle Name: [redacted] | Name Suffix:

Resident Address: [redacted]

City: Calumet PAr, | State: IL | Zip: 60827 | County: COOK

Mailing Address: n/a
Mailing City: | Mailing State: | Mailing Zip:

Former Address: [redacted]

Former City: Chicago | Former State: IL | Former Zip: 60619 | Former County: Cook

Former Name:

Birth Date: [redacted] | Gender: F

SSN: [redacted] | DL/ID Number: [redacted] | DL/ID Issue Date: [redacted]

Phone: | Email: [redacted]

Signature **No Signature**

Application Date: 7/21/2014
Effective Date: n/a
Voter ID:

Referred Date: n/a | Referred From: n/a
Reject Reason: n/a | Reject Explanation: n/a

SOS Name:
SOS Code: 1 | SOS Reason: invalid DL/ID Number
Agency Code: 0

4. You can download the application so that you may print it out for further investigation and/or filing.




5. If you determine the voter belongs in a different jurisdiction, select "Refer to other jurisdiction." A box will pop up that will allow you to select the jurisdiction from a drop-down menu. Select the jurisdiction and click refer:




6. You may select "Reject Registration" after an attempt to reach the voter has been made. This will create a pop-up screen. You must select a reason from the drop-down menu (not signed, incomplete, duplicate, does not qualify) and give further explanation (ex: no signature on file) before you will be allowed to click "reject."

## INSTRUCTIONS FOR (ERIC)/NCOA-IN STATE UPDATES (EISU)

10ILCS 5/1A-45 requires the State Board of Elections to enter into an agreement with ERIC and 10ILCS 5/1A-16.8 requires the ERIC In-State Updates (EISU) report to be treated in the manner as the National Change of Address (NCOA) automatic updates. The ERIC agreement requires the outreach (in this case, the automatic update of registration) of those identified in their report to be completed within 90 days of the report being provided to the State Board of Elections. **It is imperative that the records are processed through the system correctly in order for IVRS to properly track the data required. If the terms of the agreement are not met by the 90 day deadline the State of Illinois may face removal from the program.**

The voter registration files from your jurisdiction have been compared to identify updated addresses for existing registrants. The information is now available in the newly named Electronic Automatic Updates bucket in IVRS. These voters have been deemed inaccurate or out-of-date, with your voter registration files **at the time of the comparison**; 1A-16.8 states that an election authority shall automatically register any voter who has moved into its jurisdiction from another jurisdiction in Illinois or update the registration if they have moved within its jurisdiction. The processing of all records in the "Electronic Automatic Updates" bucket will be handled the same as the prior NCOA "bucket". The applications are now separated by NCOA and ERIC Instate Updates and will default to the ERIC Instate Updates as these have the 90-day clock for processing.




**When a voter is shown to have moved into your jurisdiction or an address has been changed due to NCOA or EISU, the statute states**:

> ***The election authority whose jurisdiction includes the new registration address provides the voter an opportunity to reject the change in registration address through a mailing, sent by non-forwardable mail, to the new registration address. (10ILCS 5/1A-16.8)***

If the voter rejects the transfer of their registration based on your mailing; the address change record should be reverted back to the original registration address, or the new registration should be cancelled. Instructions on reverting a record based on rejection of change, are discussed later.

**The data will default to ERIC, there are now NCOA and ERIC data in the same bucket however the records remain separate and will have to be located using the function below.**

**It has been brought to our attention that the ERIC data also includes name changes within the original file. Name changes are not considered an automatic update, at the very least these records will need outreach notifications. Instructions on how to process the data that include a name change are found on page 43 of this manual.**

PROCESSING Electronic Address Changes - Cook County

Create Batch Download Batch Download Files Batch Refer Batch Reject

PROCESSING ▼

Hide Search Options

Enter Filter criteria below

First Name | Last Name
Application Type All ▼ | Application ID
Application Date Range
Agency Code ERIC InStateUpdate ▼
Search Clear

*Note: The last column selected will be first sorting priority. To check back to Default sorting, click on the button.
Default Sort

68 Electronic Address Changes PROCESSING, Based on your current filter criteria above.

First Prev 1 2 3 4 5 6 7 Next Last Page Size 10 ▼

| Application ID | Application Type | Last Name | First Name | Middle Name | Birth Date | Application Date | Jurisdiction Received Date | Former County | Agency Code | Record Details Link |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | ADDRESS | [redacted] | | | | December 31, 2019 | December 31, 2019 | Cook | EISU | View Address Detail |
| | NAMEADDRESS | | | | | December 31, 2019 | December 31, 2019 | Cook | EISU | View Address Detail |
| | NAMEADDRESS | | | | | February 24, 2020 | February 24, 2020 | Champaign | EISU | View Address Detail |
| | ADDRESS | | | | | February 24, 2020 | February 24, 2020 | Champaign | EISU | View Address Detail |
| | NAMEADDRESS | | | | | February 24, 2020 | February 24, 2020 | Champaign | EISU | View Address Detail |
| | ADDRESS | | | | | February 24, 2020 | February 24, 2020 | Champaign | EISU | View Address Detail |
| | ADDRESS | | | | | February 24, 2020 | February 24, 2020 | Champaign | EISU | View Address Detail |
| | ADDRESS | | | | | February 24, 2020 | February 24, 2020 | Cook | EISU | View Address Detail |
| | ADDRESS | | | | | February 24, 2020 | February 24, 2020 | Cook | EISU | View Address Detail |
| | ADDRESS | | | | | February 24, 2020 | February 24, 2020 | Cook | EISU | View Address Detail |

First Prev 1 2 3 4 5 6 7 Next Last Page Size 10 ▼

1. On the first page you have the option of choosing "Pending" "Processing" -"Registered" or "Rejected", from the drop-down menu.

   **Pending** are those not yet viewed by you or your staff.
   **Processing** are those that have been marked as viewed or downloaded to print.
   **Registered** and **Rejected** are completely processed applications.

PENDING Electronic Address Changes - Cook County

Create Batch Download Batch Download Files Batch Refer Batch Reject

PENDING ▼

Hide Search Options

Enter Filter criteria below

First Name | Last Name
Application Type All ▼ | Application ID
Application Date Range
Agency Code ERIC InStateUpdate ▼
Search Clear

*Note: The last column selected will be first sorting priority. To check back to Default sorting, click on the button.
Default Sort

9230 Electronic Address Changes PENDING, Based on your current filter criteria above.

First Prev 1 2 3 4 5 6 7 8 9 10 .... Next Last Page Size 10 ▼ 923 Total Pages

| Application ID | Application Type | Last Name | First Name | Middle Name | Birth Date | Application Date | Jurisdiction Received Date | Former County | Agency Code | Record Details Link |
|---|---|---|---|---|---|---|---|---|---|---|
| 2561072 | NAMEADDRESS | [redacted] | | | | December 27, 2017 | December 27, 2017 | Cook | EISU | View Address Detail |
| 2616960 | NAMEADDRESS | | | | | December 27, 2017 | December 27, 2017 | Cook | EISU | View Address Detail |
| 2849215 | NAMEADDRESS | | | | | December 28, 2017 | December 28, 2017 | City of Chicago | EISU | View Address Detail |
| 2884729 | ADDRESS | | | | | December 28, 2017 | December 28, 2017 | City of Chicago | EISU | View Address Detail |
| 2959476 | ADDRESS | | | | | February 27, 2018 | February 27, 2018 | Cook | EISU | View Address Detail |
| 4098258 | NAMEADDRESS | | | | | November 20, 2019 | November 20, 2019 | Alexander | EISU | View Address Detail |
| 4098339 | NAMEADDRESS | | | | | November 20, 2019 | November 20, 2019 | Boone | EISU | View Address Detail |
| 4098385 | ADDRESS | | | | | November 20, 2019 | November 20, 2019 | Boone | EISU | View Address Detail |
| 4098400 | NAMEADDRESS | | | | | November 20, 2019 | November 20, 2019 | Boone | EISU | View Address Detail |
| 4098415 | ADDRESS | | | | | November 20, 2019 | November 20, 2019 | Boone | EISU | View Address Detail |

First Prev 1 2 3 4 5 6 7 8 9 10 .... Next Last Page Size 10 ▼ 923 Total Pages

2. In the search box you have the option now to select the "Electronic App Type" either NCOA or ERIC In-State Updates. Once you have chosen the criteria click the search button to return the desired data. All columns are sortable, click the blue underlined header that you would like in a particular order. To open the record, click the "App ID" to the left of the page

Electronic Voter Application Details - Application ID 2459662

Download Application

Mark As Viewed | Reject Registration | Register | Refer To Other Jurisdiction

**Status:** PENDING
**Application Type:** Change your current Application address

| Last Name: | First Name: | Middle Name: | Name Suffix: |
|---|---|---|---|
| ABBEY | MICHAEL | E | |

**Resident Address:**
[redacted]

| City: | State: | Zip: | County: |
|---|---|---|---|
| QUINCY, | IL, | 62301 | Adams |

**Mailing Address:**
n\a

| Mailing City: | Mailing State: | Mailing Zip: |
|---|---|---|

**Former Address:**
1415 S 6TH ST

| Former City: | Former State: | Former Zip: | Former County: |
|---|---|---|---|
| QUINCY | IL | 62301 | Adams |

**Former Name:**

| Birth Date: | Gender: | |
|---|---|---|
| [redacted] | M | |
| **SSN:** | **DL\ID Number:** | **DL\ID Issue Date:** |
| [redacted] | [redacted] | 2/2/2016 |
| **Phone:** | | **Email:** |

**Application Date:** 12/19/2017
**NCOA Effective Date:** n\a
**Voter ID:**

| Referred Date: | Referred From: |
|---|---|
| n\a | n\a |
| **Reject Reason:** | **Reject Explanation:** |
| n\a | n\a |

**SOS Name:**

| SOS Code: | SOS Reason: |
|---|---|
| 0 | n\a |
| **Agency Code:** | EISU |

The application above is a sample of the record. Check to determine if the “Resident Address” is in your jurisdiction. If the address is within your jurisdiction you will either click “Mark as Viewed” at the top or click “Download the Application” depending on the method used. This application will now be moved to the “processing” section in the drop down at the top of the page.

**DO NOT REJECT THE RECORD IF IT DOES NOT BELONG IN YOUR JURISDICTION**

If the record belongs to another jurisdiction, click “Mark as Viewed” and the other buttons will activate, then select “Refer to Other Jurisdiction”. Select the jurisdiction the record belongs to from the drop-down and click “Refer”.







Under the signature image, please disregard the SOS items as they are not applicable to the NCOA/EISU portion. The <u>Application Date</u> is when the record was matched against ERIC data. <u>The Effective Date</u> is the date of the address change by the individual. The “Agency Code” will be either NCOA or EISU.

Select “Download Application” (Depending on your browser you may have to “Allow Popup” in order to view the PDF generated.)




This is the PDF Application it will create. This is the application that you will use in your files. Print it out and treat it similarly to a mail-in registration. Determine if the record will be rejected, registered or referred to another jurisdiction.




After clicking "download application" or "Mark as Viewed", buttons for Rejecting, Registering, and Referring the application will appear:



To **reject**, choose a reason from the drop-down menu. Sometimes you will need to open a previously registered through NCOA/EISU for a voter because the voter refused the registration or is now deceased. The choices are "Deceased," "Undeliverable," "Refuse Change of Address," "New Registration on File" and "Not a Residential Address." Enter further information in the text box if needed:




***If a signature is missing from the NCOA /EISU application, please contact our VRS Division**

****Do not "Reject" records containing an address for another jurisdiction.**

If the voter was previously registered, this will reverse the NCOA/EISU registration; the "other" jurisdiction will be notified of the rejection and will then reinstate/un-cancel so the voter stays registered in the "other" jurisdiction.

If the record has been determined to be the same person, first update the registration/change of address in your local system. *If your VR system gives you the ability* ***to mark the "Source" as NCOA/EISU*** *then IVRS is designed to automatically mark these as "Registered" without you needing to complete the next step below.*

Open the application up in IVRS. Select "**Register**" in the application screen, enter the Local ID your system assigned to the voter: (again, this step may not be necessary-see above)




*****It is essential for the work flow that these be marked as registered. That notifies the previous jurisdiction that the individual has been registered in another jurisdiction because of NCOA/EISU.**

You will occasionally find an address that does not belong to your jurisdiction– please refer this registration to the correct jurisdiction. Select "**Refer**" on the application screen. Choose the jurisdiction you believe the application belongs to from the drop down list and select "Refer":



**Electronic Automatic Updates – Moving From Your Jurisdiction:** Change of Address Active in YOUR Jurisdiction and Marked Registered in OTHER Jurisdiction.

Once the "other" jurisdiction registers a voter that was currently registered in your jurisdiction, you will be notified in the second bucket. When a voter is shown to have moved out of your jurisdiction due to NCOA/EISU; a notice must be sent to the voter by forward-able mail to the previous registration address.

When the election authority whose jurisdiction includes the previous registration address is a different election authority, then that election authority provides the same opportunity through a mailing, sent by forward-able mail, to the previous registration address. (Notification requirements can be found in 1A-16.8 of the Code)

The "same opportunity" mentioned is to "provide the voter the opportunity to reject the change in registration address through a mailing".

The records in "Moving From your Jurisdiction" should not be cancelled until notification is received that the person has been registered in the "other" jurisdiction. The records will process through the "Transfers Out" of Your Jurisdiction" or "Inter-Jurisdiction Matches" sections of IVRS once the other jurisdiction has entered them in their local database and IVRS has found that registration to be a duplicate with your record.




The default display for "Moving from Your Jurisdiction" shows records marked as "Registered" by the other jurisdiction and still "Active" in your local system.

You can change your display at any time by selecting the drop downs for "Local Status "or "Electronic App Type" then hitting the "Search" button. The NCOA/EIUS statuses include "Registered," "Viewed", "Referred", "Rejected", "No Action Taken" or "Moved out of State", and "Unregistered".

You will want to view those marked as "Cancelled" in your local system and "Registered" as the NCOA or EISU Status, to ensure you have sent the proper mailing.

The list is printable for comparisons against the "Transfers Out of your Jurisdiction"

**Change of Address - Cancelled in YOUR Jurisdiction and Marked Unregistered in OTHER Jurisdiction**
- This section pertains to voters who were registered due to NCOA or EISU in the "other" jurisdiction, and are later rejected by the "other" jurisdiction. These voters may have been cancelled in your jurisdiction, and in such case you will need to **reinstate** the voter.

**It is important to follow the instructions below to ENSURE the data flows correctly.**




The default screen will show Local Status “CANCELLED”; Electronic App Status “UNREGISTERED” depending on what data you are working on you must change the Electronic App Type in the drop down to ERIC Instate Update or NCOA.




Mark the voter record as “Set as Notified” (no actual notice needs to be sent, the purpose is to acknowledge action must be taken on the record and to move it to another category)




Once the above action has been taken, this voter will need to be reinstated/un-canceled in your local system.

# BATCH DOWNLOAD

The Batch Download method is incorporated into the current IVRS website and is offered to those jurisdictions which wish to process applications in bulk. This method allows a jurisdiction to download a zip file from SBE's IVRS for processing (*make sure you have the proper software for unzipping the file*). Though this method still requires a batch file to be processed, data entry is kept to a minimum. Batch Downloads can later be accessed for bulk in-house processing, referring to other jurisdictions, or to mass reject files already reviewed by the jurisdiction.

Select under "Moving Into/Remaining within Your Jurisdiction




Select "Create Batch Download":




Select which applications you would like to work with through the drop down box. The drop down menu offers "Pending," "Processing," and "Invalid," "Registered" or "Rejected":



Next you will need to choose your specific records. This can be done by clicking "Select All" or clicking the box next to the individual records desired.




After selecting your files, you will have to create a password that will be used for the file




1. Select the "Create Batch Download" button. This will jump you to the Batch Download Records Page:




2. Select the "Download" link. Depending on the file size, it may take a while to create. When the Download button lights up blue it is ready:

3.




3. Select the down arrow on the "Save" button. Select "Save As".



4. Choose the location you would like your file to be saved in then click “Save”




You will be returned to the previous page. Select “Open folder”




Files will need to be unzipped. Right click the batch download folder. Select “Extract All” or “Unzip”. Please consult your IT Department for instructions on unzipping files if needed.



Enter password created for Batch download




Now files can be opened and viewed



# BATCH REFER

1. Select under "Moving Into/Remaining within Your Jurisdiction




2. Select "Batch Refer":




3. From the drop-down menu, select the Jurisdiction to which you are referring the applications:




4. Click "choose file" to find the file on your computer: Open the batch download folder and select the CSV file




5. Files will need to be unzipped. Right click the batch download folder. Select “Extract All” or “Unzip”. Please consult your IT Department for instructions on unzipping files if needed.




6. Select “Import”. The files will now be imported to IVRS:



7. Review the jurisdiction that it is being referred to, the names, birthdates and the amount of files. After you have confirmed everything is correct, click "Refer Apps".




## BATCH REJECT

1. Select either option listed under "Moving Into/Remaining within Your Jurisdiction.




2. Select "Batch Reject":



3. Click "Choose File" to find the file on your computer: Open the batch download folder and select the CSV file




4. Select the reason from the drop down menu. The choices are "Deceased," "Undeliverable," "Refuse Change of Address," and "New Registration on File." Enter further information in the text box if needed:




5. Click "Import":



6. Review the rejection reason, the names, and the amount of files. After you have confirmed everything is correct select "Reject Apps" on the bottom.
7. 

Batch Reject Electronic Address Changes:

Note: You can only Batch Reject for one reason at a time, so be sure that your file only contains application id's that y

| App ID | App Status | App Type | [redacted] | First Name | Middle Name | Birth Date | Application Date |
|---|---|---|---|---|---|---|---|
| [redacted] | PROCESSING | NAMEADDRESS | [redacted] | JOHN | STEPHEN | [redacted] | November 20, 2019 |
| [redacted] | PROCESSING | ADDRESS | [redacted] | DEANDREALE | D | [redacted] | November 20, 2019 |
| [redacted] | PROCESSING | NAMEADDRESS | [redacted] | TAVARREAIY | DAVION | [redacted] | November 20, 2019 |
| [redacted] | PROCESSING | ADDRESS | [redacted] | OBIOMA | CHIAMAKA | [redacted] | November 20, 2019 |

Reject Reason: Deceased
Reject Explanation:

Import File Summary:

File Name:EISUBatchDownload_5_11_2021_112425.csv
ID's In File: 4
ID's Found In DB: 4
ID's To Be Rejectred: 4

Reject Apps | Cancel

## WEB SERVICES

**The programming for Web Services is a behind the scenes application that runs in your existing Election Management System (EMS). It will be installed by your current EMS vendor and configured to seamlessly upload and process NCOA/EISU applications. The programming extracts the information from IVRS with a "Source" of NCOA/EISU to be processed.**

**Due to the newest reject reasons not being sent out in POVA Web service specifications, if you feel a voter should be reverted back to the moving out of jurisdiction because of being a deceased voter, voter refuses change of address, card comes back undeliverable, or the registration address is not a valid address and you are using web services without the new reasons in place yet, then OTHER should be selected as the reject reason and for rejection description needs to start with the word "Undo". If a voter has a newer registration on file just select Duplicate as your reject reason if you are still using the old codes. These reasons have already been limited on the IVRS web site, so if your jurisdiction doesn't use web services for POVA, NCOA, or EISU then you will select the new reasons.**

## PROCESSING RECORDS THAT APPEAR TO HAVE A NAME CHANGE

Once the data has been compared through ERIC it may have been determined that the driver's license facility has a newer name on file for the voter than what is on file in IVRS. These "name change" records do not qualify for the automatic update. By examining the record below, you can see that the former name and the signature match, however the new name does not have an existing voter registration record in IVRS, therefore a correct signature for the person is missing. These types of records will need at a minimum some form of contact conducted to stay within the ERIC guidelines of voter outreach. Once the outreach has been completed the record will need to be rejected as "unable to obtain current signature". This new rejection reason is not to be used for applications that do not have a signature attached, that issue needs to be handled by calling the VRS Division at our office.

The example below show's a name change. The new name is on line 1 of the application; former name is on line 5, and the signature is the same as the former name. After an outreach has been sent, you will reject the registration s "unable to obtain current signature".



2780640

S.O.S Full Name:

Are you a citizen of the United States of America? Yes

Will you be 18 years of age on or before election day? Yes

Office Use

Application Type ? Change your current registration address

1. Last Name: JADRON First Name: CHRISTINE Middle Name or Initial: A Suffix:

2. Address where you live: [redacted]

City: State: Zip: County: Township: [redacted]

3. Mailing address: City: State: Zip:

4. Former Registration Address: [redacted] City: [redacted] State: Zip: Former County: [redacted]

5. Former Name (if changed)

CHRISTINE A STAHULAK

6. Date of Birth: MM/DD/YY

12:00:00AM

7. Sex (M or F)

8. Phone (optional)

Email:

9. Identification

DL or ID:

SSN:

Effective Date of Move 3/2/2015

10. Voter Affidavit - Read all statements and sign within the box to the right

I swear or affirm that

- I am a citizen of the United States,
- I will be at least 18 years old on or before the next election,
- I will have lived in the State of Illinois and in my election precinct at least 30 days as of the date of the next election.

The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, then I may be fined, imprisoned, or if I am

This is my signature or mark in the space below.

Reg Date : 12/27/2017 12:00:00AM

Illustrated in the next few samples are different examples of records that may be contained in the data. Hyphenated names will be in the listing, these will need to be examined to determine if the name has actually changed. If the name has indeed changed, an outreach will need to be sent to the voter and then you will reject the registration using the "unable to obtain current signature".

S.O.S Full Name:

Are you a citizen of the United States of America? Yes
Will you be 18 years of age on or before election day? Yes
Application Type ? Change your current registration address

Office Use

1. Last Name: MURPHY BOREL | First Name: ANN | Middle Name or Initial: L | Suffix:

2. Address where you live: 2692 STONE CIR UNIT 105
City: State: Zip: County: Township:
[redacted]

3. Mailing address: City: State: Zip:

4. Former Registration Address: City: State: Zip: Former County:
[redacted]

5. Former Name (if changed)
ANN LOUISE BOREL

6. Date of Birth: MM/DD/YY 12:00:00AM
7. Sex (M or F) F
8. Phone (optional)
Email:
9. Identification DL or ID: SSN:
Effective Date of Move : 7/29/2017

10. Voter Affidavit - Read all statements and sign within the box to the right.
I swear or affirm that:
- I am a citizen of the United States.
- I will be at least 18 years old on or before the next election.
- I will have lived in the State of Illinois and in my election precinct [redacted]
the date of the next election.
- The information I have provided is true to the best of my knowle[redacted]
perjury. If I have provided false information, then I may be fined, imprisoned, or if I am [redacted]

This is my signature or mark in the space below.
You must sign and send
Reg Date : 12/27/2017 12:00:00AM

11. If you cannot sign your name, ask the person who helped you fill in this form to print their name, address and telephone number.

Other records have a difference of an initial versus the name completely spelled out, some the only difference will be a misspelling somewhere in the name fields. This information can be used to make updates to your records or in the case of a misspelling the validation tool in IVRS can be used to determine the correct name. These type of records should be marked as registered.

S.O.S Full Name:

Are you a citizen of the United States of America? Yes
Will you be 18 years of age on or before election day? Yes
Application Type ? Change your current registration address

Office Use

1. Last Name: GARVIN | First Name: MATTHEW | Middle Name or Initial: JOHN | Suffix:

2. Address where you live:
[redacted]
State: Zip: County: Township:
[redacted]

3. Mailing address: City: State: Zip:

4. Former Registration Address: City: State: Zip: Former County:
[redacted]

5. Former Name (if changed)
MATTHEW J GARVIN

6. Date of Birth: MM/DD/YY 12:00:00AM
7. Sex (M or F) M
8. Phone (optional)
Email:
9. Identification DL or ID: SSN:
Effective Date of Move 6/7/2016

10. Voter Affidavit - Read all statements and sign within the box to the right.
I swear or affirm that:
- I am a citizen of the United States.
- I will be at least 18 years old on or before the next election.
- I will have lived in the State of Illinois and in my election precinct at least 30 days as of the date of the next election.
- The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, then I may be fined, imprisoned, or if I am

This is my signature or mark in the space below.
This is my signature or mark in the space below
Reg Date : 12/27/2017 12:00:00AM

11. If you cannot sign your name, ask the person who helped you fill in this form to print their name, address and telephone number.

# ONLINE VOTER REGISTRATION

**Online Voter Registration** Get Counts

Online Voter Registrations - Pending

Online Voter Registrations - Referred

The Online Voter Registration is a second choice for an applicant that does not meet the requirements to use POVA. The Online Voter Registration requires the voter to send the appropriate election authority their application containing a wet signature. Since the Online Voter Registration is dependent on receiving their application in the mail it is not under the 5-day requirement that The Paperless Voter Application must meet. If an application never arrives, the record will be removed off from the Online Voter Registration bucket in roughly nine months.

Print Page For Your Records Download Report

Hide Search Options

Enter Filter criteria below

First Name

Last Name

Registration Date Range

Vote By Mail Request All

Search Clear

60 Online Voters Registrations PENDING.

First Prev 1 2 3 4 5 6 Next Last Page Size 10

| Reg ID | Reg Reason | Last Name | First Name | Middle Name | Birth Date | Registration Date | Vote By Mail Request |
|---|---|---|---|---|---|---|---|
| [redacted] | ADDRESS | Bullock | Tara | [redacted] | December 7, 1979 | August 15, 2017 | No |
| [redacted] | NEW | Raymond | Carter | [redacted] | May 7, 2000 | September 26, 2017 | No |
| [redacted] | NEW | Batista | Martha | [redacted] | December 31, 1954 | October 4, 2017 | No |
| [redacted] | NEW | rios | eric | [redacted] | July 28, 1995 | October 12, 2017 | No |
| [redacted] | ADDRESS | boone | john | [redacted] | December 1, 1962 | November 10, 2017 | No |
| [redacted] | NEW | Maynard | Damon | [redacted] | January 5, 1999 | November 13, 2017 | No |
| [redacted] | ADDRESS | Banks | Latoya | [redacted] | March 11, 1982 | November 24, 2017 | No |
| [redacted] | ADDRESS | Banks | Latoya | [redacted] | March 11, 1982 | November 24, 2017 | No |
| [redacted] | NEW | Brudke | Robert | [redacted] | November 11, 1969 | November 29, 2017 | No |
| [redacted] | ADDRESS | romero | isaac | [redacted] | April 3, 1977 | December 5, 2017 | No |

First Prev 1 2 3 4 5 6 Next Last Page Size 10

**NOT ALL JURISDICTIONS UTILIZE THE ONLINE VOTER REGISTRATION BUCKET WITHIN IVRS.** If your jurisdiction accomplishes this action through your local database, the action items will be grayed out (see illustration below). This bucket will be for informational use only, if an application is in this bucket, you can reach out to the voter to reinforce the fact that the application needs to be mailed in.

Online Voter Registration Details - Registration ID [redacted]

Reject Registration Register/Reinstate Refer To Other Jurisdiction

**<u>If your jurisdiction utilizes the Online Voter Registration bucket within IVRS</u>**, the following action items will be available.

**<u>Refer to Other Jurisdiction:</u>** this is used when a voter is trying to register with a jurisdiction (such as Cook County) when they should actually be registering with a different jurisdiction (such as City of Chicago) Always refer if the address is not in your jurisdiction, do not reject.

**<u>Reject Registration:</u>** may be missing key information that helps to identify the voter, select a reason from the drop down. You will need to add additional notes in the free form box below. Select update.




**Register/Reinstate:** If it is determined that the person will need to be registered after the mail in form is received, you will need to decide if this is a new registration or one that will need to be reinstated. You will need the local voter id to enter and then select add.



**<u>Refer to Other Jurisdiction:</u>** this is used when a voter is trying to register with a jurisdiction (such as Cook County) when they should actually be registering with a different jurisdiction (such as City of Chicago) Always refer if the address is not in your jurisdiction, do not reject. You will need the application to send to the other jurisdiction

Refer To Another Jurisdiction
Please select the jurisdiction you are going to mail the registration to. (Do not complete this step unless you have received the application and are prepared to mail it)

[Select Jurisdiction ▾]

Date you will mail to forwarding registration:

5/13/2021

[Add] [Cancel]

[Ok]

Online Voter Registrations - Referred will provide you the applications that have been referred to other jurisdictions and the date.

Print Page For Your Records [Download Report]

Enter Filter criteria below

First Name

Last Name

Registration Date Range

Vote By Mail Request [All ▾]

[Search] [Clear]

79 Online Voters Registrations REFERRED.

**First** Prev **1** 2 3 4 5 6 7 8 Next Last Page Size [10 ▾]

| Reg ID | Reg Reason | Last Name | First Name | Middle Name | Birth Date | Registration Date | Vote By Mail Request |
|---|---|---|---|---|---|---|---|
| 1532 | NEW | [redacted] | Cristian | | [redacted] | September 24, 2012 | No |
| 11401 | NEW | [redacted] | James | Patrick | [redacted] | October 10, 2012 | No |
| 16008 | NEW | [redacted] | Cynthia | | [redacted] | October 10, 2012 | No |
| 16340 | NEW | [redacted] | Timothy | | [redacted] | October 15, 2012 | No |
| 13012 | NEW | [redacted] | Myriad | | [redacted] | October 17, 2012 | No |

# VOTER REINSTATEMENTS

This feature has been implemented to more appropriately handle the situation where a voter in your database has been reinstated (local status has been set to Active or Inactive from the previous Cancelled or Removable status) by allowing you to make the decision on what action should be taken. Only those voter's whose SUID is in use by another voter in the State will show up in this bucket. For those voter's whose SUID is not in use by another voter, their SUID will automatically be assigned back to them.




Voter Reinstatements – Awaiting Action contain voters that have a record of "Active" again after a cancellation.




| View Case | Target Voter | Matched Voter | Date Created | Days Open |
|---|---|---|---|---|
| View Case | Name: [redacted]<br>Jurisdiction: Bond County<br>Registration Date: 6/30/2000<br>Birth Date: [redacted]<br>SSN: [redacted]<br>Status: PR | Name: [redacted]<br>Jurisdiction: Madison County<br>Registration Date: 4/20/1980<br>Birth Date: [redacted]<br>SSN: [redacted]<br>Status: A | 1/20/2013 | 412 |
| View Case | Name: [redacted]<br>Jurisdiction: Bond County<br>Registration Date: 3/17/1974<br>Birth Date: [redacted]<br>SSN: [redacted]<br>Status: PR | Name: [redacted]<br>Jurisdiction: Madison County<br>Registration Date: 3/22/1961<br>Birth Date: [redacted]<br>SSN: [redacted]<br>Status: A | 1/20/2012 | 412 |
| View Case | Name: [redacted]<br>Jurisdiction: Bond County<br>Registration Date: 11/26/1946<br>Birth Date: [redacted]<br>SSN: [redacted]<br>Status: PR | Name: [redacted]<br>Jurisdiction: Madison County<br>Registration Date: 6/3/1942<br>Birth Date: [redacted]<br>SSN: [redacted]<br>Status: A | 1/20/2012 | 412 |
| View Case | Name: [redacted]<br>Jurisdiction: Bond County<br>Registration Date: 1/16/2003<br>Birth Date: [redacted]<br>SSN: [redacted]<br>Status: PR | Name: [redacted]<br>Jurisdiction: Montgomery County<br>Registration Date: 10/6/2003<br>Birth Date: [redacted]<br>SSN: [redacted]<br>Status: A | 1/20/2012 | 412 |
| View Case | Name: [redacted]<br>Jurisdiction: Bond County<br>Registration Date: 11/9/1937<br>Birth Date: [redacted]<br>SSN: [redacted]<br>Status: PR | Name: [redacted]<br>Jurisdiction: St. Clair County<br>Registration Date: 3/12/1919<br>Birth Date: [redacted]<br>SSN: [redacted]<br>Status: A | 1/20/2012 | 412 |
| View Case | Name: [redacted]<br>Jurisdiction: Bond County<br>Registration Date: 6/27/1944<br>Birth Date: [redacted]<br>SSN: [redacted]<br>Status: PR | Name: [redacted]<br>Jurisdiction: Madison County<br>Registration Date: 6/26/2000<br>Birth Date: [redacted]<br>SSN: [redacted]<br>Status: A | 1/20/2012 | 412 |

Choose a case you would like to work by selecting "View Case". After choosing a case to work, you will be able to compare the records from each jurisdiction.




There are three options near the top of the box:

1. Create Transfer – You would like to transfer a voter from another jurisdiction back into your jurisdiction
   - Other jurisdiction can **Accept Transfer** – They agree and your voter record will become active
   - Other jurisdiction can **Reject Transfer** – They do not agree so your record will be returned for further action.
2. Undo Mistaken Transfer – You would like to undo a match that was previously made, where two separate voters were mistaken as one distinct voter and merged
   - Other jurisdiction can **Accept Undo** – They agree that the old match was a mistake and your voter will get their old SUID back while the other jurisdiction's voter will be assigned a new SUID
   - Other jurisdiction can **Reject Undo** – They disagree and the match require further action
3. Register as Unique
   - Unlinks the two voter records, assigning your voter a new SUID and allowing the other voter to keep the SUID that was once assigned to your voter. Use this when you do not want to affect the other voter's record any more.

**(REFER TO FLOW CHART ON NEXT 3 PAGES- please note: Jurisdiction A and B)**

**CREATE A TRANSFER-** *Example*: This action is used to transfer a voter's record back to your jurisdiction. Use this when both records are for the same person and that person has moved back into your jurisdiction.

Jurisdiction "A"

**Create Transfer**

By clicking "create transfer" you are indicating you would like to transfer the OTHER Jurisdiction's voter back into your jurisdiction.

Jurisdiction "B"

**Accept Transfer**

By clicking "Accept transfer" you are indicating that you agree with transferring your voter's record to the OTHER jurisdiction.

Jurisdiction "B"

**Reject Transfer**

Clicking "reject transfer" indicates you DO NOT agree this voter is in fact the same voter. Examples of reasons for rejection would be: different SSN # or Date of Birth

**UNDO MISTAKEN MATCH** *Example:* This feature will allow you to "undo a mistaken match" that was made within IVRS. Choosing this feature will allow you to unlink 2 voters who should **not** have been linked because they are two separate people. Clicking this button will cause your voter to get their SUID back and the other voter's record to be assigned a new SUID.

Jurisdiction "A"

**Undo Mistaken Match**

Undo Mistaken Match is either a match case that is a mistaken transfer or duplicate match that needs "undone".

Jurisdiction "B"

**Accept Undo**

Clicking "Accept Undo" you are indicating that you agree this voter was indeed linked by mistake and the match needs undone.

Jurisdiction "B"

**Reject Undo**

Clicking "Reject Undo" indicates that the match of these voters will remain.

**<u>REGISTER AS UNIQUE</u>** *Example:* Clicking this option will assign a new SUID to your voter and unlink the connection with the other voter's record. The other voter's record will keep the SUID that was once assigned to your voter. Use this feature when you do NOT wish to affect the other voter's record any longer.

Jurisdiction "A"



Voter Reinstatements – Referred to OTHER Jurisdiction will provide cases that have been viewed and referred/transferred to another jurisdiction. Notice - Action Type: Transfer

Print For Your Records

Reinstatement Details
Action Type: Transfer
Status: Open
Last Updated: 2/14/2019 12:59:25 PM
Updated By: cheryl.hobson

| Voter to Reinstate | Matching Voter Owning SUID |
|---|---|
| State Unique Identifier: N/A | State Unique Identifier: [redacted] |
| Voter Id: [redacted] | Voter Id: [redacted] |
| Jurisdiction: Cook County | Jurisdiction: Will County |
| Name: [redacted] | Name: [redacted] |
| Register Date: 4/25/2018 | Register Date: 4/15/2017 |
| Birth Date: [redacted] | Birth Date: [redacted] |
| Age: 33 | Age: 33 |
| State Status: PR (Pending Reinstatement) | State Status: A (Active) |

Voter Reinstatements – Referred to YOUR Jurisdiction will provide cases that have been referred to your Jurisdiction from another jurisdiction. Select "view case" and you will either "Accept" or "Reject" the transfer. If you are unsure if the voter should be transferred based on the information presented, contact the other jurisdiction to discuss.

Print For Your Records

Reinstatement Details
Action Type: Transfer
Status: Open
Last Updated: 5/10/2018 9:16:28 AM
Updated By: raymond

Accept Transfer | Reject Transfer

| Voter to Reinstate | Matching Voter Owning SUID |
|---|---|
| State Unique Identifier: N/A | State Unique Identifier: [redacted] |
| Voter Id: [redacted] | Voter Id: [redacted] |
| Jurisdiction: Kane County | Jurisdiction: Cook County |
| Name: [redacted] | Name: [redacted] |
| Register Date: 4/15/2018 | Register Date: 3/14/2017 |
| Birth Date: [redacted] | Birth Date: [redacted] |
| Age: 34 | Age: 34 |
| State Status: PR (Pending Reinstatement) | State Status: A (Active) |
| County Status: Active | County Status: Active |
| Voter Validation Status: Unknown: Waiting to validate SSN | Voter Validation Status: Unknown: Waiting to validate SSN |

By clicking 'Accept Transfer' you are indicating that you agree with transferring your voter's record to the OTHER jurisdiction.
OK | Cancel

By clicking 'Reject Transfer' indicates you DO NOT agree this voter is in fact the same voter. Examples of reasons for rejection would be: different SSN # or Date of Birth. Reason:
OK | Cancel

# VOTER MATCHING




**Intra-Jurisdiction Matches - Potential Duplicate Matches – Awaiting Action** this section is for records that look to be duplicate registration within your own local voter registration system. The first thing to determine is whether or not these records refer to the same person.

The examples below are standard matches you will see within this bucket.

The first is a potential name change, this happens usually when the person does not indicate they were registered under a different name.

The second example appears to be a typo in the first name.

First Prev 1 2 3 4 Next Last Page Size 10

| Match Strength | View Case | Reject Match | Older Record Details | Newer Record Details | Match Date | Days Open | Source |
|---|---|---|---|---|---|---|---|
| ★★★★★★ | View Case | Reject Match | Name: HOLTHAUS, MELINDA A<br>Jurisdiction: Adams County<br>Registration Date: 10/5/2004<br>Birth Date: [redacted]<br>SSN: [redacted]<br>Status: A | Name: RICHARDS, MELINDA A<br>Jurisdiction: Adams County<br>Registration Date: 11/2/2011<br>Birth Date: [redacted]<br>SSN: [redacted]<br>Status: A | 06-20-2018 | 1083 | ERIC Instate Match |
| ★★★★★★ | View Case | Reject Match | Name: CHANDLER, ELIZABETH J<br>Jurisdiction: Adams County<br>Registration Date: 6/8/2006<br>Birth Date: [redacted]<br>SSN: [redacted]<br>Status: A | Name: CHANDLER, ELIABETH J<br>Jurisdiction: Adams County<br>Registration Date: 7/13/2013<br>Birth Date: [redacted]<br>SSN: [redacted]<br>Status: A | 06-20-2018 | 1083 | ERIC Instate Match |

You can see the basic information in the list. To select a case to work on, click **View Case**

Voter records are now side by side for comparison and, by default, the system has chosen the older record to be the one to be cancelled. When you choose to keep the record active you will need to merge the history and any other changes, so that the record is complete.




A. Return to Match List – this action will take you back to view all records.
B. Print for Your Records – This action will prompt a printable version.
C. Match Details – This will provide you with details on the match type, date, status and match strength.
D. Match Function – This area will allow you to make a decision.
E. View Record to Cancel – This will become the Cancelled Record.
F. View Record to Remain Active – This displays the record remaining Active.

This information will help you decide if these records are the same person or different: to help with this decision you will want to look at the DOB, SSN, name, signature and any other information to assist with the decision  by clicking on the voter's name, you will be taken to the voter detail for that record. If the record is not the same person, reject the match.

**Inter-Jurisdiction Matches - Potential Duplicate Matches – Awaiting Action** here you will see potential duplicate matches with voter records in other jurisdictions that need attention. The first screen you will see includes the search box as well as all the match results.

**Inter-Jurisdiction Matches**

- Potential Duplicate Matches - Awaiting Action
- Potential Duplicate Matches - Referred to YOUR Jurisdiction for Action
- Potential Duplicate Matches - Marked for Cancellation in YOUR local database
- Potential Duplicate Matches - Referred to OTHER Jurisdiction for Action
- Potential Duplicate Matches - Marked for Cancellation in OTHER Jurisdictions databases

First Prev 1 2 3 4 5 6 7 8 9 10 ... Next Last Page Size 10 — 17 Total Pages

| Match Strength | View Case | Reject Match | Older Record Details | Newer Record Details | Match Date | Days Open | Source |
|---|---|---|---|---|---|---|---|
| ☆☆☆☆☆☆ | View Case | Reject Match | Name: VINIARD, PATRICIA S<br>Jurisdiction: Adams County<br>Registration Date: 9/10/1998<br>Birth Date: [redacted]<br>SSN: [redacted]<br>Status: A | Name: Sullivan Viniard, Patricia E<br>Jurisdiction: DuPage County<br>Registration Date: 10/23/2013<br>Birth Date: [redacted]<br>SSN: [redacted]<br>Status: A | 06-20-2018 | 1090 | ERIC Instate Match |
| ☆☆☆☆☆☆ | View Case | Reject Match | Name: STIERKIN, GARY A<br>Jurisdiction: Adams County<br>Registration Date: 9/12/1996<br>Birth Date: [redacted]<br>SSN: [redacted]<br>Status: A | Name: Stierlin, Gary A<br>Jurisdiction: Sangamon County<br>Registration Date: 11/13/2015<br>Birth Date: [redacted]<br>SSN: [redacted]<br>Status: A | 06-20-2018 | 1090 | ERIC Instate Match |

To work on one of the cases, click on **View Case** and you will see the voter record details underneath. You'll see that the older record, by default, is on the left and is assumed to be the one to cancel. You can switch these by clicking on the double arrow between the record details.

| Voter Record to Cancel | | Voter Record to Remain Active |
|---|---|---|
| State Unique Identifier: [redacted] | | State Unique Identifier: [redacted] |
| Voter Id: [redacted] | | Voter Id: [redacted] |
| Jurisdiction: Adams County | Clicking the yellow arrow below will swap the voter records | Jurisdiction: DuPage County |
| Name: PATRICIA S VINIARD | | Name: Patricia E Sullivan Viniard |
| Register Date: 9/10/1998 | ⇔ | Register Date: 10/23/2013 |
| [redacted] | | Birth Date: [redacted] |
| Age: 61 | | Age: 61 |
| State Status: A (Active) | | State Status: A (Active) |
| County Status: Active | | County Status: Active |
| Voter Validation Status: Unknown: Waiting to validate SSN | | Voter Validation Status: Verified: by DL# |
| Gender: Female | | Gender: Female |
| SSN: [redacted] | | SSN: [redacted] |
| Phone: | | Phone: |
| Address: 215 PARK PLZ | | Address: 46 Oak Creek DR |
| City, State, Zip: QUINCY, IL 62301 | | City, State, Zip: Burr Ridge, IL 60527 |
| Unit: | | Unit: |
| Mailing Address: | | Mailing Address: |
| Unit: | | Unit: |
| City, State, Zip: | | City, State, Zip: |
| Drivers License Number: | | Drivers License Number: [redacted] |

You have 3 options from which to choose:

1. **Accept Match**
   - You have determined that the records refer to the same person, that your jurisdiction's record is the older of the two, and will be cancelled. This option will only be available if your record is on the left since that is the one that will be cancelled. You are not able to cancel the record belonging to another jurisdiction.
     After accepting, the match status will change to "Pending Confirmed" and the case will move to **Marked for Cancellation in YOUR local database**
2. **Reject Match**
   - The voters are different people and both records should remain active in their respective jurisdictions.
3. **Refer to OTHER Jurisdiction for Action**
   - This will move the case to the other jurisdiction for them to assess, as you believe the records are for the same individual and that your jurisdiction has the latest record, requiring the other jurisdiction to cancel their copy. If the other jurisdiction believes their record is the newest, they could refer it back to you again, which is where a phone call may be necessary.

**<u>Potential Duplicate Matches – Referred to YOUR Jurisdiction for Action</u>** these records are potential match cases referred from another jurisdiction who believed the match to be valid and thought that your record was the older record in need of cancellation.

To work on one of the cases, click on **View Case** and you will see the voter record details underneath. You'll see that the older record, by default, is on the left and is assumed to be the one to cancel. You can switch these by clicking on the double arrow between the record details.

You have 3 options from which to choose:

1. **Accept Match**
   - You determine that the records refer to the same person, that your jurisdiction's record is the older of the two, and will be cancelled. This option will only be available if your record is on the left since that is the one that will be cancelled. You are not able to cancel the record belonging to another jurisdiction.
     After accepting, the match status will change to "Pending Confirmed" and the case will move to **Marked for Cancellation in YOUR local database**
2. **Reject Match**
   - The voters are different people and both records should remain active in their respective jurisdictions.
3. **Refer to OTHER Jurisdiction for Action**
   - This will move the case to the other jurisdiction for them to assess and if they think their record is the newest, they could well refer it back to you again. If these transactions continue, a phone call to the other jurisdiction may be necessary.



**Potential Duplicate Matches – Marked for Cancellation in YOUR local database** are cases that have been accepted as matches where your record is the older one and, as such, is set to be cancelled in your local database. This link requires no action and will just show all the matches that have been worked and are Pending Cancellation. (See PENDING CONFIRMED below)




**Potential Duplicate Matches – Referred to OTHER Jurisdiction for Action** are match cases that have been viewed and are waiting for another jurisdiction to decide. All you can do from here is take possession of the case, thereby moving it into your section, Referred to YOUR Jurisdiction for Action. To do so, click on View Case.

**Potential Duplicate Matches – Marked for Cancellation in OTHER Jurisdictions databases** are match cases that have been determined by another jurisdiction where they have accepted that their record is the older one and is waiting to be cancelled in their local database. Clicking on this will show these cases.

Click on "View Case", and you will see the following:




No action can be taken on this bucket and is for informational purpose.

# POTENTIAL DECEASED MATCHES

## Update for Processing Social Security Matches




**Note** - Both buckets (**Potential Deceased Matches – Awaiting Action & Potential Deceased Matches – Marked for Investigation in YOUR local database)** have an option to "Download Report". This allows the ability to download specific record/s or all records within the specific bucket. **Keep in mind that this information contains PII so ensure any printed information is safeguarded and properly disposed of.**

**In addition, to ensure uniformity, we've aligned the navigation/filtering to match the functionality of many other buckets. The specific options are shown below:**

Match Source options - All, Public Health and Social Security
Match Status – Awaiting Action and Marked for Investigation
Match Date Range – Self explanatory
Limit Decedent County To: Drop down list

Additional options available - "Print Page For Your Records" and "Hide Search Options"




**<u>Potential Deceased Matches – Awaiting Action</u>** are potential deceased matches with details from electronic Death Certificate information provided monthly by Illinois Department of Public Health (IDPH) and/or reports from Social Security/ERIC. These will have different methods for handling of potential deceased matches.

For IDPH matches, election authorities should cancel the registration of any deceased voter if you feel the records are a match. Be sure to print this page to save for your records or to scan into your local voter registration database. (10 ILCS 5/4-14.1, 5-9.1, 6-55 and Administrative Code Title 26, Part 216.50 (d) (5))

To work a case, click on **View Case** for more details. Click **Accept Match** if the death certificate details match your voter and you believe the registration should be cancelled, otherwise click Reject Match.




For Social Security/ERIC matches, when you click **View Case** you will have 2 options, **Reject Match** or **Mark for Investigation**. These records, as they do not contain an electronic death certificate, will require further investigation as well as the proper confirmation procedures under the National Voter Registration Act (NVRA) before cancellation of the records may occur.






**<u>Potential Deceased Matches – Marked for Cancellation in YOUR local database</u>** here you can view cases that have already been accepted as matches and are pending cancellation in your local system. No action can be taken, this is just for informational purposes or printing if necessary.




**<u>Potential Deceased Matches – Marked for Investigation</u>** – through this filter, you can view cases that have been marked for investigation. The next action that can be taken is to **Reject Match** if information provided is not a match. If further investigation finds there is a match, then voter can be cancelled through local system if necessary.



# ILLINOIS DEPARTMENT OF CORRECTIONS MATCHES

The **Illinois Department of Corrections Matches (DOC)** are divided into 3 sections as illustrated below:
Potential Incarcerated Matches – Awaiting Action
Potential Incarcerated Matches – Marked for Cancellation in YOUR local database
Potential Incarcerated Matches – Cancelled or Rejected in YOUR local database

**Illinois Department of Corrections Matches**

- Potential Incarcerated Matches - Awaiting Action
- Potential Incarcerated Matches - Marked for Cancellation in YOUR local database
- Potential Incarcerated Matches - Cancelled or Rejected in YOUR local database

The three sections are broken down one-by-one below. Within this section you will be able to view potential matches with voters who may have been convicted of a felony.

**NOTE:** These match records are based on information provided by the Department of Corrections (DOC) which was taken directly from the inmate without having been verified against any other records. Therefore, no attempt has been made by the DOC to verify the information that the inmate has provided; it is possible that the name and other identifying information provided by the inmate is false. Proceed with caution!

For example: You may see that a person has an **alias**, meaning DOC has identified this name with this record at some point in time and it has been matched to the voter record along with the DOB (Date of Birth) and SSN (Social Security Number).** (See example on page 4)

Go to your **Work Items Summary** page in IVRS. Within the "Voter Matching" portion of this page, locate the Illinois Department of Corrections Matches. Now, let's break down the three sections.

**FYI- you will notice the new coding for the SSN view to further aid in protecting Personally Identifying Information (PII).**

DOC Inmate Lookup
**80 Open Matches found**

First Prev 1 2 3 4 5 6 7 8 Next Last Page Size 10

| Match Strength | View Case | Reject Match | IVRS Record Detail | DOC Record Detail | Date Matched |
|---|---|---|---|---|---|
| ★★★★★★ | View Case | Reject Match | Name: [redacted], BROCK MICHAEL<br>DOB[redacted]1986<br>SSN: Match | Name: [redacted], BROCK<br>DOB:[redacted]1986<br>SSN: Match | 05-25-2021 |
| ★★★★ | View Case | Reject Match | Name:[redacted]JOHN PATRICK<br>DOB:[redacted]<br>SSN: **** | Name[redacted]OHN P<br>DOB[redacted]<br>SSN: No SSN Exists to Match | 05-25-2021 |

- The last four of the Social Security will be seen as **** in the SSN field due to redacting of PII.
- If the last four of the SSN is not available, the case will state "No SSN Exists to Match"
- If the record in both DOC and your voter registration system are the same, the return will state "Match"

**<u>Potential Incarcerated Matches – Awaiting Action</u>** will direct you to the Department of Corrections – Voter Matches screen. This area holds the current list of potential inmate voter records that will need reviewed for cancellations.




As you can see above, the "Download Report is "greyed out". This option is for such things as multiple users working the DOC Bucket. The links that are highlighted in blue will provide more details about the match case. These are designed to help you select the appropriate action, accept or reject. Below is more information on each action item.

- **Print Page For Your Records:** Allows for printable documentation
- **Hide Search Options:** Will remove search options
- **DOC Inmate Lookup:** This will take you directly to the DOC website that will provide more information on the DOC records if needed.
- **Match Strength:** Relative strength level that IVRS believes this a likely match
- **View Case:** Here you will be able to work the case (Accept Match/Reject Match) and see a more details of that person's voter record which will allow you to compare the Voter Details to the Department of Corrections (DOC) record. (See chart below)
- **IVRS Record Detail:** Information from the IVRS data match
- **DOC Record Detail:** Information from the DOC data match
- **Date Matched:** The date the match was made between IVRS registration data and DOC inmate data.

**<u>Accepting the Match</u> -** to take action on these records, select View Case to examine the record.




Once the match case has been reviewed and you decide that the match is valid and the voter's record should be cancelled, complete the following steps.

- Select "Accept" the match
- A window will appear asking you to confirm - Are you sure "Yes" – to confirm the match case ("No" to return to the match screen and not process the match case)
- A confirmation message will appear at the top of the page
- Notice, the "Match Status" has now changed to "Pending Confirmed"
- You will also have the option to print the page and keep a copy for your records

Print For Your Records

**Info:** This incarceration match has been accepted.

**<u>Rejecting the Match</u> -** If after reviewing the match case data you believe the match is NOT valid and the voter's record should NOT be canceled, take the following actions:

**NOTE:** Once you reject a match case, the voter's record will NEVER be matched to this particular Department of Corrections (DOC) record ever again. (BE CERTAIN THIS IS WHAT YOU WANT TO DO!)

- Click "Reject" the match
- A window will appear asking you to confirm- Are you sure "Yes" – to confirm the match case
- A confirmation message will appear at the top of the page
- Notice, the "Match Status" has now changed to "Closed Rejected"
- You will have the option to print the page and keep a copy for your records.

Print For Your Records

**Info:** This incarceration match has been rejected.

As mentioned on page 1, you may see that a person has an **alias**, meaning they have been identified with this name at some point in time by DOC. The match has been created as a potential match to the name along with the DOB and SSN. (See example below)

**Voter Detail**

State Unique Identifier:
[redacted]
Jurisdiction:
Adams County
Name:
WILLIAM J PORTER
Register Date:
12/26/1995
Birth Date:
[redacted]
Age:
46
State Status:
A (Active)
County Status:
Active
Voter Validation Status:
Verified: by DL#
Gender:
Male
SSN:
No SSN Exists to Match
Phone:
Address:
2119 OHIO ST
City, State, Zip:
QUINCY, IL 62301
Unit:
Mailing Address:
Unit:
City, State, Zip:
[redacted]
Signature:

**Incarceration Details**

Incarceration Number:
[redacted]
Name:
WILLIAM J PORTER
Alias 1:
WILLIAM JOSHUA PORTER
Alias 2:
Date Of Birth:
[redacted]
Date Of Incarceration:
2/9/2021 12:00:00 AM
SSN:
****
Last Known Address:
230 N VERMONT
Last Known City, State, Zip:
COLCHESTER, IL 62326

Potential Incarcerated Matches – Marked for Cancellation in YOUR local database provides records that have recently been accepted as matches with records from the Department of Corrections which are pending cancellation in your local database. There is no action that can be taken within this bucket and is for informational use only.

**NOTE:** If records persist in this area for more than 48 hours, your vendor may need to assist with triggering auto-cancellations.

Match Details
Match Status: Pending Confirmed
Create Date: 5/11/2021 10:15:01 AM
User Modified: [redacted]
Modified Date: 5/11/2021 11:05:22 AM

Match Functions
Accept Match | Reject Match

Potential Incarcerated Matches – Canceled or Rejected in YOUR local database provides you with cases that have been previously accepted or rejected as matches with voters who have been convicted of a felony. (See example of match status below "Closed")

Match Details
Match Status: Closed
Create Date: 2/23/2021 4:35:37 PM
User Modified: [redacted]
Modified Date: 4/12/2021 2:29:36 PM

Match Functions
Accept Match | Reject Match

# CROSS STATE MATCHES




Potential Cross State Matches – Awaiting Action are potential voters in your jurisdiction that may have moved to another State, the records of which have been matched through ERIC (Electronic Registration Information Center).

You will either reject the match OR send notice. **There is a 90-day requirement window, like all ERIC data**.






A notice will need to be sent to the address on file in your voter registration system if the record is **Active**, if the notice is returned with an address outside your jurisdiction then, an **R-26 confirmation** notice will need to be sent. If the voter is **inactive** in your local voter registration system, then the notice can be sent to the out of state address. These records cannot be cancelled based on the information in the Cross State Matches, unless all notices are sent and NVRA procedures are followed.

An option is available to **Download\Upload a File for Batch Processing**. This allows for a mass download of the chosen records which can then be marked as "Notice Sent" in Excel and uploaded back to IVRS which will then move the marked records to the Notice Sent bucket. The Match State and Match County are self-explanatory – NOTE: You will have to select a state under "Match State" before you can see anything under "Match County". Instructions are available within IVRS, which you will see after you choose this option.

Potential Cross State Matches – Notice Sent this action will allow you to **Reject Match** as well as **View Details**. If you choose the latter, you have another opportunity to **Reject Match**.






Potential Cross State Matches – Rejected provide you with the matches that have already been rejected. From this screen you are able to select **View Details** and from here you may select on **Notice Sent** which essentially cancels the prior rejection.

## Cross State Matches - Rejected

Print Page For Your Records

Download Report

Download\Upload File for Batch Processing

Hide Search Options

Enter Filter criteria below

First Name

Last Name

Match Date Range

Match Entity Type All

Match State All

Match County All

Search Clear

2 Matches found

| Current Voter Information : | Voter Information Sent to ERIC : | Match Information according to ERIC : | View Details | Reject Reason |
|---|---|---|---|---|
| SUID: [redacted]<br>Name: [redacted]<br>Registration Date: 2001/07/25<br>Birth Date: [redacted]<br>Address: [redacted]<br>Springfield, IL 62711 | SUID [redacted]<br>Name [redacted]<br>Registration Date: 2001-07-25<br><br>Last Vote Date: 2008-11-04 | State/County: MO, 189<br>Name [redacted]<br>Registration Date: 2017-07-21<br>Birth Date: DOB same in both records.<br>SSN: SSN same in both records.<br>Last Vote Date:<br>Match Date: 2019/01/13 | Match Entity Type: VOTER<br>Match Score: 7.000<br>View Details<br>Note: Min score is 5. Max score is 13 | Insufficient Information |
| SUID: [redacted]<br>Name: [redacted]<br>Registration Date: 2016/10/22<br>Birth Date: [redacted]<br>Address: [redacted]<br>Springfield, IL 62703 | SUID: [redacted]<br>Name: [redacted]<br>Registration Date: 2016-10-22<br><br>Last Vote Date: | State/County: MO, 189<br>Name: [redacted]<br>Registration Date: 2018-11-01<br>Birth Date: DOB same in both records.<br>SSN: SSN same in both records.<br>Last Vote Date:<br>Match Date: 2019/02/27 | Match Entity Type: VOTER<br>Match Score: 7.000<br>View Details<br>Note: Min score is 5. Max score is 13 | Insufficient Information |

# VOTER IDENTIFICATION

**Voter Identification** Get Counts

**Illinois Secretary of State**

- Potential Invalid DL Numbers to Reconcile - Awaiting Action
- Potential Invalid DL Numbers to Reconcile - Marked for Investigation
- Potential Invalid DL Numbers to Reconcile - Dismissed

**Social Security Administration**

- Potential Invalid SSNs to Reconcile - Awaiting Action
- Potential Invalid SSNs to Reconcile - Marked for Investigation
- Potential Invalid SSNs to Reconcile - Dismissed

**Illinois Secretary of State (SOS) Potential Invalid DL Numbers to Reconcile – Awaiting Action** will provide a list of voters whose driver's license number or State ID (DL/ID #) does not match that on the database for the Secretary of State (SOS).

Illinois Secretary of State: Potential Invalid DL Numbers to Reconcile - Awaiting Action

Print Page For Your Records Download Report

Hide Search Options

Enter Filter criteria below

First Name

Last Name

Search Clear

1 Potential Invalid DL Numbers to Reconcile - Awaiting Action

| Voter ID | Name | Birth Date | Reg. Date | DL Number | Description | Action |
|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | 4/27/2018 | [redacted] | Not Verified: Old DL# is valid; but, DMV reports name change and issued new DL# | Mark For Investigation Dismiss |

In each case, your option is either to **Mark for Investigation** or **Dismiss**, these actions will move the case into either of the respective, "Marked for Investigation" or "Dismissed" categories. The former is self-explanatory and the latter means that either there is nothing wrong with the record or that it has been fixed. These records are sometimes matched due to a name change, you will need to view your scanned copy of the registration to ensure that the Driver's License number was changed in your local voter registration system.

**Potential Invalid DL Numbers to Reconcile – Marked for Investigation** these records will provide a list of all the potential voters with driver's license mismatch issues that have been viewed and marked for further investigation. This is accomplished by gathering further information, for instance by sending an R-26 or other notification to the voter. From here you can only **dismiss**.

Illinois Secretary of State: Potential Invalid DL Numbers to Reconcile - Marked for Investigation

Print Page For Your Records Download Report

Hide Search Options

Enter Filter criteria below

First Name

Last Name

Search Clear

223 Potential Invalid DL Numbers to Reconcile - Marked for Investigation

First Prev 1 2 3 4 5 6 7 8 9 10 .... Next Last Page Size 10 — 23 Total Pages

| Voter ID | Name | Birth Date | Reg. Date | DL Number | Description | Action |
|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | 10/6/2016 | [redacted] | Not Verified: DL# does not match last name | Dismiss |
| [redacted] | [redacted] | [redacted] | 9/12/1995 | [redacted] | Not Verified: DL# Does not exist in state records | Dismiss |

**<u>Potential Invalid DL Numbers to Reconcile – Dismissed</u>** these are cases that have been viewed and either judged to be non-issues or corrected. No action can be taken; it is just informational. You have already made the decision that the record is correct or you have already corrected the record in your local voter registration system.

Illinois Secretary of State: Potential Invalid DL Numbers to Reconcile - Dismissed

Print Page For Your Records   Download Report

Hide Search Options

Enter Filter criteria below

First Name

Last Name

Search   Clear

3131 Potential Invalid DL Numbers to Reconcile - Dismissed

First Prev 1 2 3 4 5 6 7 8 9 10 .... Next Last   Page Size 10   314 Total Pages

| Voter ID | Name | Birth Date | Reg. Date | DL Number | Description | Action |
|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | 1/13/2017 | [redacted] | Not Verified: Old DL# is valid; but, DMV reports name change and issued new DL# | |
| [redacted] | [redacted] | [redacted] | 5/25/1995 | [redacted] | Not Verified: DL# Does not exist in state records | |
| [redacted] | [redacted] | [redacted] | 10/6/2008 | [redacted] | Not Verified: DL# Does not exist in state records | |

# SOCIAL SECURITY ADMINISTRATION

**Social Security Administration**

- Potential Invalid SSNs to Reconcile - Awaiting Action
- Potential Invalid SSNs to Reconcile - Marked for Investigation
- Potential Invalid SSNs to Reconcile - Dismissed

**Potential Invalid SSNs to Reconcile – Awaiting Action** provides you voter records that have a mismatch of information when compared with Social Security Administration (SSA) data. Name, Date of Birth (DOB), and Last 4 of SSN are the fields reviewed in this section.

Social Security Administration: Potential Invalid SSNs to Reconcile - Awaiting Action

Print Page For Your Records | Download Report

Hide Search Options

Enter Filter criteria below

First Name [ ]

Last Name [ ]

Search | Clear

2 Potential Invalid SSNs to Reconcile - Awaiting Action

| Voter ID | Name | Birth Date | Reg. Date | SSN | Description | Action |
|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | 4/25/2018 | .......[redacted] | Not Verified: SSN does not match any SSA records | Mark For Investigation / Dismiss |
| [redacted] | [redacted] | [redacted] | 4/27/2018 | .......[redacted] | Not Verified: SSN does not match any SSA records | Mark For Investigation / Dismiss |

In each case, your option is either to **Mark for Investigation** or **Dismiss**, which will move the case into either of the respective, "Marked for Investigation" or "Dismissed". The former is self-explanatory and the latter means that either there is nothing wrong with the record or that it has been corrected. These records are sometimes matched due to a mismatch on name due to the individual registering with a nickname, you will need to view your scanned copy of the registration to ensure that the Social Security number is correct in your local voter registration system. You can utilize the Validation tab at the top of the screen to check an individual's proper name against the SSA database.

**Potential Invalid SSNs to Reconcile – Marked for Investigation** provides a list of all the potential voters with Social Security mismatch issues that have been viewed and marked for further investigation. This is done when you need to gather further information on the record, for instance by sending an R-26 or other notification to the voter.

Social Security Administration: Potential Invalid SSNs to Reconcile - Marked for Investigation

Print Page For Your Records | Download Report

Hide Search Options

Enter Filter criteria below

First Name [ ]

Last Name [ ]

Search | Clear

347 Potential Invalid SSNs to Reconcile - Marked for Investigation

First Prev 1 2 3 4 5 6 7 8 9 10 .... Next Last Page Size 10 — 35 Total Pages

| Voter ID | Name | Birth Date | Reg. Date | SSN | Description | Action |
|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | 10/16/2012 | .......[redacted] | Not Verified: SSN does not match any SSA records | Dismiss |
| [redacted] | [redacted] | [redacted] | 10/16/2012 | .......[redacted] | Not Verified: SSN does not match any SSA records | Dismiss |

**<u>Potential Invalid SSNs to Reconcile – Dismissed</u>** these are cases that have been viewed and either judged to be non-issues or corrected. No action can be taken; it is just informational. You have already made the decision that the record is correct or you have already corrected the record in your local voter registration system.

Social Security Administration: Potential Invalid SSNs to Reconcile - Dismissed

Print Page For Your Records    Download Report

Hide Search Options

Enter Filter criteria below

First Name

Last Name

Search    Clear

2324 Potential Invalid SSNs to Reconcile - Dismissed

First Prev 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 10 .... Next Last    Page Size 10    233 Total Pages

| Voter ID | Name | Birth Date | Reg. Date | SSN | Description | Action |
|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | 3/3/2009 | | Not Verified: SSN does not match any SSA records | |
| [redacted] | [redacted] | [redacted] | 4/14/2014 | ........[redacted] | Not Verified: SSN does not match any SSA records | |

# MILITARY AND OVERSEAS VOTER EMPOWERMENT ACT

# M.O.V.E.




Illinois residents currently serving in the armed forces and their eligible military dependents stationed either abroad/at sea or at Continental United States military installations or assignments, as well as civilians citizens residing outside the territorial limits of the United States for any reason are eligible to establish an account and use the Illinois State Board Elections MOVE website located at https://move.elections.il.gov.

Ballots for Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA) voters may be emailed out to the voter but the ballot must be mailed back in order to be counted. **Ballots cannot be emailed back, under any circumstance.**

Once a voter chooses to establish and activate an online account through MOVE, their request for application of ballot will appear on your IVRS homepage. Please note that in the event a voter would like an application for both a primary and general election, the application for ballot will appear on your screen under both election “buckets”. This allows you to easily keep track of the applications for ballot in a calendar year.

Please keep in mind that the UOCAVA voter has the option to choose the method of delivery for his/her vote-by--mail ballot. The options for ballot delivery are mail, fax, email, or through the MOVE system (Web). No matter what method of delivery the voter chooses, all procedures for verifying the application will still be in place. The voter is still required to send an application containing their signature to the election authority. The application may be **faxed, emailed, or mailed. (The application can be sent with the ballot, however the ballot will not be counted unless the signed application is received back with the ballot).** After a copy of the voter registration/vote by mail application has been received by the election authority, you will begin to track the UOCAVA voter in the IVRS system. If the application and ballot are being sent at the same time, instructions are given later in this document.

Once you are logged into the IVRS homepage you will find a bucket labeled "MOVE". This is where you will begin the process of tracking your "MOVE" voters. Located in the "MOVE" category are four buckets.

**Applications that Need Processed**- This bucket will house any UOCAVA voters that have requested a vote by mail ballot through the MOVE system.

**Ballots that Need Sent**- This bucket will house any voters waiting for their ballots to be delivered.

**Ballots Awaiting Return**- This bucket will house the voters who were sent ballots and you are waiting for them to be returned and processed.

**Ballots that Need Judgement** – This bucket will house the voters who have returned their ballots and are waiting for the completion process. **(SEE EACH BUCKET BROKE DOWN BELOW)**

**Applications that Need Processed** Clicking on this link will direct you to "Work Item Management". All voters that have created an account or have been created by your jurisdiction will appear. Simply click on the "Select" button next to the voter's name. You also have the ability to search by last name and/or first name. Or click the "Last Name" to order alphabetically. *If the voter already has an account in the system, they are unable to create a new account with the same email address, for security purposes.*



## Work Item Detail

### General

| | | | | |
|---|---|---|---|---|
| First Name: | Cheryl | Policital Party: | | |
| Last Name: | Hobson | Phone: | 2175571497 | |
| Middle Name: | A | Fax: | | |
| Suffix: | | Email: | chobson@elections.il.gov | Send Email |
| DL/State ID: | | Prior First Name: | | |
| SSN4: | [redacted] | Prior Last Name: | | |
| Birthdate: | [redacted] | | | |

### Residence Address

| | |
|---|---|
| Address Line 1: | 1030 [redacted] |
| Address Line 2: | |
| City: | [redacted] |
| State: | IL |
| Zip: | 626901021 |
| County: | MACOUPIN |

### Mailing Address

| | |
|---|---|
| Address Line 1: | 10308 [redacted] |
| Address Line 2: | Carlinville |
| Address Line 3: | Illinois 62626 |
| Address Line 4: | |
| Country: | |
| Postal Code: | |

### Forwarding Address

| | |
|---|---|
| Address Line 1: | |
| Address Line 2: | |
| Address Line 3: | |
| Address Line 4: | |
| Country: | |
| Postal Code: | |

### Application Status

| | | | |
|---|---|---|---|
| ☐ Signed Application Received | Date Received: | | |
| ☐ Application Reviewed | Date Reviewed: | | |
| ○ Accepted | Local Voter Id: | | ☐ None |
| ○ Rejected | Rejection Reason: | NotSigned | |
| | Other Reason: | | |

**Work Item Detail** will load all the information for your UOCAVA voter application from what the voter entered into the system. Once the application has been received and reviewed, you will then check each box accordingly. Check all information in the system against the application. The date will automatically populate to today's date. The date may be edited if necessary. The application status will be updated at the bottom of this screen. Determine whether you will accept or reject the ballot application and mark accordingly. You must "Save" before exiting this screen. A notification will be generated to the voter in order to inform them of the status of his/her ballot application.

Upon acceptance of the application, the application will then be moved to the "Ballots that need Sent" section. Once the application changes have been saved, you will be returned to the "Work Item Management" screen to process your next application.

# BALLOTS THAT NEED SENT




After the application for ballot has been accepted, you will move to the next step of sending the ballot to the voter. **The ballot must be delivered by the method selected by the applicant-fax, email, web (through their MOVE account) or regular mail**.

Search for a name by typing the last name or the first name of the voter. You may also look for the name in the listing. You can organize fields by clicking the bar above the data you wish to sort.

Click the select button to the left of the name. Update the Ballot status by checking the box labeled "Ballot Delivered", the date will populate to today's date. You can edit if necessary.




In the "Actual Method" select the method of delivery the voter has chosen from the drop down:

- **Mail** – mail the ballot and all instructions and supplies to the voter.
- **Fax** – fax the ballot and instructions and supplies to the voter at the number given.
- **E-mail** - email the ballot and instructions and supplies to the voter at the email address given.
- **Web** – When the ballots have been uploaded to the site, click the small icon to the right of "Ballot Style". **See instructions for uploading ballots.**

After the delivery date and method have been recorded accordingly, remember to Click Save. Then complete the ballot delivered process by the method selected by the voter.

Located within the "Work Item Status" drop down menu is the option to recover applications that you may have rejected, ballots accepted, and ballots rejected.

**Work Item Detail**

**General**

| | | | |
|---|---|---|---|
| First Name: | amy | Policital Party: | |
| Last Name: | eddings | Phone: | [redacted] |
| Middle Name: | l | Fax: | |
| Suffix: | | Email: | aeddings@elections.il.gov |
| DL/State ID: | | Prior First Name: | |
| SSN4: | [redacted] | Prior Last Name: | |
| Birthdate: | [redacted] | | |

**Residence Address** / **Mailing Address**

| | | | |
|---|---|---|---|
| Address Line 1: | [redacted] | Address Line 1: | [redacted] |
| Address Line 2: | | Address Line 2: | Unity City |
| City: | Petersburg | Address Line 3: | Apt. 4 |
| State: | IL | Address Line 4: | |
| Zip: | 62675 | Country: | |
| County: | MENARD | Postal Code: | |

**Forwarding Address**

| | |
|---|---|
| Address Line 1: | |
| Address Line 2: | |
| Address Line 3: | |
| Address Line 4: | |
| Country: | |
| Postal Code: | |

Before the ballot is mailed, if the voter selected that method to have the ballot delivered, the option to enter a forwarding address is available. Check the application and make sure you have entered the forwarding address if one was provided. An example may be if a voter is in an area where mail service is not readily available or for unforeseen circumstances the voter cannot receive mail at a particular place or time. Once the ballot has been sent, MOVE is complete until the ballot is returned before any other processing will be done.

Applications being processed within the MOVE site will have the information entered directly into the system by the voter and then that information is verified by the election authority when the application is received. **However,** there will be cases where the election authority may choose to manually enter information for a voter who did not use MOVE. To Manually Enter an application you will select the "New Application" button located directly under "Work Item Management".




The same steps will apply once the voter is entered into the MOVE system

- The "Application Status" will need to be checked indicating you received the application. The date will automatically populate or it can be edited.
- The "Application Reviewed" will need to be checked indicating that you have reviewed the application. This will populate the date it was either accepted or rejected. Please fill in the local ID field.
- With applications that are entered and not sent through the MOVE site, the elections that the voter would like to have a vote by mail sent to them must be marked in the section under elections.
- The delivery method must be chosen along with the party preference, if it is a primary election.
- Once the information is entered correctly, select the save button to store the application in the MOVE system.

**REMINDER: If you create an account in MOVE to track voters who contact you directly, emails will be sent to the voter to keep them updated on the delivery of the ballot. If you create an account for the voter, please double check their email address and notify the voter that an account has been set up and that they will need to reset their password when logging in**.

# BALLOTS AWAITING RETURN & BALLOTS THAT NEED JUDGED

After the voter has returned the ballot to the election authority, enter the ballot returned date.

After the election, notify the UOCAVA voter if their ballot was counted or rejected. Select the Ballot Judged Box and indicate if the ballot was "counted" or "rejected". If the ballot was rejected, a reason must be selected. This step will send notice to the voter of their ballot status. These two steps can be completed individually or at the same time, depending on your preference.




**<u>For UOCAVA voter that have not yet sent in the signed application:</u>** The MOVE site has explicit instructions that the applicant is to mail, fax or email their signed application to the election authority. However, sometimes the application is not received in a timely manner to the election authority. Based on the timeframe to deliver the ballot to the UOCAVA voter two options are available; if time permits the election authority may reach out to the applicant via email to request the signed application (the application is always available for reproduction in their MOVE account on the right hand side labeled "re-print" application)




Some UOCAVA voters will not have access to a printer, or the timeline is close and the ballot may need to be sent without the signed application being received by your office. This is where the "Ballot Delivered W/O App" comes into play. **Only UOCAVA voters are able to have a ballot sent without the signed application being received first. However, the signed application must be received in order for the ballot to be counted.**

If this scenario occurs, you will need to select the voters name from the “Applications that Need Processed” bucket in MOVE. Click the “select button” next to the applicants name; scroll down to the “Ballot Status” and click “Ballot Delivered W/O App” this will populate the date then click “Save” at the bottom of the screen.




Sending the ballot without the application will leave the application in the “Applications that Need Processed” bucket. Once the ballot and application are received you will need to populate/process the application section in order for the lower sections to stop being greyed out.

**<u>Not Holding Elections-</u>**If your jurisdiction is not participating in any or all of the Consolidated Primary, Special Primary or Special Election and an application appears in any of these “buckets” a notice will need to be generated to inform the voter. Click on the <u>Applications that Need Processed.</u> This action will open the Work Item Management screen.

If you have received the signed application. The “Signed Application Received” will be checked, and the date will populate. Check the “Application Reviewed” box and indicate if the application was accepted or rejected. ***This action is necessary in order to maintain the application status in other elections for which the application is associated***.



Move down to "Not Holding Election" and check the box, the date will appear. Once the SAVE button is selected, the voter will receive an email informing them that their jurisdiction will not be holding that election.



**Ballot Status (2012 Test General Election )**

Comments: Show

| | | |
|---|---|---|
| ☐ Not Holding Election | Date Dismissed: | |
| ☐ Ballot Delivered W\O App | Date Delivered: | |
| ☐ Ballot Delivered | Date Delivered: | |
| Requested Method: | Mail | |
| Actual Method: | Mail | |
| ☐ Ballot Not Returned | Date Dismissed: | |
| ☐ Ballot Returned | Date Returned: | |
| ☐ Ballot Judged | Date Judged: | |
| ○ Counted | | |
| ○ Rejected | Rejection Reason: | Not Signed |
| | Other Reason: | |

Save Cancel

When a jurisdiction user manually enters an FPCA (Federal Post Card Application) to MOVE, by selecting the "New Application" button on the work item management page, the system will search to determine by email address if the application is a duplicate (If the application does not give an email address, the jurisdiction will ignore the email line.) With this added feature, this search should eliminate duplicate applications from being added to the jurisdiction level. The system will also notify the voter of status updates of the application and ballot, to follow the law concerning MOVE.



**Work Item Detail**

**General**

Email: jknoedler@elections.il.gov Check-Email ☐ No Email Send Email

| | |
|---|---|
| Creation Source: | Created by Jurisdiction |
| First Name: | Joe |
| Last Name: | Knoedler |
| Middle Name: | |
| Suffix: | |
| DL/State ID: | |
| SSN4: | |
| Birthdate: | [redacted] |
| Political Party: | |
| Phone Country Code: | 01 |
| Phone: | Up to 10 digits |
| Phone Extension: | Up to 5 digits |
| FAX Country Code: | 01 |
| Fax: | Up to 10 digits |
| Prior First Name: | |
| Prior Last Name: | |

**Voter Type**

- ◉ Military
- ○ Temporary Overseas
- ○ Indefinitely Overseas

**Gender**

- ◉ Male
- ○ Female



IL-NVRA-EX-0164

Enter the email address of the voter and select, check email. If a duplicate is found within MOVE, the message pictured below will appear. This will display all elections for which the voter has submitted an application for ballot. You will need to determine if the application you are entering is already in the system. If the application has not been submitted and you wish to add the voter to the system, you will select "***Load Info***". Proceed with processing the application.

If the application has already been entered into the system and is in fact a duplicate application you can follow the election link to view or make changes.




**Comments & Ballot Delivered in MOVE** the "Comments" box is a free style note page to make notes on what correspondence or action has been taken with the voter. This has been added to both the application and the ballot sections within details of each individual voter.






IL-NVRA-EX-0165




It is extremely important when you are working on any function in the system that you verify the jurisdiction and election are set each time to the current election. This is also important when uploading ballots. Take the time to verify the information on each screen is correct and accurate before moving on to the next phase.

**<u>Exporting Information to Excel Spreadsheet</u>** - The system also offers an option for the election authority to export the data from IVRS into an excel spreadsheet for tracking purposes. Simply click on the "Export" button and the data will automatically be transferred to an excel document. In this form you can track, manipulate, and create spreadsheets based on the information exported. This function can be used as a tracking tool for your MOVE voters.



<u>**Send Notification Option**</u> - This option is available to give the election authority a simple way to contact **all** the MOVE voters in your jurisdiction. Example: If you want to notify **all** your MOVE voters that ballots will be sent on a certain date or a Special Election will be held on a certain date, this feature gives you a quick way to send those notifications.




<u>**Uploading a ballot into MOVE**</u> - Most jurisdictions have their ballots sent to them on a disk/CD from their vendor that contains all the ballot styles for a particular election. These ballot styles can be uploaded directly into MOVE to send the voter their ballot through their MOVE account. You can choose to upload your ballots one at time or you can save them to a compressed zip file and upload several ballots at once.

<u>**Upload a single ballot style**</u>:



On your IVRS homepage under MOVE you will see “Manage Election”. Click on Manage Election. The Election Detail page will display the Type, Name, Election Date and Status of the current election. Verify this information is correct. When the Election Details are correct, under the Ballot Styles Click “New Ballot”. A box labeled “New Ballot Style” will appear. You should name the Ballot appropriately so you know which ballot style you are saving. Click on the “Browse” button. Simply locate the folder you saved your ballots in, click on the ballot style you want to upload. Click “Save Now”. Your ballot will upload.

You will receive a notice stating that it takes about 5-10 minutes for your ballot to upload-times will vary based on connectivity.




**Upload multiple ballot styles:**

In order to upload multiple ballot styles to MOVE, you will first need to save the ballot styles to a compressed zip file. Save the ballots you wish to upload to your desktop. Right Click on one of the ballot styles, choose the option “Send to” and select compressed “zip” folder. Click and drag the ballot styles into this folder. Once you have all the ballots saved to your zip file, you will follow the same instructions as a single ballot upload and select the entire folder instead of a single ballot.

**Transfer an Application:**

If an application appears in your bucket that belongs in another jurisdiction, it will need to be transferred to the correct jurisdiction. This will mainly occur in areas that have Counties and Board of Election Commissioners. The voter chooses the election jurisdiction and may not understand that these are two separate units.

On the home page of IVRS under MOVE you will select the “Application to Process”



In "Work Item Management" you may find a voter that you need to transfer. Click select to the left of the voter's name.




In "Work Item Detail" in the section "Residence Address" you will see your county name, select the drop-down box, and find the jurisdiction that you want to send the application to. Choose the appropriate Jurisdiction



To do nothing with the application status. Click "save" at the bottom of the page.




Once the application is saved, the voter's application will automatically be transferred to the correct jurisdiction. When you receive the application by fax, email, or standard mail, you will need to forward it to the correct jurisdiction as done with any other incorrect applications you receive.

**Application Dismissal**-After the election, any application that was not received by the election authority that is in the MOVE bucket can be dismissed. The box will be unavailable until after the election has passed, this action is necessary in order to maintain the application status in other elections.



The next two screen shots are from the MOVE site that the voter sees when filling out an application and are for informational purposes.

### 7. Finish

#### You're almost Done!

In a moment we will generate your Voter Application. If you feel there is any additional information you can provide to aid us in processing your application, please **let us know**.

You will need software to view and print the generated PDF file. If you need to obtain a PDF reader, please visit either **Foxit Software** or **Adobe Systems**.

- You MUST print and sign the form you just filled out. Click **here** to print it.
- You MUST get a copy of your signed application to your local election authority back home by doing ONE of the following things:
  - Physically send your signed hard copy via the mail to them.
  - Fax a copy of the signed application to them.
  - Scan your signed application and e-mail it to them.
- Whatever you do, your local election jurisdiction MUST be able to look at your application and see your signed name on it.

Okay

**to sign your name your request**

address listed on the form.

e resulting file as an attachment to

**nvelope**. Use the address that

n, you will receive a ballot. The

step 5, "Where to Send Your

it in to your jurisdiction.

to sign on to MOVE regularly to check

s and to monitor the progress of your

#### Here's a summary of the elections you'll be receiving ballots for:

| Election | Election Date |
|---|---|
| General Election | 2020-Nov-03 |

### 7. Finish

#### You're almost Done!

In a moment we will generate your Voter Application. If you feel there is any additional information you can provide to aid us in processing your application, please **let us know**.

You will need software to view and print the generated PDF file. If you need to obtain a PDF reader, please visit either **Foxit Software** or **Adobe Systems**.
Now, just follow these steps:

1. You must first **print this form**
2. **You must sign your name on the printed form. If you fail to sign your name your request will not be processed.**
3. You must either **mail, fax or e-mail** the form to the jurisdiction address listed on the form.
   If you wish to e-mail the form you must first scan it and send the resulting file as an attachment to **cvenvertloh@co.adams.il.us**.
   If you decide to mail the form, please use **this postage paid envelope**. Use the address that appears on your printed application form.
4. After your application is processed by your hometown jurisdiction, you will receive a ballot. The ballot will be sent to you according to the selection you made in step 5, "Where to Send Your Ballots".

Again, you *must* remember to **sign the ballot application** and send it in to your jurisdiction.

You can **click here** to see the status of your application. Be sure to sign on to MOVE regularly to check for notifications and messages from the Illinois State Board of Elections and to monitor the progress of your application.

#### Here's a summary of the elections you'll be receiving ballots for:

| Election | Election Date |
|---|---|
| General Election | 2020-Nov-03 |

# EXHIBIT F

## ERIC Agreement and Bylaws Materials

ERIC-related agreement and bylaws materials produced by Illinois.

Updates: March 28, 2014; May 21, 2015; October 28, 2015; December 16, 2016; November 30, 2018; February 3, 2020; June 3, 2022; February 19, 2023; March 17, 2023; May 28, 2024; July 21, 2025.

# ELECTRONIC REGISTRATION INFORMATION CENTER, INC.

********************

# BYLAWS

********************

# TABLE OF CONTENTS


Page

ARTICLE I OFFICES ..... 1
Section 1. Location ..... 1
ARTICLE II MEMBERS ..... 1
Section 1. Members ..... 1
Section 2. Admission of Members ..... 1
Section 3. Membership Agreement ..... 1
Section 4. Membership Fee ..... 1
Section 5. Dues ..... 2
Section 6. Term of Membership; Good Standing ..... 2
Section 7. Resignation ..... 2
Section 8. Removal ..... 2
Section 9. Meetings of Members ..... 3
Section 10. Notice ..... 3
Section 11. Waivers of Notice ..... 3
Section 12. Quorum, Vote, Proxy ..... 3
Section 13. Written Consent of Members ..... 4
ARTICLE III BOARD OF DIRECTORS ..... 4
Section 1. Power of Board and Qualification of Directors ..... 4
Section 2. Appointment of Directors ..... 4
Section 3. Resignation ..... 4
Section 4. Removal of Directors ..... 4
Section 5. Vacancies ..... 4
Section 6. Meetings of the Board ..... 4
Section 7. Notice ..... 5
Section 8. Quorum and Voting ..... 5
Section 9. Written Consent of Directors; Meetings by Conference Telephone ..... 5
Section 10. Compensation of Directors ..... 5

ARTICLE IV COMMITTEES ..... 6


Updates: March 28, 2014; May 21, 2015; October 28, 2015; December 16. 2016; November 30, 2018; February 3, 2020; June 3, 2022; February 19, 2023; March 17, 2023; May 28, 2024; July 21, 2025.

**TABLE OF CONTENTS**
(continued)

**Page**


Section 1. Committees of the Board ........ 6
Section 2. Committee Rules ........ 6
Section 3. Service of Committees ........ 6
Section 4. Records ........ 6
Section 5. Advisory Board ........ 6
Section 6. Executive Committee ........ 7
Section 7. Finance Committee ........ 7
ARTICLE V OFFICERS, AGENTS AND EMPLOYEES ........ 8
Section 1. General Provisions ........ 8
Section 2. Term of Office, Vacancies and Removal ........ 8
Section 3. Powers and Duties of Officers ........ 8
Section 4. Executive Director ........ 9
Section 5. Agents and Employees ........ 9
Section 6. Compensation of Officers, Agents and Employees ........ 10
ARTICLE VI MISCELLANEOUS ........ 10
Section 1. Fiscal Year ........ 10
Section 2. Corporate Seal ........ 10
Section 3. Checks, Notes, Contracts ........ 10
Section 4. Books and Records ........ 10
Section 5. Amendments to Certificate, Bylaws and Membership Agreement ........ 10
Section 6. Privacy ........ 10
Section 7. Indemnification and Insurance ........ 10

Updates: March 28, 2014; May 21, 2015; October 28, 2015; December 16, 2016; November 30, 2018; February 3, 2020; June 3, 2022; February 19, 2023; March 17, 2023; May 28, 2024; July 21, 2025.

# ELECTRONIC REGISTRATION INFORMATION CENTER, INC.

*******************

# BYLAWS

*******************

## ARTICLE I

### Offices

**Section 1. Location.** The principal office of Electronic Registration Information Center, Inc. (the "Corporation") shall be located within or without the State of Delaware, at such place as the Board of Directors shall from time to time designate. The Corporation may also maintain additional offices at such other places as the Board of Directors may from time to time designate. The Corporation shall have and maintain within the State of Delaware a registered office at such place as may be designated by the Board of Directors.

## ARTICLE II

### Members

**Section 1. Members.** The members of the Corporation shall consist solely of state, territorial governmental units, or the District of Columbia. Each member shall be represented by the chief election official or a chief election official's designee to act on the member's behalf for all purposes related to the Corporation, including service on the Board of Directors or as an Officer (the "Member Representative"). A chief election official may designate a new or replacement Member Representative at any time for any reason, at their discretion, upon written or electronic notice to the Executive Director who shall, in turn, notify the Membership.

**Section 2. Admission of Members.** Any jurisdiction seeking membership shall apply to the Executive Director. The Executive Director shall provide written notice to the Membership of ERIC's intent to admit a new jurisdiction, and members shall have five (5) business days to submit objections to the Executive Director in writing. If there are no objections, the new jurisdiction shall be automatically admitted to Membership effective upon execution of the Membership Agreement and payment of the Membership Fee as required by Article II, Section 4 of these Bylaws. If one or more members object to the admission of the new jurisdiction, then the jurisdiction shall be admitted to Membership upon a majority vote of the entire Board of Directors, effective upon execution of the Membership Agreement and payment of the Membership Fee.

**Section 3. Membership Agreement.** Each member shall sign a Membership Agreement that sets forth the terms and conditions of membership in the Corporation, which is attached as Exhibit A to these Bylaws.

**Section 4. Membership Fee.** Upon admission and execution of the Membership Agreement, each member shall pay a one-time, non-refundable Membership Fee of $25,000 to the

Corporation. With respect to individual members, the schedule for payment of the Membership Fee may be modified by the Board of Directors.

**Section 5. Dues.** Each member shall pay annual Membership Dues. Each year, the Membership shall approve the annual dues (the "Dues Schedule"), which shall form the basis of the Corporation's budget to be set annually by the Board of Directors. The Dues Schedule may be amended, modified, or substituted by a vote of the Membership, however, the schedule for payment of dues by individual members may be modified by the Board of Directors. The Executive Director shall set the schedule for payment of Membership Dues in accordance with section 1 of the Membership Agreement. Any member of the Corporation who is delinquent in the payment of Membership Dues shall be notified of the delinquency and suspended from certain privileges of membership as provided for in the Membership Agreement. If dues are ninety (90) days delinquent, the delinquent member shall forfeit all rights and privileges of membership and be automatically removed from Membership. No dues will be refunded after payment, absent an overpayment or other payment error.

**Section 6. Term of Membership; Good Standing.** Members shall remain members provided they remain in good standing with the Corporation. Each member shall remain in good standing by complying with all of the terms and conditions of the Membership Agreement and paying annual dues on a timely basis, as described in Section 5 of this Article. A member that is out of compliance with the requirements for good standing may be subject to removal, including automatic removal, as set forth in Section 8 of this Article.

**Section 7. Resignation.** A member may resign by mailing or delivering written notice to the Executive Director, who shall, in turn, notify the Membership. A member must provide a minimum of 21 days notice before their resignation is effective. Any paid Membership Dues will not be refunded, and a member shall be responsible and liable for any dues assessed prior to notice being received. However, if a member who has resigned reapplies for membership in the same fiscal year, dues previously paid will be credited to their Membership Dues for that fiscal year. If the sole reason for member's resignation is a material breach by ERIC of the Membership Agreement, member may not issue a notice of resignation in accordance with this section unless a) it has provided written notice to ERIC of the alleged breach; and b) within thirty (30) days (or such other time specified in the Membership Agreement) of receiving such notice from member, ERIC is unable to cure the breach or determines the breach cannot be cured.

**Section 8. Removal.**

**(a) Automatic Removal:** A member shall be automatically removed from Membership for failure to comply with the "automatic removal" provisions as set forth herein or in the Membership Agreement. Such automatic removal shall be effective upon written notice by the Chair of the Board of Directors and/or the Executive Director to the non-compliant member.

**(b) Other Grounds for Removal:** Any member may be removed at any time, with or without cause, by a three-fourths vote of the entire Board of Directors. The Board of Directors may vote to remove a member solely for a breach of the provisions of the Membership Agreement (with the exception of those provisions that trigger automatic

removal) only if the breach cannot be cured or, if curable, is not cured by the member within thirty (30) days (or such other time as may be specified in the Membership Agreement) of receiving notice of the breach from the Corporation.

**(c) Dues Upon Removal:** Any paid dues will not be refunded following removal.

**(d) Readmission to Membership:** After termination of membership pursuant to this Section, the member may reapply for membership at any time, without penalty, subject to remedying the cause for termination. Any dues assessed to the member upon reapplication shall be credited the amount of dues paid previously for the same fiscal year.

**Section 9. Meetings of the Members.** An annual meeting of the members shall be held each year at such time and place as shall be fixed by the Board of Directors for the transaction of business as may properly come before the members.

Regular or special meetings of the members may be held at such times as may be fixed by the Board of Directors. The annual meeting of the members shall be open to the public, except as provided by law.

Meetings of the members may be held at such places within or without the State of Delaware as may be fixed by the Board of Directors for annual and regular meetings and in the notice of meeting for special meetings. The Board of Directors may authorize that meetings of the members may be held by means of remote communication in accordance with Section 211(a)(2) of the General Corporation Law of the State of Delaware, and other applicable laws. Minutes of any meeting of the Membership shall be published following the meeting.

**Section 10. Notice.** Annual and special meetings of the members shall be held upon at least ten (10) days' notice by first-class mail, personal delivery, or by telephone, electronic transmission or other similar means of communication to the members, and, in the case of public meetings, publication by appropriate means. The notice shall be given by or at the direction of the Chair or the Secretary, who shall call a meeting on the request of two or more directors, a majority of the entire Membership, or upon request of the Executive Director. In the case of a meeting at which amendments to the Certificate of Incorporation, bylaws or Membership Agreement will be submitted to the members, the notice of such meeting shall set forth the proposed amendment or a summary of the changes to be effected thereby.

**Section 11. Waivers of Notice.** Whenever any notice is required to be given to a member, a waiver thereof in writing, signed by the person or persons entitled to such notice, or by electronic transmission, whether before or after the time stated therein, shall be equivalent to the giving of such notice. Such waiver need not specify the purpose or purposes of the meeting.

**Section 12. Quorum, Vote, Proxy.** A majority of the members of the Corporation, as represented by their respective Member Representatives, shall constitute a quorum at a meeting of members, and the affirmative vote of a majority of such members present at the meeting and entitled to vote on the subject matter shall be the act of the members, except as otherwise provided herein. As permitted by Delaware law, a member entitled to vote on matters reserved to the Membership may do so by identifying a proxy for the Member Representative, who shall be a part

of the Member Representative's staff or department. The Member Representative shall provide written notice to the Executive Director of the proxy within a reasonable period of time in advance of the meeting of the members.

**Section 13. Written Consent of Members.** Any action required or permitted to be taken at a meeting of the members may be taken without a meeting if the members having not less than the minimum number of votes that would be necessary to authorize or take such action at a meeting of the members consent in writing or by electronic transmission to the adoption of a resolution authorizing such action. Each resolution so adopted and the writings or electronic transmissions evidencing such consent by the members shall be filed with the minutes of the proceedings of the members.

## ARTICLE III

### Board of Directors

**Section 1. Power of Board and Qualification of Directors.** The business and affairs of the Corporation shall be managed by or under the direction of its Board of Directors.

**Section 2. Appointment of Directors.** All members of the Corporation have a right to appoint their Member Representative to serve as a director on the Board of Directors. Upon admission to Membership under Article II, Section 2 or in the event of a vacancy, member shall inform the Executive Director in writing whether it wishes to have its Member Representative serve or continue to serve on the Board of Directors. Declining to have a Member Representative serve on the Board of Directors shall have no effect on the Member's other rights under these Bylaws, and such member shall have the right to appoint or reinstate their Member Representative to the Board of Directors at any time by providing written notice to the Executive Director who shall, in turn, notify the Board of Directors.

**Section 3. Resignation.** Any director may resign from office at any time by delivering a resignation in writing to the Corporation. Such resignation shall take effect at the time specified therein, and unless otherwise specified, acceptance of such resignation shall not be necessary to make it effective.

**Section 4. Removal of Directors.** Any director may be removed from office at any time, with or without cause, by a vote of three-fourths of the entire Board of Directors.

**Section 5. Vacancies.** If a Member Representative position on the Board of Directors becomes vacant for any reason including resignation or removal, the chief election official shall appoint a replacement in accordance with Article II, section 1 and shall notify the Executive Director in writing whether it wishes to have its replacement Member Representative serve as a director on the Board of Directors.

**Section 6. Meetings of the Board.** An annual meeting of the Board of Directors shall be held each year at such time and place as shall be fixed by the Board of Directors, for the election of officers and for the transaction of such other business as may properly come before the meeting.

Regular meetings of the Board of Directors shall be held at such times as may be fixed by the Board of Directors. Special meetings of the Board of Directors may be held at any time whenever called by the Chair of the Board, two or more directors, or the Executive Director. Any Member Representative who is not a director may attend any meeting of the Board of Directors.

Meetings of the Board of Directors may be held at such places within or without the State of Delaware as may be fixed by the Board of Directors for annual and regular meetings and in the notice of meeting for special meetings. Minutes of any meeting of the Board of Directors shall be published following the meeting.

**Section 7. Notice.** Annual and special meetings of the Board of Directors shall be held upon at least five (5) days' written notice by first-class mail or twenty-four (24) hours' notice given personally or by telephone, electronic transmission or other similar means of communication to all members.

Any such notice shall be addressed or delivered to each member at such member's address as it is upon the records of the Corporation or as may have been given to the Corporation by the member for purposes of notice.

**Section 8. Quorum and Voting.** Unless a greater proportion is required by law, the Certificate of Incorporation or these Bylaws, a majority of the entire Board of Directors shall constitute a quorum for the transaction of business or of any specified item of business and, except as otherwise provided by law, the Certificate of Incorporation or these Bylaws, the vote of a majority of the directors present at a meeting at the time of the vote, if a quorum is present at such time, shall be the act of the Board of Directors. Directors are not permitted to give a proxy to someone to act on his or her behalf with respect to actions of the Board of Directors.

**Section 9. Written Consent of Directors; Meetings by Conference Telephone.** Any action required or permitted to be taken by the Board of Directors or any committee thereof may be taken without a meeting if all members of the Board of Directors or such committee consent in writing or by electronic transmission to the adoption of a resolution authorizing such action. Each resolution so adopted and the writings or electronic transmissions evidencing such consent by members of the Board of Directors or such committee shall be filed with the minutes of the proceedings of the Board of Directors or such committee.

Any one or more members of the Board of Directors or of any committee thereof may participate in a meeting of such Board or committee by means of video conferencing, a conference telephone or similar communications equipment allowing all persons participating in the meeting to hear each other at the same time. Participation by such means shall constitute presence in person at a meeting.

**Section 10. Compensation of Directors.** Directors shall receive neither compensation nor reimbursement of expenses for their services as such.

# ARTICLE IV

## Committees

**Section 1. Committees of the Board.** The Board of Directors, by resolution adopted by a majority of the entire Board, may designate from among its members an Executive Committee and other standing committees, each consisting of two or more directors, and each of which, to the extent provided in the resolution and to the fullest extent of the law, shall have and may exercise all the powers and authority of the Board. No committee may a) take any action expressly reserved under these Bylaws and Membership Agreement to the members for approval; b) amend the certificate of incorporation, these Bylaws, or the Membership Agreement; c) approve or remove members; d) elect or remove officers; e) remove directors; f) elect members of committees; g) hire or discharge an executive director; h) adopt an agreement of merger or consolidation; i) recommend to the Membership the sale, lease or exchange of all or substantially all of the Corporation's property and assets; or j) recommend to the Membership a dissolution of the Corporation or a revocation of a dissolution of the Corporation. The Board of Directors shall have the power at any time to designate a member of such committee as its chair, fill vacancies, change the membership or discharge a committee.

**Section 2. Committee Rules.** Unless the Board of Directors otherwise provides, each committee designated by the Board may make, alter and repeal rules for the conduct of its business, except with respect to quorum. In the absence of a contrary provision established by the Board of Directors, a majority of the entire authorized number of members of each committee shall constitute a quorum for the transaction of business, the vote of a majority of the members present at a meeting at the time of such vote if a quorum is then present shall be the act of such committee, and each committee shall otherwise conduct its business in the same manner as the Board of Directors conducts its business under Article III of these Bylaws.

**Section 3. Service of Committees.** Each committee of the Board of Directors shall serve at the pleasure of the Board. The designation of any such committee and the delegation thereto of authority shall not alone relieve any director of his or her duty under law to the Corporation.

**Section 4. Records.** Minutes shall be kept of each meeting of each committee. Copies of the minutes of each such meeting shall be filed with the corporate records and supplied to each member of the Board of Directors.

**Section 5. Advisory Board.** The Board of Directors shall create a Privacy and Technology Advisory Board, and may create such other advisory boards and appoint to them such persons as it deems appropriate. Persons serving in such advisory capacity shall not exercise any of the powers granted to the Board of Directors in these Bylaws.

**Section 6. Executive Committee.**

**(a) *Ex Officio* Membership:** The Executive Committee shall consist of the Chair, Vice Chair, Immediate Past Chair, Treasurer, and Secretary of the Board of Directors, and the Executive Director shall serve as a non-voting member of the Executive Committee (collectively the "*ex officio* members"). Vacancies in the *ex officio* membership of the Executive Committee shall be addressed in accordance with Article V.

**(b) Elected Membership:** In addition to the *ex officio* members, until the Membership reaches thirty-four, the Executive Committee shall include two voting members of the Board of Directors elected by the Board of Directors. When the Membership reaches thirty-five, the number of voting members of the Board of Directors serving on the Executive Committee shall increase to four, with the election of the additional members occurring within a reasonable time following the admission of the thirty-fifth member. Such committee members shall serve in this capacity for terms of one year, not to exceed three consecutive one-year terms. In the event of a vacancy among the elected membership of the Executive Committee, in accordance with sub-section d below, the Executive Committee shall take reasonable steps to propose a replacement to fill the unexpired term of his or her predecessor.

**(c) Chair of Executive Committee:** The Chair of the Board of Directors shall be the Chair of the Executive Committee.

**(d) Role and Powers of Executive Committee:** Except as set forth in Article IV, Section 1 above, or as otherwise proscribed by the Board of Directors, the Executive Committee shall have the authority to exercise all powers of the Board of Directors between meetings of the Board. In addition, the Executive Committee's responsibilities shall include preparing and proposing to the Board of Directors a slate of candidates for officer positions and elected members of the Executive and Finance Committees, including in the event of a vacancy, and the Executive Director; and, in consultation with the Finance Committee, reviewing the compensation and performance of the Executive Director. The Executive Committee shall hold regular meetings at such times as it shall determine and special meetings as requested by the Chair, the Executive Director, or two or more of its members. Actions of the Executive Committee shall be reported to the Board of Directors.

**Section 7. Finance Committee.**

**(a) *Ex Officio* Membership:** The Finance Committee shall consist of the Treasurer and Secretary of the Board of Directors, and the Executive Director shall serve as a non-voting member of the Finance Committee (collectively, the "*ex officio* members"). Vacancies in the *ex officio* membership of the Finance Committee shall be addressed in accordance with Article V.

**(b) Elected Membership:** The Finance Committee shall include one voting member of the Board of Directors elected by the Board. This committee member shall serve in this capacity for terms of one year, not to exceed three consecutive one-year terms. In the event the voting member position on the Finance Committee becomes vacant, in accordance with sub-

section d below, the Executive Committee shall take reasonable steps to propose a replacement to fill the unexpired term of his or her predecessor.

**(c) Chair of Finance Committee:** The Treasurer shall be the Chair of the Finance Committee.

**(d) Role and Powers of Finance Committee:** Except as set forth in Article IV, Section 1 above, or as otherwise proscribed by the Board, the Finance Committee shall have the authority to exercise all powers of the Board of Directors between meetings of the Board. The Finance Committee will assist the Board of Directors with its financial oversight responsibilities including reviewing and recommending approval of the annual operating budget; reviewing periodic financial reports; and overseeing the management of financial assets and audits. The Finance Committee shall hold regular meetings at such times as it shall determine and special meetings as requested by any of its members. Actions of the Finance Committee shall be reported to the Board of Directors.

## ARTICLE V

### Officers, Agents and Employees

**Section 1. General Provisions.** The officers of the Corporation shall be a Chair, a Vice Chair, the Immediate Past Chair, a Secretary, a Treasurer, the Executive Director, and may include such other officers as may be deemed necessary.

**Section 2. Term of Office, Vacancies and Removal.** The officers, other than the Immediate Past Chair and the Executive Director, shall be elected by the Board of Directors from among its membership at the annual meeting of the Board. The Board of Directors may appoint other officers, who shall have such authority and perform such duties as may be prescribed by the Board. Each officer shall hold office for terms of one year, until the next annual meeting of the Board of Directors after his or her appointment and until his or her successor has been appointed and qualified. Any two or more offices may be held by the same person, except the offices of Chair and Secretary and Chair and Treasurer. If an office becomes vacant for any reason, the Board of Directors may fill such vacancy. Any officer so appointed or elected shall serve only until such time as the unexpired term of his or her predecessor shall have expired unless re-elected by the Board of Directors. Any officer may be removed by a vote of the majority of the entire Board of Directors with or without cause. Such removal without cause shall be without prejudice to such person's contract rights, if any, but the appointment of any person as an officer of the Corporation shall not of itself create contract rights.

**Section 3. Powers and Duties of Officers.**

**(a) Chair.** The Chair shall preside at all meetings of the Board of Directors. The Chair shall perform all duties customary to that office and shall supervise and control all of the affairs of the Corporation in accordance with the policies and directives approved by the Board of Directors.

**(b) Vice Chair:** The Vice Chair shall serve as advisor to the Chair and shall substitute for the Chair in his or her absence or inability to serve.

**(c) Immediate Past Chair:** The Immediate Past Chair shall serve as advisor to the Chair, the Executive Director, and the Board of Directors.

**(d) Secretary.** The Secretary shall be responsible for the keeping of an accurate record of the proceedings of all meetings of the Board of Directors and members, shall give or cause to be given all notices in accordance with these Bylaws or as required by law, and, in general, shall perform all duties customary to the office of Secretary. The Secretary shall oversee the custody of the corporate seal of the Corporation, if any; and shall have authority to affix or cause to be affixed the same to any instrument requiring it; and, when so affixed, it may be attested by his or her signature. The Board of Directors may give general authority to any officer to affix the seal of the Corporation, if any, and to attest the affixing by his or her signature.

**(e) Treasurer.** The Treasurer shall be chair of the Finance Committee. The treasurer shall oversee the custody of, and be responsible for, all funds and securities of the Corporation; shall keep or cause to be kept complete and accurate accounts of receipts and disbursements of the Corporation; and shall deposit or cause to be deposited all monies and other valuable property of the Corporation in the name and to the credit of the Corporation in such banks or depositories as the Board of Directors may designate. Whenever required by the Board of Directors, the Treasurer shall render or cause to be provided a statement of accounts. The Treasurer shall at all reasonable times exhibit or cause to be exhibited the books and accounts to any officer or director of the Corporation, and shall perform or cause to be performed all duties incident to the office of Treasurer, subject to the supervision of the Board of Directors, and such other duties as shall from time to time be assigned by the Board. The Treasurer shall, if required by the Board of Directors, give such bond or security for the faithful performance of his or her duties as the Board may require.

**Section 4. Executive Director.** The Board of Directors shall hire an Executive Director who shall serve as the chief executive officer of the Corporation. The Executive Director shall have day-to-day responsibility for the management of the staff and programs of the Corporation, including carrying out the Corporation's goals and Board-approved policies. The Executive Director shall serve as an ex-officio, non-voting member of the Board of Directors; report on the progress of the Corporation's activities, provide notice to members regarding any changes in their standing with regard to the Corporation, answer questions of Board members and carry out the duties described in the job description. The Board of Directors may designate other duties as necessary. The Executive Director shall report to the Chair of the Corporation.

**Section 5. Agents and Employees.** The Board of Directors may hire or appoint agents and employees who shall have such authority and perform such duties as may be prescribed by the Board. The Board of Directors may remove any agent or employee at any time with or without cause. The foregoing powers may be delegated to the Executive Director. Removal without cause shall be without prejudice to such person's contract rights, if any, and the appointment of such person shall not itself create contract rights.

**Section 6. Compensation of Officers, Agents and Employees.** Salaries or other compensation of officers, agents and employees may be fixed from time to time by the Board of Directors, or this power may be delegated to the Executive Director; provided, however, that such salaries and compensation shall not be excessive in amount and shall be for services which are reasonable and necessary for performance of the Corporation's purposes.

## ARTICLE VI

### Miscellaneous

**Section 1. Fiscal Year.** The fiscal year of the Corporation shall be determined by resolution of the Board of Directors.

**Section 2. Corporate Seal.** The seal of the Corporation shall be circular in form and contain the name of the Corporation, the words "Corporate Seal" and "Delaware" and the year the Corporation was formed in the center. The Corporation may use the seal by causing it or a facsimile to be affixed or impressed or reproduced in any manner.

**Section 3. Checks, Notes, Contracts.** The Board of Directors shall determine who shall be authorized from time to time on the Corporation's behalf to sign checks, notes, drafts, acceptances, bills of exchange and other orders or obligations for the payment of money; to enter into contracts; or to execute and deliver other documents and instruments.

**Section 4. Books and Records.** The Corporation shall keep in the custody of the Executive Director (1) correct and complete books and records of accounts, (2) minutes of the proceedings of its Board of Directors and members, and any committee of the Corporation, and (3) a current list or record containing the names and addresses of all members, directors and officers of the Corporation. Any of the books, records and minutes of the Corporation may be in written form or in any other form capable of being converted into written form within a reasonable time.

**Section 5. Amendments to Certificate, Bylaws and Membership Agreement.** The Certificate of Incorporation may be amended in whole or in part by the members. These Bylaws may be amended or repealed, in whole or in part, by a two-thirds vote of the entire Membership. The Membership Agreement may be amended, in whole or in part, by a four-fifths vote of the entire Membership.

**Section 6. Privacy.** The protection of individual's privacy being of significant importance to the Corporation, the Corporation shall take all reasonable and prudent actions to prevent and/or contest the disclosure of any personal or individual data held within the Corporation's control to anyone other than the members, in accordance with federal law.

**Section 7. Indemnification and Insurance.** The Corporation may, to the fullest extent permitted by law, indemnify any present or former director, officer, employee or agent or any person who may have served at its request as a director, officer, employee or agent of another corporation, partnership, joint venture, trust or other enterprise, whether for profit or not for profit, against expenses (including attorneys' fees), judgments, fines and amounts paid in settlement,

actually and reasonably incurred by him or her in connection with any threatened, pending or completed action, suit or proceeding whether civil, criminal, administrative, or investigative, to which he or she may be or is made a party by reason of being or having been such director, officer, employee or agent if he or she acted in good faith and in a manner he or she reasonably believed to be in or not opposed to the best interests of the Corporation and, with respect to any criminal action or proceeding, had no reasonable cause to believe his or her conduct was unlawful. However, there shall be no indemnification in respect of any claim, issue or matter as to which he or she shall have been adjudged to be liable to the Corporation unless and only to the extent that the Court of Chancery or the court in which such action or suit was brought shall determine upon application that, despite the adjudication of liability but in view of all the circumstances of the case, such person is fairly and reasonably entitled to indemnity for such expenses which the Court of Chancery or such other court shall deem proper.

The Corporation shall have the power to purchase and maintain insurance to indemnify the Corporation and its directors and officers to the full extent such indemnification is permitted by law.

The Corporation may pay expenses (including attorneys' fees) incurred by an officer or director in defending any civil, criminal, administrative or investigative action, suit or proceeding in advance of the final disposition of such action, suit or proceeding upon receipt of an undertaking by or on behalf of such officer or director to repay such amount if it shall ultimately be determined that he is not entitled to be indemnified by the Corporation under this Article. Such expenses (including attorneys' fees) incurred by other employees and agents may be paid upon such terms and conditions, if any, as the Board of Directors deems appropriate.

In no case, however, shall the Corporation indemnify, reimburse, or insure any person for any taxes imposed on such individual under chapter 42 of the Internal Revenue Code of 1986, as now in effect or as may hereafter be amended ("the Code"). Further, if at any time the Corporation is deemed to be a private foundation within the meaning of § 509 of the Code then, during such time, no payment shall be made under this Article if such payment would constitute an act of self-dealing or a taxable expenditure, as defined in § 4941(d) or § 4945(d), respectively, of the Code.

If any part of this Article shall be found in any action, suit, or proceeding to be invalid or ineffective, the validity and the effectiveness of the remaining parts shall not be affected.

Updates: March 28, 2014; May 21, 2015; October 28, 2015; December 16, 2016; November 30, 2018; February 3, 2020; June 3, 2022; February 19, 2023; March 17, 2023; May 28, 2024; July 21, 2025.

## OFFICER'S CERTIFICATE

I, ___________________, __________________ of the Electronic Registration Information Center, formed and existing under the laws of the State of Delaware, do hereby certify that the foregoing is a true and complete copy of the Bylaws of this not-for-profit corporation as submitted and read to, and adopted by, the Board of Directors on ______________, 20__.

_________________________________

Name: ____________________________
Title: ____________________________

Updates: March 28, 2014; May 21, 2015; October 28, 2015; December 16, 2016; November 30, 2018; February 3, 2020; June 3, 2022; February 19, 2023; March 17, 2023; May 28, 2024; July 21, 2025.

**EXHIBIT A**

## ELECTRONIC REGISTRATION INFORMATION CENTER, INC.

## MEMBERSHIP AGREEMENT

This membership agreement (this "Agreement") is made and entered into as of the ____ day of _________________ 20___ (the "Effective Date"), by and between Electronic Registration Information Center, Inc., a Delaware nonstock corporation ("ERIC") and ___________________________ (the "Member").

**WHEREAS**, ERIC was formed for charitable and educational purposes to engage in meaningful, evidence-based improvements to voter registration in the United States; and

**WHEREAS**, ERIC seeks to lessen the burdens of government by facilitating the collaboration of states to conduct research, develop technology, and perform other charitable and educational activities designed to reduce the costs and increase the accuracies and efficiencies associated with their use of voter registration systems; and

**WHEREAS**, ERIC seeks the direct involvement of states, the District of Columbia, and United States territorial governmental units ("States") in furthering its charitable and educational purposes by such states becoming members of ERIC and furnishing voter registration and other data to help ERIC understand the needs of states with respect to their use of voter registration systems, and assist states in making their voter registration lists and processes more accurate, more complete, and fully compliant with federal, state and local laws; and

**WHEREAS,** ERIC securely analyzes data from multiple sources to provide its Members with reports, and Members use the reports to improve the accuracy of their voter registration rolls, provide voter registration information to potentially eligible but unregistered individuals, and investigate possible cases of illegal voting.

**NOW THEREFORE**, in consideration of the foregoing, the terms and conditions hereinafter set forth and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. **Annual Dues.** The Member shall pay annual dues to ERIC as determined by the ERIC Membership, pursuant to Article II, Section 5 of ERIC's Bylaws. The Executive Director shall invoice Members for dues and set a reasonable payment deadline. If the Member fails to pay dues by the payment deadline, ERIC shall not deliver, nor shall the Member receive, any services or data from ERIC until such payment is received. Any Member that fails to pay dues within ninety (90) days of a payment deadline shall be *automatically removed* as a Member in accordance with ERIC's Bylaws (the "Bylaws").

2. **Voter Registration Data and Motor Vehicle Department Data.**

   a. A reasonable time after admission, the Corporation and the Member will agree upon a 'Certification Date' that obligates the Member to the following two sections

herein. The Member shall be notified in writing by the Corporation of the Certification Date.

b. Within sixty (60) days of the Certification Date, and at least every sixty (60) days thereafter, the Member shall transmit the following data to ERIC: (1) all inactive and active voter files (excluding those records that are confidential or protected from disclosure by law), including those fields identified in Exhibit B ("Voter Registration Data"), and (2) all licensing or identification records from motor vehicles departments (excluding those fields unrelated to voter eligibility, such as fields related to an individual's driving record), including those fields identified in Exhibit B ("MVD Data"). Voter Registration Data and MVD Data shall be collectively referred to as "Member Data." Under no circumstances shall the Member transmit an individual's record where the record contains documentation or other information indicating that the individual is a non-citizen of the United States.

c. Should Member fail to transmit Member Data by the 10th day after any sixty (60) day period as provided in sub-section b, Member shall, upon written notice from ERIC, have a thirty (30) day initial extension in which to provide such Member Data. Member may submit written requests to the Executive Director for reasonable additional extensions if Member is unable to upload Member Data because of a technical issue or a problem accessing or receiving the Member Data. Whether or not to grant the extension or to proceed to automatic removal shall be in the sole discretion of the Executive Director. If an extension period expires without a transmission to ERIC of Member Data from the Member, the Member shall be *automatically removed* from membership in accordance with the Bylaws.

3. **Protection of ERIC Reports, Member Data, Third-Party Data, and ERIC Information.**

   a. Definitions. The following definitions pertain to this Section and the Agreement as a whole.

      i. ERIC Reports: Using Member Data (defined in Section 2 of this Agreement) and, in some cases, data from third-party sources, ERIC makes the reports described below available to its Members. These reports, in whole or in part, shall be collectively referred to in this Agreement as "ERIC Reports."

         A. **Cross-State Movers Report**: This report identifies voters who appear to have moved from one ERIC member state to another ERIC member state. This report contains MVD Data and Voter Registration Data.

         B. **In-State Movers Report**: This report identifies voters who appear to have moved within the member state or who have updated their contact

information. This report contains MVD Data and Voter Registration Data.

C. **Duplicate Report**: This report identifies voters with duplicate registrations within the member state. This report contains Voter Registration Data. MVD Data is used to help strengthen the matches identified in this report but is not contained in the report.

D. **Deceased Report**: This report identifies voters who may have died. This report is created using Social Security death data known as the Limited Access Death Master File ("LADMF"). This report contains Voter Registration Data that matches the LADMF Data. MVD Data is used to help strengthen the matches identified in this report but is not contained in the report.

The Social Security Administration (SSA) acknowledges the monthly LADMF may include errors or omissions, for example misidentifying an individual as being deceased. The monthly file may include corrections when the SSA previously identified an individual as deceased who is not, in fact, deceased. ERIC automatically shares SSA's corrections with its Members in the **SSA Corrections Update.** This update contains Voter Registration Data data that matches individuals previously misidentified by the SSA as deceased and that were previously included in a Deceased Report.

E. **Eligible but Unregistered Report**: This report identifies individuals who appear to be eligible to register to vote in a member state but who do not appear to be registered. This report contains MVD Data.

F. **Voter Participation Report**: This report identifies voters who appear to have voted (1) more than once in the Member jurisdiction in the same election, (2) in more than one Member jurisdiction in the same election, or (3) on behalf of a deceased voter within the Member jurisdiction. This report contains MVD Data and Voter Registration Data. In addition, this report contains voter history data.

G. **National Change of Address (NCOA) Report ("NCOA Report")**: This report identifies voters who have moved using NCOALink data ERIC licenses from the United States Postal Service ("USPS"). There is no Member Data contained in this report.

ii. Third-Party Data: The LADMF data and the NCOALink data ERIC uses to create the Deceased Report and the NCOA Report, respectively, is collectively referred to herein as "Third-Party Data."

iii. ERIC Information: Information relating to ERIC other than ERIC Reports, Member Data or Third-Party Data is collectively referred to herein as

"ERIC Information." By way of illustration only, ERIC Information includes, but is not limited to, ERIC governing documents, membership dues invoices, communications between the Member and ERIC, ERIC's Information Security Management Plan, and documentation of ERIC's federal tax-exempt status.

iv. Records Request(s): All requests to members for ERIC Reports, Member Data, Third-Party Data or ERIC Information, including but not limited to requests that invoke state public records laws or the National Voter Registration Act ("NVRA"), to which a member believes it has a legal obligation to respond or comply with shall be collectively referred to in the Agreement as "Records Request(s)."

b. Member Representations.

i. Member represents and warrants that the transmission of Member Data to ERIC or ERIC's agents, contractors or subcontractors required under this Agreement and its use of ERIC Reports is and shall continue to be conducted in compliance with applicable federal, state, and local laws, rules, and regulations.

ii. Member shall not use, transmit, sell, or disclose any ERIC Reports, Member Data, Third-Party Data or ERIC Information for any purpose other than the administration of elections under state or federal law, supporting the operations of ERIC, and responding to Records Requests consistent with the terms of this Agreement.

iii. Member shall use its best efforts to prevent the Unauthorized Disclosure (defined in subsection (g)(i) below) of ERIC Reports, Member Data, Third-Party Data, or protected ERIC Information.

c. Confidentiality of ERIC Reports. The Member agrees that the federal statutes and regulations identified below ("Federal Protections") protect and prohibit the disclosure of certain ERIC Reports, Member Data, and Third-Party Data. The Member agrees to prevent disclosure of and otherwise protect the ERIC Reports, Member Data, and Third-Party Data in accordance with the Federal Protections, including when responding to Records Request(s), as more fully set forth below.

i. Driver's Privacy Protection Act ("DPPA"): MVD is protected from disclosure under the DPPA, 18 U.S.C. § 2721 *et seq*, but may be disclosed if a statutory permissible use applies.

ii. LADMF RegulationsLA: DMF data is protected from disclosure under Section 203 of the Bipartisan Budget Act of 2013, 42 U.S.C. § 1306c, and associated regulations administered by the National Technical Information Service, 15 CFR Part 1110 ("LADMF Regulations"), during the three-calendar year period starting from the date of death. The National Technical

Information Service has certified ERIC to receive LADMF data, which ERIC uses to prepare Deceased Reports for Members.

iii. NCOALink Regulations: The NCOALink data used to create the NCOA Report is generally protected from disclosure pursuant to ERIC's license agreement with the USPS. The license agreement is expressly subject to and derived from federal statutory privacy provisions under the Nondisclosure of Lists of Names and Addresses Act, 39 U.S.C. § 412 and the Privacy Act, 5 U.S.C. § 552a ("NCOAlink Regulations").

d. Release of ERIC Reports, Member Data, and Third-Party Data.

i. In accordance with the Federal Protections enumerated above, Member shall not release or disclose the following Reports in whole or in part:

A. **Cross-State Movers, In-State Movers, and Eligible but Unregistered Reports**, but may be disclosed if a DPPA statutory permissible use applies;

B. **NCOA Reports**; or

C. **Voter Participation Reports**, which, in addition to the Federal Protections, and as set forth above are prohibited from release under state law.

ii. In accordance with Federal Protections above, Member is permitted to release the following:

A. **In-State Duplicate Report**;

B. **Deceased Report**, provided that (i) the requestor is a "certified person" as set forth in the LADMF Regulations; or (ii) the data contained in the report sourced from the LADMF is redacted; or (iii) the three-year period of protection for the LADMF data described above has expired; and

C. **SSA Corrections Update**.

e. Process for Managing of Records Requests for ERIC Reports, Member Data, Third-Party Data, and ERIC Information.

i. When a Member receives Records Request(s) for ERIC Reports, Member Data, Third-Party Data or ERIC Information, Member shall notify and confer with the Executive Director before releasing any information in response to the Records Request(s). The purpose of this requirement is to advance the goals of (a) fostering open communication between ERIC and

its Members regarding the disclosure of information relating to ERIC in accordance with this Agreement and the Federal Protections; (b) creating consistency across the Membership with respect to the handling of the release of information relating to ERIC; (c) allowing for the case-by-case assessment of requests, including whether the request is for information that might legally be protected from disclosure on grounds other than those outlined in subsection (c).

ii. Member shall not have an obligation under this Agreement to release an ERIC Report, Member Data, Third Party Data or ERIC Information in response to Records Request(s) even if authorized to do so under the Agreement, including, by way of example and not limitation, if the Member determines that doing so would violate an applicable law in Member's jurisdiction.

f. ERIC Representations.

i. ERIC represents and warrants that it does not and shall not use or transmit any ERIC Reports, Member Data, Third-Party Data or ERIC Information for any purpose other than providing services to its Members. ERIC's services to its members include, but are not limited to, undertaking research projects with the assistance of third-parties to help evaluate and assess ERIC, provided that such research is in accordance with its status as a non-partisan organization exempt from federal taxation under 501(c)(3) of the Internal Revenue Code. Before undertaking any such research project, the Executive Director shall obtain the approval of the Board. ERIC's services may also include responding to requests for information from third-parties.

ii. ERIC represents and warrants that it does and shall use its best efforts to prevent an ERIC Unauthorized Disclosure (defined in subsection (g)(ii)) of ERIC Reports, Member Data, Third-Party Data or protected ERIC Information.

iii. If ERIC receives a request from a third-party for ERIC Reports, Member Data, Third-Party Data or ERIC Information, ERIC will generally refer the requestor to the relevant member(s), understanding that ERIC may provide the requestor with public information such as information relating to its status as a 501(c)(3) public charity. If ERIC otherwise determines it is legally obligated to respond directly to a third-party information request, it will do so in accordance with subsections (c) and (d), after first notifying the Executive Committee.

g. Unauthorized Use or Disclosure of Data.

i. Member: Should there be an unauthorized or impermissible use, access, acquisition, or disclosure or transmission of an ERIC Report, Member Data,

Third-Party Data or protected ERIC Information, regardless of whether it is accidental or intentional (for example, Member intentionally sells, distributes, publishes or uses an ERIC Report for a purpose other than election administration, including a commercial purpose) or by a third party (collectively, "Unauthorized Disclosure"), Member shall, take the following steps:

1. **Notice to ERIC:** shall report to the Executive Director of ERIC immediately upon learning of any Unauthorized Disclosure. ERIC will notify the entire Membership of the Unauthorized Disclosure within a reasonable period of time thereafter, but no less than as required under federal or state law.

2. **Member Legal Management of Unauthorized Disclosure:** Where applicable, Member shall address the Unauthorized Disclosure in accordance with law and keep the Executive Director reasonably apprised of its efforts to do so and its progress.

3. **ERIC Remediation Process:** Within ninety (90) days of ERIC receiving notice of the Unauthorized Disclosure, Member shall (a) explain in writing to ERIC that such Unauthorized Disclosure has been cured and how it was cured or, if the breach is not curable, provide a written explanation to ERIC of what steps it has taken to mitigate the risks to ERIC and its Members resulting from such breach; and (b) provide a written explanation of what processes it has implemented to prevent such Unauthorized Disclosure in the future. Upon written application, the Executive Director, in consultation with the Board Chair, may extend the deadline for Member to comply with this section. At its first meeting (or at a subsequent meeting as determined by the Executive Director, in consultation with the Board Chair), following the Member's compliance with sub-sections (a) and (b) above, the Board will consider the information submitted by the Member and vote on Member's continued membership. Should Member fail to provide any information in response to sub-sections (a) or (b) above, Member shall be *automatically removed.* To the extent permitted under each Member's state law, the Member agrees to indemnify, defend and hold harmless ERIC against any claims or losses related to or stemming from the Unauthorized Disclosure.

ii. <u>Notice of Unauthorized Disclosure of Data/Indemnification-ERIC</u>: Should there be an unauthorized disclosure of Member Data, Third-Party Data, or ERIC Reports by ERIC, whether accidental or intentional or the responsibility of a third party ("ERIC Unauthorized Disclosure"), ERIC shall immediately give notice to Members and take such other steps as required by law, insurance policies, and its incident response plan. ERIC shall keep the membership reasonably apprised of the steps it is taking to

address the ERIC Unauthorized Disclosure. Understanding that ERIC's primary source of funds are fees and dues paid by Members, and subject to consultation and approval by the Board, ERIC agrees to indemnify, defend, and hold harmless state motor vehicle agencies against any claims related to an ERIC Unauthorized Disclosure attributable to a negligent act or omission by ERIC, capped at the limit of any applicable ERIC insurance policy.

h. Miscellaneous. This provision shall not be construed to limit any Member's sovereign immunity, rights, claims, or defenses which arise as a matter of law or pursuant to any other provision of this Agreement. This section shall survive a Member's resignation or removal from ERIC.

4. **Utilizing ERIC Reports to Improve the Accuracy of State Voter Rolls and Increase Access to Voter Registration**

ERIC securely analyzes Member Data and Third-Party Data to provide its Members with the ERIC Reports. Members use the ERIC Reports to improve the accuracy of their voter registration rolls and provide voter registration information to potentially eligible but unregistered individuals. "Member Data" is defined in Section 2 of this Agreement. "Third-Party Data" and "ERIC Reports" are defined in Section 3 of this Agreement.

Well-timed, frequent and effective use of ERIC Reports will result in more accurate and up to date voter rolls at any given time and increase the number of eligible citizens registered to vote.

a. Requesting ERIC Reports

As an organization comprised of and governed by state election officials, ERIC recognizes that Members and their local election officials must conduct elections in compliance with federal and state laws. Members and their local election officials also work year-round to build and maintain public trust in the elections process and outcomes. In recognition of these demanding and complex conditions, Members need flexibility for when they utilize ERIC Reports.

Each Member may request the following ERIC Reports on a schedule deemed appropriate by the Member and upon which ERIC staff can reasonably provide the requested reports:

**Cross-State Movers Report**
**In-State Movers Report**
**Duplicate Report**
**Deceased Report**
**Eligible but Unregistered Report**
**National Change of Address (NCOA) Report**

While each Member retains control over when (or whether) to request any of these ERIC Reports, to further ERIC's mission and maximize the value of their membership, Members are encouraged to utilize these reports as frequently as possible while complying with applicable federal and state laws.

Members may cancel a request for a report listed in this Section up to 90 days from the date the report is provided. Members must submit a cancelation request to ERIC in writing. Canceled reports are not subject to the requirements of this Section.

b. Requirements and deadlines for acting on ERIC Reports

To further ERIC's mission and maximize the value of their membership, Members agree to comply with the following requirements once they receive a requested ERIC Report. In all cases, Members must act on ERIC Reports in compliance with federal and state laws.

**i. Cross-State Movers, In-State Movers, Duplicate, and Deceased Reports:**

A. Members must use these reports to improve the accuracy of the Member's voter rolls.

B. When a Member receives a **Cross-State Movers** or **In-State Movers Report** the Member must act on the report by, at a minimum, initiating contact with voters identified in the report to correct the inaccuracy or obtain sufficient information to inactivate or update the voter's record.

ERIC acknowledges State or local election officials may fulfill this requirement in a manner consistent with similar list maintenance activities conducted in the Member jurisdiction pursuant to federal or state law. This requirement does not prevent the Member from taking any other action on a voter record identified in these reports that may be required by federal or state law.

ERIC acknowledges Members may exclude from contact conducted in accordance with this Section any voter identified in these reports where other official federal, state, or local data sources, or records internal to the Member, indicate the voter record is not out of date or inaccurate. Upon the request of the Executive Director, Members must provide to ERIC details on the excluded voter records.

C. When a Member receives a **Duplicate** or **Deceased Report** the Member must act on the report for the purposes of resolving Duplicate Registrations or removing Deceased voters.

ERIC acknowledges State or local election officials may fulfill this requirement in a manner consistent with similar list maintenance activities

conducted in the Member jurisdiction pursuant to federal or state law. This requirement does not prevent the Member from taking any other action on a voter record identified in these reports that may be required by federal or state law.

ERIC acknowledges Members may not act on any voter record identified in these reports where other official federal, state, or local data sources, or records internal to the Member, indicate the voter is not deceased or the record is not a duplicate. Upon the request of the Executive Director, Members must provide to ERIC details on these voter records.

D. Members have ninety (90) days after ERIC provides the report to act on the report in a manner consistent with this subsection.

E. Members must certify compliance with these requirements in accordance with subsection (c) of this Section.

**ii. Eligible but Unregistered Report**

A. Members must use these reports to provide voter registration information to potentially eligible but not yet registered individuals.

B. When a Member receives an **Eligible but Unregistered Report** the Member must act on the report by, at a minimum, initiating contact with all "individuals identified in the report deemed potentially eligible by the Member" for the purpose of providing voter registration information, including the deadlines and requirements for registering as specified in applicable federal or state law.

For the purposes of this Agreement, "individuals identified in the report deemed potentially eligible by the Member" means the individuals who remain on the Contact List after the Member has used any other official federal, state, or local data sources, or records internal to the Member, to identify and remove from the Eligible but Unregistered Report individuals who are not eligible pursuant to federal or state law. Members are not required to initiate contact with any individual they determine to be ineligible.

For the purposes of this Agreement, "Contact List" refers to the list of potentially eligible but unregistered individuals provided to the entity responsible for preparing or initiating contact (for example, a mailing) with the recipient of the voter registration information.

C. Members may not remove from the Contact List any individual identified in the Eligible but Unregistered Report who otherwise appears to be eligible to register under federal or state law.

D. Members are not required to initiate contact with individuals identified in the Eligible but Unregistered Report deemed potentially eligible by the Member more than once at the same address. Members are not required to contact any individual who has affirmatively confirmed their desire not to be contacted pursuant to this Agreement.

E. Members have ninety (90) days after ERIC provides the report to act on the report in a manner consistent with this subsection.

F. Members must certify compliance with these requirements in accordance with subsection (c) of this Section.

**iii. National Change of Address Report**

Members of ERIC must act on these reports in compliance with the USPS NCOALink Service Statement, which ERIC will provide to Members in writing.

c. Certifying compliance with ERIC Report requirements.

The goals of certifying compliance with subsection (b) are to 1) ensure Members take seriously their obligations to further ERIC's mission of improving the accuracy of state voter rolls and providing voter registration information to all eligible citizens, 2) hold Members accountable to the public and to other members of the organization, and 3) provide ERIC with information needed to evaluate its effectiveness.

i. The Executive Director will develop Certification Process Requirements, in consultation with the Executive Committee and as approved by the Board. The Certification Process Requirements will, at a minimum, include a deadline and method by which Members must provide written certification to ERIC that the Member has or has not complied with the applicable requirements for acting on the Cross-state Movers, In-State Movers, Duplicates, Deceased, and Eligible but Unregistered Reports.

ii. ERIC acknowledges some Members may be limited in what they can certify due to voter registration system limitations, statutory requirements, technical difficulties, or other circumstances. Members must communicate any such limitations or circumstances to the Executive Director as they arise or 30 days prior to the deadline established in the Certification Process Requirements. The Executive Director will assess the circumstances and work with the Member to determine if there are acceptable alternatives to achieving the goals of the certification requirement. This determination is in the sole discretion of the Executive Director, though the Executive Director may consult with the Executive Committee during the assessment process.

iii. Upon advance written notice from the Member Representative, Member staff other than the designated Member Representative may certify compliance. Written notice must be submitted via email to the Executive Director at least one (1) day prior to the Member submitting the certification. Such designations remain active until the Member Representative revokes or updates the designation.

d. Failure to act on a Cross-state Movers, In-state Movers, Duplicates, Deceased, or Eligible but Unregistered Report.

If a Member submits a certification indicating it is out of compliance with the requirements to act on a report, the Member shall have a 30-day grace period within which to comply with the applicable report requirements. The grace period begins the day the certification of non-compliance is submitted. Within ten (10) business days following the expiration of the grace period, the Member shall provide a written certification to ERIC that the Member has complied or not complied with the applicable report requirements. If a member is still out of compliance, the Member's noncompliance will be included in the annual report required in Section 4(e).

e. Accountability and Transparency.

The Executive Director must cause to be published an annual report of each Member's utilization of the ERIC Reports for the previous calendar year. At a minimum, for each Member, the report must disclose the total number of ERIC Reports requested; the specific ERIC Reports requested; and the frequency by which such ERIC Reports were requested throughout the previous year. In consultation with the Executive Committee, the Executive Director may include other content related to how Members used ERIC Reports in the preceding year.

5. **Voter Participation Reports**.

ERIC recognizes that the appearance of illegal voting, allegations of illegal voting, and actual illegal voting undermines public confidence in the electoral process and election outcomes. ERIC can be a tool to identify potentially illegal votes and refer them to Members for further investigation consistent with each state's laws. For the purposes of this Agreement, "illegal votes" means votes cast by an individual who may have voted more than once in the Member jurisdiction at the same election, voted in more than one Member jurisdiction at the same election, or voted on behalf of a deceased voter within the Member jurisdiction. Upon the written request of a Member Representative, ERIC shall provide the Member with data identifying voters who appear to have cast illegal votes in a preceding Federal General Election.

To receive the Voter Participation Report, Members must submit a written request to ERIC. Members are encouraged to submit the request as soon as practical following each

Federal General Election, but must do so no later than 90 days from the date the Member certifies the applicable Federal General Election pursuant to the Member's state law. In the written request, the Member must: (1) specify the election for which it requests a Voter Participation Report (2) affirm that it will submit to ERIC voting history data for the applicable election in a manner consistent with how it routinely submits Member Data (3) affirm that it will accept the Voter Participation Report from ERIC, (4) affirm that it will complete a reasonable internal investigation of any possible illegal votes before publicly releasing information about the data, and (5) affirm that it can protect the confidentiality of the Voter Participation Report, either by state law or regulation.

A Member who requests a Voter Participation Report must submit to ERIC the required voting history data no later than 90 days from the date the Member certifies the applicable Federal General Election pursuant to the Member's state law. In consultation with the Executive Director, the Member may request a deadline extension to accommodate a recount(s) or other post-election activity required by state law that will prevent the member from providing the voting history data by the 90-day deadline.

A Member who requests a Voter Participation Report must refer all findings of credible cases of illegal voting to the appropriate law enforcement authorities, as designated by the Member's state law, no later than December 31 of the calendar year following the applicable Federal General Election or 180 days after the Member receives its final Voter Participation Report, whichever is later. In consultation with the Executive Director, Members may submit a written request for a reasonable extension to refer all findings of credible cases of illegal voting to the appropriate law enforcement authorities.

6. Single Point of Transfer. The Member shall designate and maintain a single point of transfer of data and a single data source/point of data per data feed.

7. Publicity. The Member shall not make or permit any person connected with it to make any announcement or statement purporting to be on behalf of ERIC, or use any logo, trademark, service mark, or business or trading name of ERIC or any other Member of ERIC without the prior written approval of ERIC or the affected Member, as applicable. Furthermore ERIC shall not make or permit any person connected with it to make any announcement or statement purporting to be on behalf of any Member, or use any logo, trademark, service mark, or business or trading name of any Member of ERIC without the prior written approval of the affected Member.

8. Waiver. No waiver by any party for any breach by the other of any of the provisions of this Agreement shall be deemed a waiver of any preceding or succeeding breach of the same or any other provisions hereof. No such waiver shall be effective unless in writing and then only to the extent expressly set forth in writing.

9. Severability. The provisions of this Agreement are separate and severable, and the invalidity of any of them shall not affect or impair the validity or enforcement of the remaining provisions.

**EXHIBIT A**

10. Assignment. ERIC may not sell, assign, or otherwise transfer any of its rights or interests or delegate any of its duties or obligations in this Agreement, without a majority vote of the entire Membership. The Member may not sell, assign, or otherwise transfer any of its rights or interests or delegate any of its duties or obligations in this Agreement, without the prior written consent of ERIC. Any sale, assignment, or transfer in violation of this Section is void and without effect.

11. No Partner or Agency. This Agreement does not constitute or create a partnership or joint venture with any Member or among the Members; appoint any Member as an agent for ERIC or any other Member, or appoint ERIC as an agent for any Member; or create any fiduciary obligations among the Members, except as may be expressly set forth in this Agreement.

12. Amendments. Amendments or modifications of this Agreement shall be effective immediately upon approval of such changes by the Membership in accordance with Article VI, Section 5 of the Bylaws.

13. Communications; Notices. All communications and notices that are required to be given by ERIC or a Member pursuant to this Agreement must be in writing and sent to the recipient either by electronic mail, personal delivery, or overnight commercial courier service. Members may request a preferred method of delivery and the Corporation will make all reasonable efforts to oblige such requests. Communications and notices must be sent using the Notice Details set forth on the signature page of this Agreement, unless these details are changed by delivery of a written notice to ERIC, if the change related to a Member, or the Member, if the change relates to ERIC.

14. Counterparts. This Agreement may be executed in two (2) or more counterparts, each of which when fully executed shall be an original, and all of said counterparts taken together shall be deemed to constitute one and the same agreement. This Agreement may be executed using electronic signatures.

15. Complete Agreement. This Agreement is the parties' final and binding expression of their agreement and the complete and exclusive statement of its terms. This Agreement cancels, supersedes and revokes all prior negotiations, representations and agreements between the parties, whether oral or written, relating to the subject matter of this Agreement.

16. Headings and Subsections. Section headings are provided for reference and do not constitute part of this Agreement.

Updates: March 28, 2014; May 21, 2015; October 28, 2015; December 16, 2016; November 30, 2018; February 3, 2020; June 3, 2022; February 19, 2023; March 17, 2023; May 28, 2024; July 21, 2025.

**EXHIBIT A**

**ELECTRONIC REGISTRATION INFORMATION CENTER, INC.**

By: ________________________________
Name: ________________________________
Title: ________________________________
Date: ________________________________

Notice Details:
Name:
Title: ERIC Executive Director
Address:
Phone:
Email:

**[MEMBER]**

By: ________________________________
Name: ________________________________
Title: ________________________________
Date: ________________________________

Notice Details:

Name:
Title:
Address:
Phone:
Email:

With a copy to (optional):

Name:
Title:
Address:
Phone:
Email:

Updates: March 28, 2014; May 21, 2015; October 28, 2015; December 16, 2016; November 30, 2018; February 3, 2020; June 3, 2022; February 19, 2023; March 17, 2023; May 28, 2024; July 21, 2025.

**EXHIBIT B**

## ELECTRONIC REGISTRATION INFORMATION CENTER, INC.

### Voter Registration and motor vehicles data fields to be submitted to ERIC by each participating jurisdiction, if collected by the Member State

1. All name fields
2. All address fields
3. Driver's license or state ID number
4. Last four digits of Social Security number
5. Date of birth
6. Activity dates
7. Current record status
8. Phone number
9. E-mail address or other electronic contact method