E-FILED
Tuesday, 17 November, 2026 04:16:33 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

HARRY R. HAURY; LAURA HOIS; ROBERT R. “RUSTY” STEVENS; JIMMY LEE TILLMAN II; JODIE ZITKO; MARY CATHERINE PAUKSTYS; and GREGORY STENSTROM,

Plaintiffs,

v.

BERNADETTE MATTHEWS and JOHN OLDFIELD, each in his or her official capacity,

Defendants.

Case No. 26-cv-3397

# PROPOSED EXPEDITED HEARING ON INDEPENDENT EXAMINATION AND LIMITED CERTIFICATION RELIEF

Upon notice of Plaintiffs’ affirmative request for independent examination and a hearing on limited certification relief, the Court ORDERS:

1. At the hearing on ____________________ at __________, decide Plaintiffs’ requests for expedited access and expert tracing, the proposed bounded validation design, and a short restraint on specified certification acts. Plaintiffs shall identify the affected official, race, jurisdiction, imminent act, and proposed expiration; no unjoined official is assumed bound.

2. Plaintiffs shall submit by ____________________: the proposed examiner’s signed qualifications/conflicts and feasibility declaration; the actual frame, sampling, cost, and staffing proposal; and any current-election evidence supporting a limited restraint. Defendants shall respond by ____________________.

3. Determine standing, statutory notice, likely merits, concrete irreparable injury, balance of harms, public interest, authority, narrower alternatives,

and the scope and duration of any restraint. Address the due-process and access-to-courts grounds in complaint ¶¶35A–35B and memorandum §IX if necessary to the disposition. State findings and conclusions under Rule 52(a)(2) for each interlocutory injunction granted or refused.

4. No certification restraint is imposed by this scheduling order. The inspection and preservation duties independently entered remain effective. The Court will decide supported relief promptly enough to address the identified imminent event where practicable.

Entered: ____________________, 2026 ________________________________

UNITED STATES DISTRICT JUDGE